UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

          Case No.:  6:17-bk-07077-KSJ

Ingersoll Financial, LLC          Chapter 11

    Debtor.
_____/

## DEBTOR'S MOTION TO DISMISS CHAPTER 11 CASE

The Debtor, Ingersoll Financial LLC, moves to dismiss this case, pursuant to § 1112(b) of the Bankruptcy Code, and alleges:

1. The voluntary petition in this Chapter 11 case was filed on November 7, 2017.

2. The Debtor serves as debtor in possession.

3. The Debtor moves to dismiss this case on the following grounds:

    a. The Debtor anticipates that in the very near future it will be able to refinance its properties and pay its creditors.

    b. The time and expense of the Chapter 11 is accordingly not in the interest of the Debtor or its estate.

4. The Debtor agrees in the order of dismissal to an injunction to bar it from filing another petition for 180 days.

Wherefore the Debtor prays that this case be dismissed.

          /s/ Frank M. Wolff
          Frank M. Wolff
          Fla. Bar No. 319521
          Frank Martin Wolff, P.A.
          19 E. Central Blvd.
          Orlando, FL 32801
          Telephone: (407) 982-4448
          Fax: (407) 386-3364
          Email: fwolff@fwolfflaw.com

          Attorney for Debtor

## CERTIFICATE OF SERVICE

I certify that a copy of this motion to dismiss was served on November 30, 2017: (i) to all filing users through the CM/ECF filing system; and (ii) by first class United States mail, postage pre-paid, to all non-CM/ECF users listed on the mailing matrix attached to the original of this document filed with the court.

/s/Frank M. Wolff
Frank M. Wolff

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-07077-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Nov 30 13:11:37 EST 2017 | Ingersoll Financial, LLC<br>2 South Orange Avenue, Suiite 202<br>Orlando, FL 32801-2634 | Islandrulz, LLC<br>c/o Andrew V. Layden, Esq.<br>Baker & Hostetler LLP<br>200 S. Orange Ave.<br>SunTrust Center, Suite 2300<br>Orlando, FL 32801-3432 |
| Leyli 37, LLC<br>c/o Andrew V. Layden, Esq.<br>Baker & Hostetler LLP<br>200 S. Orange Ave.<br>SunTrust Center, Suite 2300<br>Orlando, FL 32801-3432 | Alexandra Krot<br>680 Osceola Avenue<br>Winter Park, FL 32789-4456 | Bay Hill Property Owners Ass<br>13350 W Colonial Dr Ste 330<br>Winter Garden, FL 34787-3967 |
| Condrite Asset Trust.<br>Series 2016-OCC2<br>c/o US Bank Corp Trust Svcs<br>60 Livingston Ave EP-MN-WS3D<br>Saint Paul, MN 55107-2292 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Islandrulz, LLC<br>2307 N. Geyer Rd.<br>Saint Louis, MO 63131-3308 | Keith Ingersoll<br>2 South Orange Ste 202<br>Orlando, FL 32801-2634 | Leyli 37, LLC<br>742 Costa Roca Ave<br>San Mateo, CA 94402-1065 |
| Leyli 37, LLC<br>c/o Andrew V. Layden, Esq.<br>Baker & Hostetler LLP<br>200 S. Orange Ave., SunTrust Center, Sui<br>Orlando, FL 32801-3432 | Michael LaFay<br>9342 Wickham Way<br>Orlando, FL 32836-5517 | Orange County<br>Code Enforcement Board<br>2450 W 33rd St<br>Orlando, FL 32839-8726 |
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Orange County Tax Collector<br>Attn: Scott Randolph<br>PO Box 545100<br>Orlando, FL 32854-5100 | PMSG, LLC<br>625 Waltham Ave<br>Orlando FL 32809-4205 |
| Secured Investment Funding L<br>1485 International Pkwy<br>Suite 1031<br>Lake Mary, FL 32746-5304 | The Soto Law Office PA<br>Attn Kimberly Soto, Esq<br>415 Montgomery Rd, Ste 111<br>Altamonte Springs, FL 32714-6814 | Volusia County Revenue Div<br>123 W Indiana Ave, Room 103<br>Deland, FL 32720-4615 |
| Winderweedle Haines et al<br>Attn Mya M. Hatchette<br>PO Box 880<br>Winter Park, FL 32790-0880 | Frank M Wolff +<br>Frank Martin Wolff, P.A.<br>19 E. Central Blvd<br>Orlando, FL 32801-2468 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Andrew V Layden +<br>Baker & Hostetler LLP<br>Suntrust Center - Suite 2300<br>200 S. Orange Avenue<br>Orlando, FL 32801-3432 | Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Karen S. Jennemann              (u)Islandrulz, LLC                    End of Label Matrix
Orlando                            c/o Andrew V. Layden, Esq.            Mailable recipients    26
                                   Baker & Hostetler LLP                 Bypassed recipients     2
                                   200 S. Orange Ave., SunTrust Center, Sui   Total             28
```