UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

                                              Case No.:  6:17-bk-07077-KSJ

Ingersoll Financial, LLC                          Chapter 11

        Debtor.

_____/

**MOTION OF FRANK MARTIN WOLFF, P.A. TO WITHDRAW AS COUNSEL**

        Frank M. Wolff, Esq. of the law firm of Frank Martin Wolff, P.A. ("FMWPA"), moves the Court for leave to withdraw as counsel of record for Debtor, Ingersoll Financial, LLC, and says:

        1.        FMWPA was retained to represent Ingersoll Financial, LLC in this Chapter 11 proceeding.

        2.        Debtor and FMWPA have encountered irreconcilable differences which has made the attorney client relationship untenable.

        3.        The principal of the Debtor, Keith Ingersoll, has consented to the withdrawal.

Wherefore, FMWPA asks the Court to enter an order relieving him as counsel for Ingersoll Financial, LLC in this matter and excusing him from any further responsibility in this case.

                                    /s/ Frank M. Wolff
                                    Frank M. Wolff
                                    Fla. Bar No. 319521
                                    Frank Martin Wolff, P.A.
                                    19 E. Central Blvd.
                                    Orlando, FL 32801
                                    Telephone: (407) 982-4448
                                    Fax: (407) 386-3364
                                    Email: fwolff@fwolfflaw.com

                                    Attorney for Debtor

## **CERTIFICATE OF SERVICE**

I certify that a copy of this motion to dismiss was served on December 11, 2017: (i) to all filing users through the CM/ECF filing system; and (ii) by first class United States mail, postage pre-paid, to all non-CM/ECF users listed on the mailing matrix attached to the original of this document filed with the court.

/s/Frank M. Wolff
Frank M. Wolff

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-07077-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Dec 11 14:00:08 EST 2017 | Ingersoll Financial, LLC<br>2 South Orange Avenue, Suiite 202<br>Orlando, FL 32801-2634 | Islandrulz, LLC<br>c/o Andrew V. Layden, Esq.<br>Baker & Hostetler LLP<br>200 S. Orange Ave.<br>SunTrust Center, Suite 2300<br>Orlando, FL 32801-3432 |
| Leyli 37, LLC<br>c/o Andrew V. Layden, Esq.<br>Baker & Hostetler LLP<br>200 S. Orange Ave.<br>SunTrust Center, Suite 2300<br>Orlando, FL 32801-3432 | Alexandra Krot<br>680 Osceola Avenue<br>Winter Park, FL 32789-4456 | Bay Hill Property Owners Ass<br>13350 W Colonial Dr Ste 330<br>Winter Garden, FL 34787-3967 |
| Condrite Asset Trust.<br>Series 2016-OCC2<br>c/o US Bank Corp Trust Svcs<br>60 Livingston Ave EP-MN-WS3D<br>Saint Paul, MN 55107-2292 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Islandrulz, LLC<br>2307 N. Geyer Rd.<br>Saint Louis, MO 63131-3308 | Keith Ingersoll<br>2 South Orange Ste 202<br>Orlando, FL 32801-2634 | Leyli 37, LLC<br>742 Costa Roca Ave<br>San Mateo, CA 94402-1065 |
| Leyli 37, LLC<br>c/o Andrew V. Layden, Esq.<br>Baker & Hostetler LLP<br>200 S. Orange Ave., SunTrust Center, Sui<br>Orlando, FL 32801-3432 | Michael LaFay<br>9342 Wickham Way<br>Orlando, FL 32836-5517 | Orange County<br>Code Enforcement Board<br>2450 W 33rd St<br>Orlando, FL 32839-8726 |
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Orange County Tax Collector<br>Attn: Scott Randolph<br>PO Box 545100<br>Orlando, FL 32854-5100 | PMSG, LLC<br>625 Waltham Ave<br>Orlando FL 32809-4205 |
| Secured Investment Funding L<br>1485 International Pkwy<br>Suite 1031<br>Lake Mary, FL 32746-5304 | The Soto Law Office PA<br>Attn Kimberly Soto, Esq<br>415 Montgomery Rd, Ste 111<br>Altamonte Springs, FL 32714-6814 | Volusia County Revenue Div<br>123 W Indiana Ave, Room 103<br>Deland, FL 32720-4615 |
| Winderweedle Haines et al<br>Attn Mya M. Hatchette<br>PO Box 880<br>Winter Park, FL 32790-0880 | Frank M Wolff +<br>Frank Martin Wolff, P.A.<br>19 E. Central Blvd<br>Orlando, FL 32801-2468 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Andrew V Layden +<br>Baker & Hostetler LLP<br>Suntrust Center - Suite 2300<br>200 S. Orange Avenue<br>Orlando, FL 32801-3432 | Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann<br>Orlando | (u)Islandrulz, LLC<br>c/o Andrew V. Layden, Esq.<br>Baker & Hostetler LLP<br>200 S. Orange Ave., SunTrust Center, Sui | End of Label Matrix<br>Mailable recipients  26<br>Bypassed recipients   2<br>Total                28 |