

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/10/2018 02:00 PM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:17-bk-07077-KSJ** | **11** | **11/07/2017** |

**Chapter 11**

**DEBTOR:**     Ingersoll Financial, LLC

**DEBTOR ATTY:**   Frank Wolff

**TRUSTEE:**     NA

**HEARING:**

(1) Status Conference
　　　　(2) Motion for Leave to Withdraw as Counsel for Debtor (Doc #26)
　　　　(3) Motion by Debtor to Dismiss Case with Injunction (Doc #23)
　　　　Note: Chapter 11 Case Management Summary (Doc #9)

**APPEARANCES:**: Frank Wolff (Debtor)
Debtor rep Keith Ingersoll present
Audrey Aleskovsky (UST)
Andrew Layden (Islandrulz, LLC and Leyli 37, LLC.)
Chris Thompson (RS Lending)

**RULING:**
(1) Status Conference:   continued to 2:00 p.m. on February 14, 2018. Motions filed on or before February 2, 2018, may be noticed on a preliminary basis for the February 14 hearing.

(2) Motion for Leave to Withdraw as Counsel for Debtor   (Doc #26):    Withdrawn in open court.

(3) Motion by Debtor to Dismiss Case with Injunction   (Doc #23):    Withdrawn in open court.

*PRO MEMO BY DLM*

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.