

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/14/2018 02:00 PM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:17-bk-07077-KSJ** | **11** | **11/07/2017** |

**Chapter 11**

**DEBTOR:**   Ingersoll Financial, LLC

**DEBTOR ATTY:**   Frank Wolff

**TRUSTEE:**   NA

**HEARING:**

1) Status Conference
2) Motion by Debtor for Order Authorizing Frank Martin Wolff, P.A. to Bill Against Post- Petition Retainer (Doc #46)
3) Motion by Islandrulz, LLC for Relief from Stay re: 231 Lexington Drive, Daytona Beach, FL 32114 (Doc #51)
4) Motion by Islandrulz, LLC for Relief from Stay re: 9102 South Bay Drive, Orlando, FL 32819 (Doc #52)
5) Motion by Leyli 37, LLC for Relief from Stay re: 1620 E. Gore Street, Orlando, FL 32806 (Doc #53)
Note:
Continued from 12/6/17; 1/10/18

**APPEARANCES::**

Frank Wolff (Debtor)
Keith Ingersoll present
Audrey Aleskovsky (UST)
Chris Thompson (RS Lending)
Andrew Layden (Islandrulz, LLC and Leyli 37, LLC)


**RULING:**
1) Status Conference:   Continued to 2:00 p.m. on March 27, 2018. (AOCNFNG).


2) Motion by Debtor for Order Authorizing Frank Martin Wolff, P.A. to Bill Against Post- Petition Retainer   (Doc #46): Granted. Order by Mr. Wolff.

3) Motion by Islandrulz, LLC for Relief from Stay re: 231 Lexington Drive, Daytona Beach, FL 32114   (Doc #51): set for trial at 2:00 p.m. on March 27, 2018. Local Rule 7001-1 applies. (AOCNFNG).

4) Motion by Islandrulz, LLC for Relief from Stay re: 9102 South Bay Drive, Orlando, FL 32819   (Doc #52):    set for trial at 2:00 p.m. on March 27, 2018. Local Rule 7001-1 applies. (AOCNFNG).

5) Motion by Leyli 37, LLC for Relief from Stay re: 1620 E. Gore Street, Orlando, FL 32806   (Doc #53): set for trial at 2:00 p.m. on March 27, 2018. Local Rule 7001-1 applies. (AOCNFNG).

*PRO MEMO BY DLM*
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.