UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  CASE NO.: 6:17-bk-07077-KSJ

INGERSOLL FINANCIAL, LLC  CHAPTER 11

Debtor.  *FINAL EVIDENTIARY HEARING*
_____ /  *REQUESTED AT CURRENTLY SCHEDULED FINAL EVIDENTIARY HEARING ON RELATED MOTION FOR RELIEF FROM STAY ON MARCH 27, 2018 AT 2:00 p.m.*

**MOTION TO VALUE PROPERTY AND
DETERMINE SECURED STATUS OF LEYLI 37, LLC**
*[Property located at 1620 E. Gore Street, Orlando, Florida 32806]*

Secured creditor, Leyli 37, LLC ("Leyli"), pursuant to 11 U.S.C. § 506 and Fed. R. Bankr. P. 3012, moves this Court for entry of an order valuing the property owned by Ingersoll Financial, LLC (the "Debtor") located at 1620 E. Gore Street, Orlando, Florida 32806 (the "Property") to determine the secured status of Leyli. In support of this motion, Leyli states as follows:

1. On November 7, 2017 (the "Petition Date"), the day before the foreclosure sale was scheduled to occur on certain of the Debtor's real property, the Debtor filed the above-captioned chapter 11 case.

2. As set forth more fully in the *Motion of Leyli 37, LLC for Relief from the Automatic Stay Pursuant to Bankruptcy Code Section 362(d)* (Doc. No. 53) (the "Motion for Relief from Stay"), as of the Petition Date, the Debtor owed Leyli the total amount of $390,333.09 secured by a first mortgage on the Property.

3. In addition to Leyli's first priority lien, the Debtor's Schedules (Doc. No. 41)

1

reflect that there are multiple other liens encumbering the Property.

4.  The Debtor values the Property at $410,000 (*Id.* at pg. 5).

5.  To the extent the Property is worth more than the Leyli's first priority claim, Leyli is entitled to certain rights under the Bankruptcy Code, including "interest on such claim, and any reasonable fees, costs, or charges provided for under the agreement or State statute under which such claim arose." 11 U.S.C. § 506(b). Conversely, if the Debtor lacks equity in the Property, Leyli is not entitled to include such amounts in its secured claim, and depending on the Property's valuation, would likely also hold an unsecured claim against the Debtor. As such, the value of the Property and the nature of Leyli's claims against the Debtor are significant to any proposed sale of the Property, re-finance, or Chapter 11 plan the Debtor may file.

6.  On February 14, 2018, the Court has scheduled a final evidentiary hearing on Leyli's Motion for Relief from Stay for March 27, 2018 (the "Hearing"). Leyli believes the primary issue at the Final Evidentiary Hearing will be the value of the Property because the Debtor has negative overall cash flow and will be unable to "reorganize" around a vacant Property with negative equity and no income. However, in an abundance of caution, Leyli files this motion to place the value of the Property directly at issue, and respectfully requests that the Court schedule this Motion for a final evidentiary hearing at the already scheduled Hearing.

WHEREFORE, Leyli respectfully requests this Court enter an order: (i) scheduling this Motion for final evidentiary hearing on March 27, 2018, (ii) valuing the Property; and (iii) granting such other and further relief as the Court deems appropriate.

Dated this 19th day of February 2018.

Respectfully submitted,

*/s/ Andrew Layden*
Andrew V. Layden, Esq.

2

611990722.1

        Florida Bar No.: 86070
        BAKER & HOSTETLER LLP
        200 S. Orange Ave.
        SunTrust Center, Suite 2300
        Orlando, FL 32801-3432
        Telephone: (407) 649-4000
        Facsimile: (407) 841-0168
        Email: alayden@bakerlaw.com
        *Attorney for Leyli 37, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2018, a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system, which will provide notice to all parties requesting such notice, and/or via First Class U.S. Postage Prepaid Mail to the Local Rule 1007-2 Parties-In-Interest on the matrix attached to the original of this Motion and filed with the Court.

        */s/ Andrew Layden*
        Andrew V. Layden, Esq.

```
Label Matrix for local noticing          Ingersoll Financial, LLC                 Alexandra Krot
113A-6                                   2 South Orange Avenue, Suiite 202        169 Bassett Place
Case 6:17-bk-07077-KSJ                   Orlando, FL 32801-2634                   Bloomfield Hills MI 48301-3463
Middle District of Florida
Orlando
Mon Feb 19 15:43:19 EST 2018

Alexandra Krot                           Bay Hill Property Owners Ass             Chipco Group LLC
680 Osceola Avenue                       13350 W Colonial Dr Ste 330              Successor to PMSG LLC
Winter Park, FL 32789-4456               Winter Garden, FL 34787-3967             625 Waltham Ave
                                                                                  Orlando FL 32809-4205


City of Jacksonville                     Condrite Asset Trust.                    Florida Department of Revenue
c/o Wendy L Mummaw Esq                   Series 2016-OCC2                         Bankruptcy Unit
Asst General Counsel                     c/o US Bank Corp Trust Svcs              Post Office Box 6668
117 W Duval St Ste 480                   60 Livingston Ave EP-MN-WS3D             Tallahassee FL 32314-6668
Jacksonville FL 32202-3734               Saint Paul, MN 55107-2292


Internal Revenue Service -               Islandrulz, LLC                          Keith Ingersoll
Post Office Box 7346                     2307 N. Geyer Rd.                        2 South Orange Ste 202
Philadelphia PA 19101-7346               Saint Louis, MO 63131-3308               Orlando, FL 32801-2634



Leyli 37, LLC                            Leyli 37, LLC -                          Michael LaFay
966 Baileyana Road                       c/o Andrew V. Layden, Esq.               9342 Wickham Way
Hillsborough CA 94010-6108               Baker & Hostetler LLP                    Orlando, FL 32836-5517
                                         200 S. Orange Ave., SunTrust Center, Sui
                                         Orlando, FL 32801-3432


Office of General Counse                 Orange County                            Orange County Tax Collector
City of Jacksonville                     Code Enforcement Board                   PO Box 545100
c/o Wendy L. Mummaw                      2450 W 33rd St                           Orlando FL 32854-5100
117 West Duval Street, #480              Orlando, FL 32839-8726
Jacksonville, FL 32202-5721


Orange County Tax Collector              PMSG, LLC                                RS Lending, Inc.
Attn: Scott Randolph                     625 Waltham Avenue                       501 Second St, Ste 700
PO Box 545100                            Orlando, FL 32809-4205                   San Francisco, CA 94107-4134
Orlando, FL 32854-5100


RS Lending, Inc.                         Secured Investment Funding L             The Soto Law Office PA
c/o Christopher R. Thompson, Esq.        1485 International Pkwy                  Attn Kimberly Soto, Esq
Burr & Forman LLP                        Suite 1031                               415 Montgomery Rd, Ste 111
200 S. Orange Ave., Suite 800            Lake Mary, FL 32746-5304                 Altamonte Springs, FL 32714-6814
Orlando, FL 32801-6404


Volusia County Revenue Div               Winderweedle Haines et al                Frank M Wolff +
123 W Indiana Ave, Room 103              Attn Mya M. Hatchette                    Frank Martin Wolff, P.A.
Deland, FL 32720-4615                    PO Box 880                               19 E. Central Blvd
                                         Winter Park, FL 32790-0880               Orlando, FL 32801-2468


United States Trustee - ORL +            Andrew V Layden +                        Christopher R Thompson +
Office of the United States Trustee      Baker & Hostetler LLP                    200 S Orange Ave, Ste 800
George C Young Federal Building          Suntrust Center - Suite 2300             Orlando, FL 32801-6404
400 West Washington Street, Suite 1100   200 S. Orange Avenue
Orlando, FL 32801-2210                   Orlando, FL 32801-3432
```

```
Wendy L Mummaw +                    Audrey M Aleskovsky +                    Donald W Fitzgerald +
Office of General Counsel           Office of the United States Trustee      Felderstein Fitzgerald Willoughby
117 West Duval Street               George C. Young Federal Building         400 Capitol Mall, Suite 1750
Jacksonville, FL 32202-3734         400 West Washington St, Suite 1100       Sacramento, CA 95814-4432
                                    Orlando, FL 32801-2210


Jennifer E Niemann +
Felderstein Fitzgerald Willoughby
400 Capitol Mall, Suite 1750
Sacramento, CA 95814-4432
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Islandrulz, LLC -                 (u)Note: Entries with a '+' at the end of the     End of Label Matrix
c/o Andrew V. Layden, Esq.           name have an email address on file in CMECF       Mailable recipients    33
Baker & Hostetler LLP                -------------------------------------------       Bypassed recipients     2
200 S. Orange Ave., SunTrust Center, Sui   Note: Entries with a '-' at the end of the  Total                  35
                                     name have filed a claim in this case
```