# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In re: | CASE NO.: 6:17-bk-07077-KSJ |
| INGERSOLL FINANCIAL, LLC | CHAPTER 11 |
| Debtor._____/ | *FINAL EVIDENTIARY HEARING REQUESTED AT CURRENTLY SCHEDULED FINAL EVIDENTIARY HEARING ON RELATED MOTION FOR RELIEF FROM STAY ON MARCH 27, 2018 AT 2:00 p.m.* |

## MOTION TO VALUE PROPERTY AND DETERMINE SECURED STATUS OF ISLANDRULZ, LLC
*[Property located at 9102 South Bay Drive, Orlando, Florida 32819]*

Secured creditor, Islandrulz, LLC ("Islandrulz"), pursuant to 11 U.S.C. § 506 and Fed. R. Bankr. P. 3012, moves this Court for entry of an order valuing the property owned by Ingersoll Financial, LLC (the "Debtor") located at 9102 South Bay Drive, Orlando, Florida 32891 (the "Property") to determine the secured status of Islandrulz. In support of this motion, Islandrulz states as follows:

1. On November 7, 2017 (the "Petition Date"), the day before the foreclosure sale was scheduled to occur on certain of the Debtor's real property, the Debtor filed the above-captioned chapter 11 case.

2. As set forth more fully in the *Motion of Islandrulz, LLC for Relief from the Automatic Stay Pursuant to Bankruptcy Code Section 362(d)* (Doc. No. 52) (the "Motion for Relief from Stay"), as of the Petition Date, the Debtor owed Islandrulz the total amount of $637,015.74, secured by a first mortgage on the Property.

3. In addition to Islandrulz's first priority lien, the Debtor's Schedules (Doc. No.

1

41) reflect that there are multiple other liens encumbering the Property.

4. The Debtor values the Property at $800,000.00 (*Id.* at pg. 5).

5. To the extent the Property is worth more than the Islandrulz's first priority claim, Islandrulz is entitled to certain rights under the Bankruptcy Code, including "interest on such claim, and any reasonable fees, costs, or charges provided for under the agreement or State statute under which such claim arose." 11 U.S.C. § 506(b). Conversely, if the Debtor lacks equity in the Property, Islandrulz is not entitled to include such amounts in its secured claim, and depending on the Property's valuation, would likely also hold an unsecured claim against the Debtor. As such, the value of the Property and the nature of Islandrulz's claims against the Debtor are significant to any proposed sale of the Property, re-finance, or Chapter 11 plan the Debtor may file.

6. On February 14, 2018, the Court has scheduled a final evidentiary hearing on Islandrulz's Motion for Relief from Stay for March 27, 2018 (the "Hearing"). Islandrulz believes the primary issue at the Final Evidentiary Hearing will be the value of the Property because the Debtor has negative overall cash flow and will be unable to "reorganize" around a vacant Property to the extent the Debtor has limited or no equity and no income. However, in an abundance of caution, Islandrulz files this motion to place the value of the Property directly at issue, and respectfully requests that the Court schedule this Motion for a final evidentiary hearing at the already scheduled Hearing.

WHEREFORE, Islandrulz respectfully requests this Court enter an order: (i) scheduling this Motion for final evidentiary hearing on March 27, 2018, (ii) valuing the Property; and (iii)

612060948.2

granting such other and further relief as the Court deems appropriate.

Dated this 19th day of February 2018.

>Respectfully submitted,
>
>/s/ Andrew Layden
>Andrew V. Layden, Esq.
>Florida Bar No.: 86070
>BAKER & HOSTETLER LLP
>200 S. Orange Ave.
>SunTrust Center, Suite 2300
>Orlando, FL 32801-3432
>Telephone: (407) 649-4000
>Facsimile: (407) 841-0168
>Email: alayden@bakerlaw.com
>*Attorney for Islandrulz, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2018, a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system, which will provide notice to all parties requesting such notice, and/or via First Class U.S. Postage Prepaid Mail to the Local Rule 1007-2 Parties-In-Interest on the matrix attached to the original of this Motion and filed with the Court.

>/s/ Andrew Layden
>Andrew V. Layden, Esq.

612060948.2

```
Label Matrix for local noticing            Ingersoll Financial, LLC                    Alexandra Krot
113A-6                                     2 South Orange Avenue, Suiite 202           169 Bassett Place
Case 6:17-bk-07077-KSJ                     Orlando, FL 32801-2634                      Bloomfield Hills MI 48301-3463
Middle District of Florida
Orlando
Mon Feb 19 15:43:19 EST 2018

Alexandra Krot                             Bay Hill Property Owners Ass                Chipco Group LLC
680 Osceola Avenue                         13350 W Colonial Dr Ste 330                 Successor to PMSG LLC
Winter Park, FL 32789-4456                 Winter Garden, FL 34787-3967                625 Waltham Ave
                                                                                       Orlando FL 32809-4205


City of Jacksonville                       Condrite Asset Trust.                       Florida Department of Revenue
c/o Wendy L Mummaw Esq                     Series 2016-OCC2                            Bankruptcy Unit
Asst General Counsel                       c/o US Bank Corp Trust Svcs                 Post Office Box 6668
117 W Duval St Ste 480                     60 Livingston Ave EP-MN-WS3D                Tallahassee FL 32314-6668
Jacksonville FL 32202-3734                 Saint Paul, MN 55107-2292


Internal Revenue Service -                 Islandrulz, LLC                             Keith Ingersoll
Post Office Box 7346                       2307 N. Geyer Rd.                           2 South Orange Ste 202
Philadelphia PA 19101-7346                 Saint Louis, MO 63131-3308                  Orlando, FL 32801-2634



Leyli 37, LLC                              Leyli 37, LLC -                             Michael LaFay
966 Baileyana Road                         c/o Andrew V. Layden, Esq.                  9342 Wickham Way
Hillsborough CA 94010-6108                 Baker & Hostetler LLP                       Orlando, FL 32836-5517
                                           200 S. Orange Ave., SunTrust Center, Sui
                                           Orlando, FL 32801-3432


Office of General Counse                   Orange County                               Orange County Tax Collector
City of Jacksonville                       Code Enforcement Board                      PO Box 545100
c/o Wendy L. Mummaw                        2450 W 33rd St                              Orlando FL 32854-5100
117 West Duval Street, #480                Orlando, FL 32839-8726
Jacksonville, FL 32202-5721


Orange County Tax Collector                PMSG, LLC                                   RS Lending, Inc.
Attn: Scott Randolph                       625 Waltham Avenue                          501 Second St, Ste 700
PO Box 545100                              Orlando, FL 32809-4205                      San Francisco, CA 94107-4134
Orlando, FL 32854-5100


RS Lending, Inc.                           Secured Investment Funding L                The Soto Law Office PA
c/o Christopher R. Thompson, Esq.          1485 International Pkwy                     Attn Kimberly Soto, Esq
Burr & Forman LLP                          Suite 1031                                  415 Montgomery Rd, Ste 111
200 S. Orange Ave., Suite 800              Lake Mary, FL 32746-5304                    Altamonte Springs, FL 32714-6814
Orlando, FL 32801-6404


Volusia County Revenue Div                 Winderweedle Haines et al                   Frank M Wolff +
123 W Indiana Ave, Room 103                Attn Mya M. Hatchette                       Frank Martin Wolff, P.A.
Deland, FL 32720-4615                      PO Box 880                                  19 E. Central Blvd
                                           Winter Park, FL 32790-0880                  Orlando, FL 32801-2468


United States Trustee - ORL +              Andrew V Layden +                           Christopher R Thompson +
Office of the United States Trustee        Baker & Hostetler LLP                       200 S Orange Ave, Ste 800
George C Young Federal Building            Suntrust Center - Suite 2300                Orlando, FL 32801-6404
400 West Washington Street, Suite 1100     200 S. Orange Avenue
Orlando, FL 32801-2210                     Orlando, FL 32801-3432
```

| | | |
|---|---|---|
| Wendy L Mummaw +<br>Office of General Counsel<br>117 West Duval Street<br>Jacksonville, FL 32202-3734 | Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Donald W Fitzgerald +<br>Felderstein Fitsgerald Willoughby<br>400 Capitol Mall, Suite 1750<br>Sacramento, CA 95814-4432 |
| Jennifer E Niemann +<br>Felderstein Fitsgerald Willoughby<br>400 Capitol Mall, Suite 1750<br>Sacramento, CA 95814-4432 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Islandrulz, LLC -<br>c/o Andrew V. Layden, Esq.<br>Baker & Hostetler LLP<br>200 S. Orange Ave., SunTrust Center, Sui | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>-------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    33<br>Bypassed recipients     2<br>Total                  35 |