**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: | CASE NO.: 6:17-bk-07077-KSJ |
| INGERSOLL FINANCIAL, LLC | CHAPTER 11 |
| Debtor.                              / | *FINAL EVIDENTIARY HEARING REQUESTED AT CURRENTLY SCHEDULED FINAL EVIDENTIARY HEARING ON RELATED MOTION FOR RELIEF FROM STAY ON MARCH 27, 2018 AT 2:00 p.m.* |

**MOTION TO VALUE PROPERTY AND**
**DETERMINE SECURED STATUS OF ISLANDRULZ, LLC**
*[Property located at 231 Lexington Drive, Daytona Beach, Florida 32114]*

Secured creditor, Islandrulz, LLC ("Islandrulz"), pursuant to 11 U.S.C. § 506 and Fed. R. Bankr. P. 3012, moves this Court for entry of an order valuing the property owned by Ingersoll Financial, LLC (the "Debtor") located at 231 Lexington Drive, Daytona Beach, Florida 32114 (the "Property") to determine the secured status of Islandrulz. In support of this motion, Islandrulz states as follows:

1. On November 7, 2017 (the "Petition Date"), the day before the foreclosure sale was scheduled to occur on certain of the Debtor's real property, the Debtor filed the above-captioned chapter 11 case.

2. As set forth more fully in the *Motion of Islandrulz, LLC for Relief from the Automatic Stay Pursuant to Bankruptcy Code Section 362(d)* (Doc. No. 51) (the "Motion for Relief from Stay"), as of the Petition Date, the Debtor owed Islandrulz the total amount of $665,091.92, secured by a first and second mortgage on the Property.

3. In addition to Islandrulz's first and second priority liens, the Debtor's Schedules

(Doc. No. 41) reflect that there are multiple other liens encumbering the Property.

4. The Debtor values the Property at $800,000.00 (*Id.* at pg. 5).

5. To the extent the Property is worth more than the Islandrulz's first and second priority claims, Islandrulz is entitled to certain rights under the Bankruptcy Code, including "interest on such claim, and any reasonable fees, costs, or charges provided for under the agreement or State statute under which such claim arose." 11 U.S.C. § 506(b). Conversely, if the Debtor lacks equity in the Property, Islandrulz is not entitled to include such amounts in its secured claim, and depending on the Property's valuation, would likely also hold an unsecured claim against the Debtor. As such, the value of the Property and the nature of Islandrulz's claims against the Debtor are significant to any proposed sale of the Property, re-finance, or Chapter 11 plan the Debtor may file.

6. On February 14, 2018, the Court has scheduled a final evidentiary hearing on Islandrulz's Motion for Relief from Stay for March 27, 2018 (the "Hearing"). Islandrulz believes the primary issue at the Final Evidentiary Hearing will be the value of the Property because the Debtor has negative overall cash flow and will be unable to "reorganize" around a vacant Property with limited or no equity and no income. However, in an abundance of caution, Islandrulz files this motion to place the value of the Property directly at issue, and respectfully requests that the Court schedule this Motion for a final evidentiary hearing at the already scheduled Hearing.

WHEREFORE, Islandrulz respectfully requests this Court enter an order: (i) scheduling this Motion for final evidentiary hearing on March 27, 2018, (ii) valuing the Property; and (iii)

612060789.2

granting such other and further relief as the Court deems appropriate.

Dated this 19th day of February 2018.

Respectfully submitted,

/s/ Andrew Layden
Andrew V. Layden, Esq.
Florida Bar No.: 86070
BAKER & HOSTETLER LLP
200 S. Orange Ave.
SunTrust Center, Suite 2300
Orlando, FL 32801-3432
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
Email: alayden@bakerlaw.com
*Attorney for Islandrulz, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 19, 2018, a true and correct copy of the foregoing was furnished via electronic mail using the Court's CM/ECF system, which will provide notice to all parties requesting such notice, and/or via First Class U.S. Postage Prepaid Mail to the Local Rule 1007-2 Parties-In-Interest on the matrix attached to the original of this Motion and filed with the Court.

/s/ Andrew Layden
Andrew V. Layden, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-07077-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Feb 19 15:43:19 EST 2018 | Ingersoll Financial, LLC<br>2 South Orange Avenue, Suiite 202<br>Orlando, FL 32801-2634 | Alexandra Krot<br>169 Bassett Place<br>Bloomfield Hills MI 48301-3463 |
| Alexandra Krot<br>680 Osceola Avenue<br>Winter Park, FL 32789-4456 | Bay Hill Property Owners Ass<br>13350 W Colonial Dr Ste 330<br>Winter Garden, FL 34787-3967 | Chipco Group LLC<br>Successor to PMSG LLC<br>625 Waltham Ave<br>Orlando FL 32809-4205 |
| City of Jacksonville<br>c/o Wendy L Mummaw Esq<br>Asst General Counsel<br>117 W Duval St Ste 480<br>Jacksonville FL 32202-3734 | Condrite Asset Trust.<br>Series 2016-OCC2<br>c/o US Bank Corp Trust Svcs<br>60 Livingston Ave EP-MN-WS3D<br>Saint Paul, MN 55107-2292 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service -<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Islandrulz, LLC<br>2307 N. Geyer Rd.<br>Saint Louis, MO 63131-3308 | Keith Ingersoll<br>2 South Orange Ste 202<br>Orlando, FL 32801-2634 |
| Leyli 37, LLC<br>966 Baileyana Road<br>Hillsborough CA 94010-6108 | Leyli 37, LLC -<br>c/o Andrew V. Layden, Esq.<br>Baker & Hostetler LLP<br>200 S. Orange Ave., SunTrust Center, Sui<br>Orlando, FL 32801-3432 | Michael LaFay<br>9342 Wickham Way<br>Orlando, FL 32836-5517 |
| Office of General Counse<br>City of Jacksonville<br>c/o Wendy L. Mummaw<br>117 West Duval Street, #480<br>Jacksonville, FL 32202-5721 | Orange County<br>Code Enforcement Board<br>2450 W 33rd St<br>Orlando, FL 32839-8726 | Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 |
| Orange County Tax Collector<br>Attn: Scott Randolph<br>PO Box 545100<br>Orlando, FL 32854-5100 | PMSG, LLC<br>625 Waltham Avenue<br>Orlando, FL 32809-4205 | RS Lending, Inc.<br>501 Second St, Ste 700<br>San Francisco, CA 94107-4134 |
| RS Lending, Inc.<br>c/o Christopher R. Thompson, Esq.<br>Burr & Forman LLP<br>200 S. Orange Ave., Suite 800<br>Orlando, FL 32801-6404 | Secured Investment Funding L<br>1485 International Pkwy<br>Suite 1031<br>Lake Mary, FL 32746-5304 | The Soto Law Office PA<br>Attn Kimberly Soto, Esq<br>415 Montgomery Rd, Ste 111<br>Altamonte Springs, FL 32714-6814 |
| Volusia County Revenue Div<br>123 W Indiana Ave, Room 103<br>Deland, FL 32720-4615 | Winderweedle Haines et al<br>Attn Mya M. Hatchette<br>PO Box 880<br>Winter Park, FL 32790-0880 | Frank M Wolff +<br>Frank Martin Wolff, P.A.<br>19 E. Central Blvd<br>Orlando, FL 32801-2468 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Andrew V Layden +<br>Baker & Hostetler LLP<br>Suntrust Center - Suite 2300<br>200 S. Orange Avenue<br>Orlando, FL 32801-3432 | Christopher R Thompson +<br>200 S Orange Ave, Ste 800<br>Orlando, FL 32801-6404 |

| | | |
|---|---|---|
| Wendy L Mummaw +<br>Office of General Counsel<br>117 West Duval Street<br>Jacksonville, FL 32202-3734 | Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | Donald W Fitzgerald +<br>Felderstein Fitsgerald Willoughby<br>400 Capitol Mall, Suite 1750<br>Sacramento, CA 95814-4432 |
| Jennifer E Niemann +<br>Felderstein Fitsgerald Willoughby<br>400 Capitol Mall, Suite 1750<br>Sacramento, CA 95814-4432 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Islandrulz, LLC -<br>c/o Andrew V. Layden, Esq.<br>Baker & Hostetler LLP<br>200 S. Orange Ave., SunTrust Center, Sui | (u)Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF<br>-------------------------------------------<br>Note: Entries with a '-' at the end of the<br>name have filed a claim in this case | End of Label Matrix<br>Mailable recipients    33<br>Bypassed recipients     2<br>Total                  35 |