UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

                                Chapter 11

Ingersoll Financial, LLC               Case No.:  6:17-bk-07077-KSJ

     Debtor.
_____/

**DEBTOR'S MOTION FOR RELIEF
FROM ORDER REQUIRING THE
<u>DEBTOR TO FILE FEDERAL TAX RETURNS</u>**

The Debtor, Ingersoll Financial, LLC, requests relief from courts order requiring tax returns to be filed and says:

1. On November 7, 2017, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Court's Order authorizing the Debtor to do business (Doc. No. 2) requires that the Debtor file any tax returns within 30 days of the Order.

3. The Debtor is a single member LLC, and as such is a pass-through entity which does not file tax returns.  It does not have any tax liability, and all tax attributes flow to the member or members of the LLC.

4. The principal of the Debtor is still compiling the information needed to complete his personal returns.

4. The Debtor requests to the extent that it is necessary, that it be excused from the requirement of the order to file tax returns.

THEREFORE, the Debtor requests that the Court excuse the Debtor from the requirement to file tax returns, and grant such other and further relief as may be appropriate.

## CERTIFICATE OF SERVICE

I certify that a copy of this motion has been served on March 22, 2018 on all filing users through the CM/ECF filing system.

/s/ Frank M. Wolff
Frank M. Wolff
Florida Bar No. 319521
Frank Martin Wolff, P.A.
19 E. Central Blvd.
Orlando, FL 32801
Telephone (407) 982-4448
Facsimile (407) 386-3364
fwolff@fwolfflaw.com

Attorneys for the Debtor