

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/27/2018 10:00 AM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:17-bk-07077-KSJ** | 11 | **11/07/2017** |

**Chapter 11**

**DEBTOR:**   Ingersoll Financial, LLC

**DEBTOR ATTY:**   Frank Wolff

**TRUSTEE:**   NA

**HEARING:**

1 HOUR TRIAL ON:
1) Motion by Islandrulz, LLC for Relief from Stay re: 231 Lexington Drive, Daytona Beach, FL 32114 (Doc #51)
2) Motion by Islandrulz, LLC for Relief from Stay re: 9102 South Bay Drive, Orlando, FL 32819 (Doc #52)
3) Motion by Leyli 37, LLC for Relief from Stay re: 1620 E. Gore Street, Orlando, FL 32806 (Doc #53)
4) Status Conference
5) Preliminary Hearing on Motion by Leyli 37, LLC to Value Property and Determine Secured Status of Leyli 37, LLC [Property located at 1620 E. Gore Street, Orlando, Florida 32806] (Doc #58)
6) Preliminary Hearing on Motion by Islandrulz, LLC to Value Property and Determine Secured Status [Property located at 9102 South Bay Drive, Orlando, Florida 32819]   (Doc #59)
7) Preliminary Hearing on Motion by Islandrulz, LLC to Value Property and Determine Secured Status of Islandrulz, LLC [Property located at 231 Lexington Drive, Daytona Beach, Florida 32114] (Doc #60)
8) Preliminary Hearing on Second Motion by Debtor to Bill Against Post Petition Retainer (Doc #68)
9) Preliminary Hearing on Motion by Leyli 37, LLC to Compel Production of Documents (Doc #71)
10) Preliminary Hearing on Motion by Islandrulz, LLC to Compel Production of Documents (Doc #70)

11) Preliminary Hearing on Motion by RS Lending Inc. to
Compel Production of Documents (Doc #69)
Affidavit of Time Spent Filed by Christopher R Thompson on
behalf of Creditor RS Lending, Inc. (Doc #91) (filed 3/23/18)
12) Preliminary Hearing on Motion by Debtor to Extend
Exclusivity Period for Filing a Chapter 11 Plan and Disclosure
Statement (Doc #75)
Note:
Continued from 12/6/17; 1/10/18; 2/14/18
Other Matters Not Yet Scheduled:
1) Debtor's Motion for Relief from Order Requiring Debtor to File
Federal Tax Returns (Doc #87) (filed 3/22/18)
2) Motion by RS Lending, Inc. to Appoint Trustee (Doc #92)
(filed 3/23/18)
Orders submitted:
Debtor's Application to Retain Edward J. Fore, Esq. as Special
Counsel with Verified Statement (Doc #93) (filed 3/23/18)
Negative notice:
Motion to Approve Compromise with IslandRulz, LLC (Doc #83)
(filed with 21 days negative notice on 3/14)
Motion to Approve Compromise with Leyli 37, LLC (Doc #84)
(filed with 21 days negative notice on 3/14)

**APPEARANCES:**:

Frank Wolff (Debtor)
Debtor Representative Keith Ingersoll present
Audrey Aleskovsky (UST)
Andrew Layden (Islandrulz, LLC and Leyli 37, LLC)
Chris Thompson (RS Lending)
Edward Fore (Special Counsel to Debtor)

**RULING:**
1 HOUR TRIAL ON:


1) Motion by Islandrulz, LLC for Relief from Stay re: 231 Lexington Drive, Daytona Beach, FL 32114   (Doc #51): Abated pending any party in interest requesting the Motion returned to the calendar.


2) Motion by Islandrulz, LLC for Relief from Stay re: 9102 South Bay Drive, Orlando, FL 32819   (Doc #52): Abated pending any party in interest requesting the Motion returned to the calendar.


3) Motion by Leyli 37, LLC for Relief from Stay re: 1620 E. Gore Street, Orlando, FL 32806   (Doc #53): Abated pending any party in interest requesting the Motion returned to the calendar.


4) Status Conference:   continued to 10:00 a.m. on May 2, 2018. (AOCNFNG).


5) Preliminary Hearing on Motion by Leyli 37, LLC to Value Property and Determine Secured Status of Leyli 37, LLC [Property located at 1620 E. Gore Street, Orlando, Florida 32806]
 (Doc #58): Abated pending any party in interest requesting the Motion returned to the calendar.

6) Preliminary Hearing on Motion by Islandrulz, LLC to Value Property and Determine Secured Status [Property located at 9102 South Bay Drive, Orlando, Florida 32819]    (Doc #59): Abated pending any party in interest requesting the Motion returned to the calendar.

7) Preliminary Hearing on Motion by Islandrulz, LLC to Value Property and Determine Secured Status of Islandrulz, LLC [Property located at 231 Lexington Drive, Daytona Beach, Florida 32114]   (Doc #60): Abated pending any party in interest requesting the Motion returned to the calendar.

8) Preliminary Hearing on Second Motion by Debtor to Bill Against Post Petition Retainer    (Doc #68): Granted. Order by Mr. Wolff.

9) Preliminary Hearing on Motion by Leyli 37, LLC to Compel Production of Documents ( Doc #71): Abated pending any party in interest requesting the Motion returned to the calendar.

10) Preliminary Hearing on Motion by Islandrulz, LLC to Compel Production of Documents    (Doc #70) : Abated pending any party in interest requesting the Motion returned to the calendar.

11) Preliminary Hearing on Motion by RS Lending Inc. to Compel Production of Documents    (Doc #69): Granted. Fees to be paid by April 6, 2018. Order by Mr. Thompson.

12) Preliminary Hearing on Motion by Debtor to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Doc #75): Continued to 10:00 a.m. on May 2, 2018.

13) Debtor's Motion for Relief from Order Requiring Debtor to File Federal Tax Returns    (Doc #87): Continued to 10:00 a.m. on May 2, 2018. ***Debtor must notice the IRS.***

14) Motion by RS Lending, Inc. to Appoint Trustee (Doc #92):    Continued to 10:00 a.m. on May 2, 2018. (AOCNFNG).

  15) Debtor's Application to Retain Edward J. Fore, Esq. as Special Counsel with Verified Statement    (Doc #93): Granted. Order already submitted.

*PRO MEMO BY DLM*
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders

not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.