UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                     Case No. 6:17-bk-07077-KSJ

INGERSOLL FINANCIAL, LLC,

                                                    Chapter 11

       Debtor(s).
_____/

## NOTICE OF ADDITIONAL SECURED CREDITOR(S)

NOTICE IS HEREBY GIVEN by, Scott Randolph, CFC, as Tax Collector for Orange County, Florida (hereinafter the Tax Collector), that the creditors listed below have purchased the pre-petition **secured** ad valorem property tax liens on the property(s) referenced below, which is included within the Debtor's estate.

| Certificate Holder Contact Information | Parcel No./ Address | Tax Year | Certificate Number | Face Amount* | Interest Bid |
|---|---|---|---|---|---|
| JESSE M POWELL (A MINOR) FUTMAROBERT E POWELL<br>P O BOX 6351<br>GREENVILLE, SC  29606 | 27-23-28-0560-00840 | 2016 | 2017-06174 | $7,477.75 | **.25%** |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**\* NOTE:**  The tax certificate face amount on this document represents the original amount of the certificate and **not the payoff amount**.  Additional statutory interest has accrued since issuance/certification date.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2ND day of April 2018, the undersigned filed a copy to all relevant parties in this action electronically with the Bankruptcy Court and/or by U.S. Mail to the Certificate Holder(s) and Debtor's Counsel.

/S/ Nicolette Loper
Nicolette Loper, Paralegal
For:  SCOTT RANDOLPH,
ORANGE COUNTY TAX COLLECTOR
200 S. Orange Ave, Suite 1600
Orlando, FL 32801
Telephone: (407) 836-2772
Facsimile: (407) 836-0084
Email:  nloper@octaxcol.com



**ORANGE COUNTY TAX COLLECTOR**
**SCOTT RANDOLPH**
INDEPENDENTLY ELECTED TO SERVE YOU

# Orange County Notice of Ad Valorem Taxes & Non-Ad Valorem Assessments

INGERSOLL FINANCIAL LLC
189 S ORANGE AVE STE 1800
ORLANDO, FL 32801-3261

**Account Number:** 2017-0006174
**Assessed Value:** 390,227
**Millage Code:** 35 ORG
**Parcel Number:** 27-23-28-0560-00840
**Address:** 8484 BAY HILL BLVD 32819
**Exemptions:**

**Certificate Holder:** JESSE M POWELL (A MINOR)
FUTMAROBERT E POWELL
CUST FOR

---

**DETACH AND RETURN THE BOTTOM PORTION WITH YOUR PAYMENT**

2017-0006174
8484 BAY HILL BLVD 32819
27-23-28-0560-00840
BAYVIEW SUB 9/5 LOT 84 & TRACT C

| CERTIFICATE INFORMATION | |
|---|---|
| Interest | Face Value |
| 0.25 % | $7,477.75 |
| If Paid By | Amount Due |
| Nov. 30, 2022 | $7,857.89 |
| Dec. 31, 2022 | $7,857.89 |
| Jan. 31, 2023 | $7,857.89 |
| Feb. 28, 2023 | $7,857.89 |

**Pay only with cash, cashier's check or money order payable to:**
Scott Randolph, Tax Collector

INGERSOLL FINANCIAL LLC
189 S ORANGE AVE STE 1800
ORLANDO, FL 32801-3261

PO Box 545100
Orlando FL 32854-5100