

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/13/2018 02:00 PM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:17-bk-07077-KSJ** | 11 | **11/07/2017** |

**Chapter 11**

**DEBTOR:**   Ingersoll Financial, LLC

**DEBTOR ATTY:**   Frank Wolff

**TRUSTEE:**   NA

**HEARING:**

1) Status Conference
2) Preliminary Hearing on Motion by Debtor to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Doc #75)
3) Debtor's Motion for Relief from Order Requiring Debtor to File Federal Tax Returns (Doc #87)
4) Motion by RS Lending, Inc. to Appoint Trustee (Doc #92)
5) Motion by Chondrite Asset Trust for Relief from Stay re: 8484 Bay Hill Boulevard, Orlando, FL 32819 (Doc #139)
Note: Continued from 12/6/17; 1/10/18; 2/14/18; 3/27/18; 5/7/18
341 Concluded 4/9/18
Pending:
1) Application by Debtor to Employ BMC Group, Inc. as Noticing Agent with Declaration (Doc #138) - filed 5/11/18
2) Motion by Debtor to Approve Compromise of Controversy re: Ingersoll Financial and RS Lending (Doc #146) - filed w/21 days neg ntc 6/6/18

**APPEARANCES:**:
Frank Wolf (Debtor's Atty)
Edward Fore (Debtor's Special Counsel)
Audrey Aleskovsky (UST)
Melissa Youngman (Chondrite Asset Trust Atty) Christopher Thompson (RS Lending)
Donald Fitzgerald (RS Lending)

**RULING:**

1) Status Conference.   Continued to 2:00 PM July 11. (AOCNFNG)

2) Preliminary Hearing on Motion by Debtor to Extend
Exclusivity Period for Filing a Chapter 11 Plan and Disclosure
Statement   (Doc #75). Exclusivity Granted through June 22, 2018. Solicitation period through August 17

3) Debtor's Motion for Relief from Order Requiring Debtor to File
Federal Tax Returns   (Doc #87). Withdrawn

4) Motion by RS Lending, Inc. to Appoint Trustee   (Doc #92). Abated

5) Motion by Chondrite Asset Trust for Relief from Stay re: 8484
Bay Hill Boulevard, Orlando, FL 32819   (Doc #139). Granted. Order by Youngman

Note:

A combined Disclosure Statement and Confirmation hearing will be set for 10 AM August 17 (***CM to prepare Order Conditionally Approving Disclosure Statement and Setting Confirmation 61ord02b***)

(PRO MEMO BY CB)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.