**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ingersoll Financial, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **6:17-bk-07077-KSJ** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                             12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                         **Current value of debtor's interest**

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4:    Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.

Debtor  **Ingersoll Financial, LLC**                                   Case number *(If known)*  **6:17-bk-07077-KSJ**
        Name

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **1016 Central St, Joplin, MO 64801** | fee simple | undetermined | | undetermined |
| 55.2. | **1021 Haven St, Mount Morris, MI 48458** | fee simple | undetermined | | undetermined |
| 55.3. | **1021 Wyoming St, Dayton, OH 45402** | fee simple | undetermined | | undetermined |
| 55.4. | **1047 N Wood St, Muskegon, MI 49442** | fee simple | undetermined | | undetermined |
| 55.5. | **105 Bell St, Excelsior Springs, MO 64024** | fee simple | undetermined | | undetermined |
| 55.6. | **10585 N Lake Road, Ironwood, MI 49938** | fee simple | undetermined | | undetermined |

Debtor   **Ingersoll Financial, LLC**                                Case number *(If known)*   **6:17-bk-07077-KSJ**
         Name

| | | | | | |
|---|---|---|---|---|---|
| 55.7. | **1060 Olmstead Ave, Columbus, OH 43201** | fee simple | undetermined | | undetermined |
| 55.8. | **1108 Bancroft Ave, Rochester, IN 46975** | fee simple | undetermined | | undetermined |
| 55.9. | **111 Poston Rd, Jacksonville, AR 72076** | fee simple | undetermined | | undetermined |
| 55.10. | **1111 W Riverview Ave, Dayton, OH 45402** | fee simple | undetermined | | undetermined |
| 55.11. | **1116 13th St, Racine, WI 53403** | fee simple | undetermined | | undetermined |
| 55.12. | **1128 Mansion Ave, Cincinnati, OH 45202** | fee simple | undetermined | | undetermined |
| 55.13. | **113 Franklin St, Hancock, MD 21750** | fee simple | undetermined | | undetermined |
| 55.14. | **11405 Melba Ave, Cleveland, OH 44120** | fee simple | undetermined | | undetermined |
| 55.15. | **1144 Washington Ave, Lorain, OH 44052** | fee simple | undetermined | | undetermined |
| 55.16. | **1168 Harless Creek, Regina KY 41559** | fee simple | undetermined | | undetermined |
| 55.17. | **1202 Montilieu Ave, High Point, NC 27262** | fee simple | undetermined | | undetermined |
| 55.18. | **1216 Gilsey Ave, Cincinnati, OH 45202** | fee simple | undetermined | | undetermined |
| 55.19. | **1217 E 5th St, Alton, IL 62002** | fee simple | undetermined | | undetermined |

| Debtor | **Ingersoll Financial, LLC** | Case number *(If known)* | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.20. | **125 Patsy Lemons Ln, Lillington, NC 27546** | fee simple | undetermined | | undetermined |
| 55.21. | **126 Billedeau Dr, Pineville, LA 71359** | fee simple | undetermined | | undetermined |
| 55.22. | **1260 E 59th St, Cleveland, OH 44103** | fee simple | undetermined | | undetermined |
| 55.23. | **12670 Carroll Dr, Amite, LA 70422** | fee simple | undetermined | | undetermined |
| 55.24. | **1312 Princeton Ave SW, Birmingham, AL 35201** | fee simple | undetermined | | undetermined |
| 55.25. | **1317 Wellesley Ave, Steubenville, OH 43952** | fee simple | undetermined | | undetermined |
| 55.26. | **1319 E 91st St, Cleveland, OH 44120** | fee simple | undetermined | | undetermined |
| 55.27. | **1326 N Ewing Street, Indianapolis, IN 46218** | fee simple | undetermined | | undetermined |
| 55.28. | **1342 South Street SE, Warren, OH 44481** | fee simple | undetermined | | undetermined |
| 55.29. | **13424 Harber Rd, Yoder, IN 46798** | fee simple | undetermined | | undetermined |
| 55.30. | **13552 E Sunrise Lake Dr, DeSoto, MO 63020** | fee simple | undetermined | | undetermined |
| 55.31. | **136 James St., St. Albans, WV 25177** | fee simple | undetermined | | undetermined |
| 55.32. | **136 Lee Rd 0207, Phenix City, AL 36870** | fee simple | undetermined | | undetermined |

| Debtor | **Ingersoll Financial, LLC** | | Case number *(If known)* | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.33. | **1360 Homestead St, Baltimore, MD 32328** | fee simple | undetermined | undetermined |
| 55.34. | **13744 Fenelon, Hamtramck, MI 48212** | fee simple | undetermined | undetermined |
| 55.35. | **13841 Apache Way, Greentop, MO 63546** | fee simple | undetermined | undetermined |
| 55.36. | **1404 Andrus St, Akron, OH 44301** | fee simple | undetermined | undetermined |
| 55.37. | **141 School St, LaRue, OH 43332** | fee simple | undetermined | undetermined |
| 55.38. | **14612 Orinoco Ave, Cleveland, OH 44120** | fee simple | undetermined | undetermined |
| 55.39. | **147 Louisiana Ave, Jackson, MS 39209** | fee simple | undetermined | undetermined |
| 55.40. | **1508 Park Ln, Ford Heights, IL 60411** | fee simple | undetermined | undetermined |
| 55.41. | **1509 W 23rd Ave, Pine Bluff, AR 71601** | fee simple | undetermined | undetermined |
| 55.42. | **1511 7th St W, Rock Island, IL 61291** | fee simple | undetermined | undetermined |
| 55.43. | **157 W Madison St, Durant, MS 39063** | fee simple | undetermined | undetermined |
| 55.44. | **1603 14th Ave, Phenix City, AL 36867** | fee simple | undetermined | undetermined |
| 55.45. | **1612 N 16th St, Clarksburg, WV 26301** | fee simple | undetermined | undetermined |
| 55.46. | **1619 W 6th St, Anderson, IN 46011** | fee simple | undetermined | undetermined |

| Debtor | **Ingersoll Financial, LLC** | | Case number *(If known)* **6:17-bk-07077-KSJ** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.47. | **1638 N 48th St, East St. Louis, IL 62201** | fee simple | undetermined | undetermined |
| 55.48. | **1656 50th St E, Birmingham, AL 35208** | fee simple | undetermined | undetermined |
| 55.49. | **1709 Maglee Ave, Whistler, AL 36612** | fee simple | undetermined | undetermined |
| 55.50. | **172 US Hwy 158 W. , Gatesville, NC  27938** | fee simple | undetermined | undetermined |
| 55.51. | **1729 Rosedale, East Cleveland, OH 44110** | fee simple | undetermined | undetermined |
| 55.52. | **1735 Prospect Street, Flint, MI 48504** | fee simple | undetermined | undetermined |
| 55.53. | **1736 Crystal Ct, St Louis, MO 63130** | fee simple | undetermined | undetermined |
| 55.54. | **174 Road of Remembrance, Jackson, MS 39209** | fee simple | undetermined | undetermined |
| 55.55. | **17415 Hwy 55, Sterrett, AL 35147** | fee simple | undetermined | undetermined |
| 55.56. | **180 N Main St, Keyser, WV 26726** | fee simple | undetermined | undetermined |
| 55.57. | **1803 S Ridge Rd. Ashtabula, OH 440004** | fee simple | undetermined | undetermined |
| 55.58. | **1912 Maryland St., Gary IN 46407** | fee simple | undetermined | undetermined |
| 55.59. | **1946 Hosler St., Flint, MI 48503** | fee simple | undetermined | undetermined |

| Debtor | **Ingersoll Financial, LLC** | Case number *(If known)* | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.60. | **19940 SW 109th Pl, Dunnelleon, FL 34432** | fee simple | undetermined | | undetermined |
| 55.61. | **2001 Mallery St, Flint, MI 48504** | fee simple | undetermined | | undetermined |
| 55.62. | **2002 Dakota Ave., Flint, MI 48506** | fee simple | undetermined | | undetermined |
| 55.63. | **2005 Abigail St, Little Rock, AR 72204** | fee simple | undetermined | | undetermined |
| 55.64. | **2019 Montgall Ave., Kansas City, MO 64101** | fee simple | undetermined | | undetermined |
| 55.65. | **204 Beulah Ave, Battle Creek, MI 49015** | fee simple | undetermined | | undetermined |
| 55.66. | **2049 Stanford Ave., Flint, MI 48503** | fee simple | undetermined | | undetermined |
| 55.67. | **208 Gardendale Dr, Montgomery, AL 36110** | fee simple | undetermined | | undetermined |
| 55.68. | **2160 SW 11th St, Akron, OH 44301** | fee simple | undetermined | | undetermined |
| 55.69. | **217 S 1st St, Laurens, IA 50554** | fee simple | undetermined | | undetermined |
| 55.70. | **2172 Jewell Ridge Rd., Richlands, VA 24641** | fee simple | undetermined | | undetermined |
| 55.71. | **221 Curry Pl, Youngstown, OH 44511** | fee simple | undetermined | | undetermined |
| 55.72. | **221 S Main St., Okeene OK 73763** | fee simple | undetermined | | undetermined |

Debtor  **Ingersoll Financial, LLC**  Case number *(If known)* **6:17-bk-07077-KSJ**
Name

| | | | | |
|---|---|---|---|---|
| 55.73. | 2229 Emmons Ave. Warren, MI 48088 | fee simple | undetermined | undetermined |
| 55.74. | 23 S 16th St, Belleville, IL 62220 | fee simple | undetermined | undetermined |
| 55.75. | 2301 Pleasant Ave., Wellsburg, WV 26070 | fee simple | undetermined | undetermined |
| 55.76. | 234 Allen Ave., Muskegan, MI 49442 | fee simple | undetermined | undetermined |
| 55.77. | 236 Columbia St, Cumberland, MS 21502 | fee simple | undetermined | undetermined |
| 55.78. | 237 Sewanee, Jackson, MS 39209 | fee simple | undetermined | undetermined |
| 55.79. | 2418 E. Oliver St., Baltimore, MD 21213 | fee simple | undetermined | undetermined |
| 55.80. | 2429 Cox City Rd., OK 73082 | fee simple | undetermined | undetermined |
| 55.81. | 2443 County Road 37, Billingsley, AL 36006 | fee simple | undetermined | undetermined |
| 55.82. | 2443 Elm Dr, Columbus, GA 31901 | fee simple | undetermined | undetermined |
| 55.83. | 250 Helen Ave. Mansfield, OH 44902 | fee simple | undetermined | undetermined |
| 55.84. | 2522 Jefferson Ave, Pascagoula, MS 39567 | fee simple | undetermined | undetermined |
| 55.85. | 254 E 136th St, Chicago, IL 60601 | fee simple | undetermined | undetermined |

| Debtor | **Ingersoll Financial, LLC** | | Case number *(If known)* | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.86. | 255 Friendship Cir. Fort Valley, GA 31030 | fee simple | undetermined | | undetermined |
| 55.87. | 255 Howeland Cir, Danville, VA 24540 | fee simple | undetermined | | undetermined |
| 55.88. | 256 Wooley Rd., Hanceville, AL 35077 | fee simple | undetermined | | undetermined |
| 55.89. | 2618 Wolcott St., Flint, MI 48504 | fee simple | undetermined | | undetermined |
| 55.90. | 2625 Claud Rd., White Hall, AR 71602 | fee simple | undetermined | | undetermined |
| 55.91. | 2652 Buchanan St., Gary, IN 46402 | fee simple | undetermined | | undetermined |
| 55.92. | 2749 Jackson St., Gary, IN 46402 | fee simple | undetermined | | undetermined |
| 55.93. | 2801 Country Ct., Montgomery, AL 36116 | fee simple | undetermined | | undetermined |
| 55.94. | 2810 E 34th St, Indianapolis, IN 46218 - | fee simple | undetermined | | undetermined |
| 55.95. | 2813 Marydale Dr., Jackson, MS 39209 | fee simple | undetermined | | undetermined |
| 55.96. | 2817 Merriweather St NW, Warren, OH 44481 | fee simple | undetermined | | undetermined |
| 55.97. | 2854 N 28th St., Milwaukee, WI 53212 | fee simple | undetermined | | undetermined |
| 55.98. | 29042 US HWY 23, Big Stone Gap, VA 24219 | fee simple | undetermined | | undetermined |

Debtor **Ingersoll Financial, LLC**  
Name  
Case number *(If known)* **6:17-bk-07077-KSJ**

| | | | | |
|---|---|---|---|---|
| 55.99. | **2907 Mason St, Flint, MI 48504** | fee simple | undetermined | undetermined |
| 55.100. | **2916 W Lafayette Ave., Baltimore, MD 21213** | fee simple | undetermined | undetermined |
| 55.101. | **2917 N 16th St, Milwaukee, WI 53212** | fee simple | undetermined | undetermined |
| 55.102. | **2924 7th St., Muskegan, MI 49442** | fee simple | undetermined | undetermined |
| 55.103. | **2925 Lyndhurst Ave, St Louis, MO 63130** | fee simple | undetermined | undetermined |
| 55.104. | **295 3rd St SW, Ashland, AL 36251** | fee simple | undetermined | undetermined |
| 55.105. | **300 S Augusta Ave, Baltimore, MD 21229** | fee simple | undetermined | undetermined |
| 55.106. | **304 Clover St, Dayton, OH 45402** | fee simple | undetermined | undetermined |
| 55.107. | **3046 N 7th St, Milwaukee, WI 53212** | fee simple | undetermined | undetermined |
| 55.108. | **305 Meredocia St., Madison, IL 62060** | fee simple | undetermined | undetermined |
| 55.109. | **306 Buchanan Ln. Burnsville, NC 28714** | fee simple | undetermined | undetermined |
| 55.110. | **3103 County Road N-30, Edon, OH 43518** | fee simple | undetermined | undetermined |
| 55.111. | **3118 Whittier St, St. Louis, MO 63130** | fee simple | undetermined | undetermined |
| 55.112. | **3124 Elam St., Little Rock, AR 72204** | fee simple | undetermined | undetermined |

| Debtor | **Ingersoll Financial, LLC** | Case number *(If known)* **6:17-bk-07077-KSJ** |
|---|---|---|
| | Name | |

| | | | | | |
|---|---|---|---|---|---|
| 55.113. | 3128 Firnley Ave.,Youngstown, OH 44511 | fee simple | undetermined | | undetermined |
| 55.114. | 316 Bonner Bridge Road, Aulander, NC 27805 | fee simple | undetermined | | undetermined |
| 55.115. | 316 N Horn St, West Frankfort, IL 62896 | fee simple | undetermined | | undetermined |
| 55.116. | 323 N 20th St, Louisville, KY 40202 | fee simple | undetermined | | undetermined |
| 55.117. | 3257 Dogwood Rd., Mobile AL 36602 | fee simple | undetermined | | undetermined |
| 55.118. | 33 N Hillside Dr, Manchester, IN 46962 | fee simple | undetermined | | undetermined |
| 55.119. | 33212 Circle Dr.,Sunrise Beach, MO 65079 | fee simple | undetermined | | undetermined |
| 55.120. | 3332 E 128th St., Cleveland, OH 44120 | fee simple | undetermined | | undetermined |
| 55.121. | 335 Norman St, Caro, MI 48723 | fee simple | undetermined | | undetermined |
| 55.122. | 3350 Dixie Ct, Saginaw, MI 48601 | fee simple | undetermined | | undetermined |
| 55.123. | 3378 E 132nd St, Cleveland, OH 44120 | fee simple | undetermined | | undetermined |
| 55.124. | 339 Green Valley Dr., St Albans, WV 25177 | fee simple | undetermined | | undetermined |
| 55.125. | 34 Maple Terrace, Battle Creek, MI 49015 | fee simple | undetermined | | undetermined |

Debtor  **Ingersoll Financial, LLC**  
Name

Case number *(If known)* **6:17-bk-07077-KSJ**

| | | | | |
|---|---|---|---|---|
| 55.126 | 3411 Brownell Blvd., Flint, MI 48509 | fee simple | undetermined | undetermined |
| 55.127 | 3411 E 36th St., Kansas City, MO 64101 | fee simple | undetermined | undetermined |
| 55.128 | 3423 N Sherman Dr, Indianapolis, IN 46218 | fee simple | undetermined | undetermined |
| 55.129 | 3432 Hudson Ave., Youngstown, OH 44511 | fee simple | undetermined | undetermined |
| 55.130 | 3471 Watson Marshall Road, McDonald, OH 44437 | fee simple | undetermined | undetermined |
| 55.131 | 354 E Fulton, Paxton, IL 60957 | fee simple | undetermined | undetermined |
| 55.132 | 358 7th Ave, NE. Dawson, GA 39812 | fee simple | undetermined | undetermined |
| 55.133 | 3608 Risher Rd, Youngstown, OH 44511 | fee simple | undetermined | undetermined |
| 55.134 | 363 Lamar St, Durant, MS 39063 | fee simple | undetermined | undetermined |
| 55.135 | 3700 Raceway Pkwy., Mount Olive, AL 35117 | fee simple | undetermined | undetermined |
| 55.136 | 3801 Pennsylvania St., Gary, IN 46402 | fee simple | undetermined | undetermined |
| 55.137 | 3861 Polk St., Gary, IN 46402 | fee simple | undetermined | undetermined |
| 55.138 | 390 Sweet Gum Bottom Rd., Meridian, MS 39301 | fee simple | undetermined | undetermined |

Debtor **Ingersoll Financial, LLC**  
Name

Case number (If known) **6:17-bk-07077-KSJ**

| | | | | |
|---|---|---|---|---|
| 55.139. | 3919 W Grenshaw St, Chicago, IL 60601 | fee simple | undetermined | undetermined |
| 55.140. | 4011 W 11th Ave. Pine Bluff, AR 71601 | fee simple | undetermined | undetermined |
| 55.141. | 41 Heltonville Ln, Heltonville, IN 47436 | fee simple | undetermined | undetermined |
| 55.142. | 410 Knox Ave, Monessen, PA 15062 | fee simple | undetermined | undetermined |
| 55.143. | 411 Peru Rd., Morven, NC 28119 | fee simple | undetermined | undetermined |
| 55.144. | 412 Tyler St, Gary, IN 46402 | fee simple | undetermined | undetermined |
| 55.145. | 4120 Adams St., Gary, IN 46402 | fee simple | undetermined | undetermined |
| 55.146. | 413 N 921 W., FOWLER, IN 47944 | fee simple | undetermined | undetermined |
| 55.147. | 41449 Richard Miles Rd, Gonzales, LA 70737 | fee simple | undetermined | undetermined |
| 55.148. | 415 W Franklin St., Hartford City, IN 47348 | fee simple | undetermined | undetermined |
| 55.149. | 427 W Monroe St, Thomasville, GA 31792 | fee simple | undetermined | undetermined |
| 55.150. | 4309 9th Ave, Birmingham, AL 35224 | fee simple | undetermined | undetermined |
| 55.151. | 4456 Pennsylvania St., Gary, IN 46402 | fee simple | undetermined | undetermined |

Debtor  **Ingersoll Financial, LLC**  
Name

Case number (If known) **6:17-bk-07077-KSJ**

| | | | | |
|---|---|---|---|---|
| 55.152. | **449 Church Street, Elkview, WV 25071** | fee simple | undetermined | undetermined |
| 55.153. | **455 W Hendricks St, Shelbyville, IN 46176** | fee simple | undetermined | undetermined |
| 55.154. | **4608 Miller Ln., Gary, IN 46403** | fee simple | undetermined | undetermined |
| 55.155. | **4630 E 10Th Ave., Gary, IN 46402** | fee simple | undetermined | undetermined |
| 55.156. | **4640 Delaware St., Gary, IN 46409** | fee simple | undetermined | undetermined |
| 55.157. | **475 South State St, Otisville, MI 48463** | fee simple | undetermined | undetermined |
| 55.158. | **485 Carlyene Dr., Midway, GA 31320** | fee simple | undetermined | undetermined |
| 55.159. | **4857 Palm St., St. Louis, MO 63130** | fee simple | undetermined | undetermined |
| 55.160. | **4912 Arlington Ave , St. Louis, MO 63120** | fee simple | undetermined | undetermined |
| 55.161. | **504 Mitchell St., Picayune, MS 39466** | fee simple | undetermined | undetermined |
| 55.162. | **514 W Hillsdale, Jackson, MS 32909** | fee simple | undetermined | undetermined |
| 55.163. | **534 S Hardy Ave. , Independence, MO 64050** | fee simple | undetermined | undetermined |
| 55.164. | **536 Elk Mills Rd., Elk Mills, MD 29120** | fee simple | undetermined | undetermined |
| 55.165. | **54 Trest Rd., HEIDELBERG, MS 39439** | fee simple | undetermined | undetermined |

Debtor  **Ingersoll Financial, LLC**　　　　　　　　　　　　　　　　　Case number *(If known)* **6:17-bk-07077-KSJ**
　　　　Name

| | | | | | |
|---|---|---|---|---|---|
| 55.166. | 5409 Court H., Birmingham, AL 35201 | fee simple | undetermined | | undetermined |
| 55.167. | 549 Cameron Ave, Youngstown, OH 44502 | fee simple | undetermined | | undetermined |
| 55.168. | 55 Valley Heart Dr., Hardy, AR 72542 | fee simple | undetermined | | undetermined |
| 55.169. | 557 Sunshine St., Waldron, AR 72958 | fee simple | undetermined | | undetermined |
| 55.170. | 5737 Liberty Hill Rd., Chillicothe, OH 45601 | fee simple | undetermined | | undetermined |
| 55.171. | 57758 Grove Rd., Plaquemine, LA 70764 | fee simple | undetermined | | undetermined |
| 55.172. | 5811 Theodore Ave., St. Louis, MO 63120 | fee simple | undetermined | | undetermined |
| 55.173. | 5949 S Union Ave, Chicago, IL 60601 | fee simple | undetermined | | undetermined |
| 55.174. | 598 Broadway Ave, Benton Harbor, MI 49022 | fee simple | undetermined | | undetermined |
| 55.175. | 602 Mississippi St., Gary, IN 46402 | fee simple | undetermined | | undetermined |
| 55.176. | 603 111th St, Amory, MS 38821 | fee simple | undetermined | | undetermined |
| 55.177. | 605 W 9th St, Johnston City, IL 62951 | fee simple | undetermined | | undetermined |
| 55.178. | 606 Dundee St, South Bend, IN 46601 | fee simple | undetermined | | undetermined |

| Debtor | **Ingersoll Financial, LLC** | Case number *(If known)* | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.179. | **606 W Main St, Chesterfield, IN 46017** | fee simple | undetermined | | undetermined |
| 55.180. | **611 W 2nd St, Pinconning, MI 48650** | fee simple | undetermined | | undetermined |
| 55.181. | **617 Abend St, Belleville, IL 62220** | fee simple | undetermined | | undetermined |
| 55.182. | **62 Bidwell St. W., Battle Creek, MI 49015** | fee simple | undetermined | | undetermined |
| 55.183. | **62 S Garfield St, Dayton, OH 4540** | fee simple | undetermined | | undetermined |
| 55.184. | **625 3rd Ave., S. , Clinton, IA 52732** | fee simple | undetermined | | undetermined |
| 55.185. | **6303 US Rte 35 E, West Alexandria, OH 45381** | fee simple | undetermined | | undetermined |
| 55.186. | **6525 S Marshfield Ave, Chicago, IL 60636** | fee simple | undetermined | | undetermined |
| 55.187. | **6833 Bales Ave, Kansas City, MO 64132** | fee simple | undetermined | | undetermined |
| 55.188. | **6948 S Carpenter St, Chicago, IL 60601** | fee simple | undetermined | | undetermined |
| 55.189. | **7016 2nd Ave. S., Birmingham, AL 35201** | fee simple | undetermined | | undetermined |
| 55.190. | **7037 South Eggleston Ave, Chicago, IL 60621** | fee simple | undetermined | | undetermined |
| 55.191. | **707 S. Orchard St., Clinton, MO 64735** | fee simple | undetermined | | undetermined |

| Debtor | **Ingersoll Financial, LLC** | | Case number *(If known)* **6:17-bk-07077-KSJ** | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.192. | 708 Vermont St., Gary, IN 46402 | fee simple | undetermined | undetermined |
| 55.193. | 713 S Walnut St., Sesser, IL 62884 | fee simple | undetermined | undetermined |
| 55.194. | 72381 Dahlia St, Covington, LA 70433 | fee simple | undetermined | undetermined |
| 55.195. | 728 Whitmore Ave, Dayton, OH 45402 | fee simple | undetermined | undetermined |
| 55.196. | 7375 Richey Drive, Baton Rouge, LA 70812 | fee simple | undetermined | undetermined |
| 55.197. | 75 Woodrow St, Hamilton, OH 45013 - | fee simple | undetermined | undetermined |
| 55.198. | 758 N Spring St, Wabash, IN 46992 | fee simple | undetermined | undetermined |
| 55.199. | 7804 8th Ave. S, Birmingham, AL 35201 | fee simple | undetermined | undetermined |
| 55.200. | 828 Overton Ave, Tarrant, AL  35217 | fee simple | undetermined | undetermined |
| 55.201. | 830 E 26th Street, Marion, IN 46952 | fee simple | undetermined | undetermined |
| 55.202. | 8345 S Baltimore Ave, Chicago, IL 60601 | fee simple | undetermined | undetermined |
| 55.203. | 842 S Bendix Dr, South Bend, IN 46601 | fee simple | undetermined | undetermined |
| 55.204. | 8451 Lowell St., St. Louis, MO 63130 | fee simple | undetermined | undetermined |

| Debtor | **Ingersoll Financial, LLC** | | Case number (If known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.205. | 8457 Cochise Rd., Freemont, WI 54940 | fee simple | undetermined | | undetermined |
| 55.206. | 8846 Bobb Ave, St Louis, MO 63130 | fee simple | undetermined | | undetermined |
| 55.207. | 900 Webster St, Blytheville, AR 72315 | fee simple | undetermined | | undetermined |
| 55.208. | 907 N 13th St, Lanett, AL 36863 | fee simple | undetermined | | undetermined |
| 55.209. | 913 Winn St., Jackson, MS 32909 | fee simple | undetermined | | undetermined |
| 55.210. | 918 W 14th St., Davenport, IA 52801 | fee simple | undetermined | | undetermined |
| 55.211. | 919 Glenview Dr, Tuscola, IL 61953 | fee simple | undetermined | | undetermined |
| 55.212. | 923 Cedar St., Kemmerer, WY 83101 | fee simple | undetermined | | undetermined |
| 55.213. | 924 E 129th St, Cleveland, OH 44108 | fee simple | undetermined | | undetermined |
| 55.214. | 935 Blankenship Rd, Martinsville, VA 24112 | fee simple | undetermined | | undetermined |
| 55.215. | 937 N Oxford St, Indianapolis, IN 46201 | fee simple | undetermined | | undetermined |
| 55.216. | 964 Hobart St, Gary, IN 46406 | fee simple | undetermined | | undetermined |
| 55.217. | 99 Clay St, Battle Creek. MI 49015 | fee simple | undetermined | | undetermined |
| 55.218. | 996 Main St., Wellsville, OH 43968 | fee simple | undetermined | | undetermined |

| Debtor | **Ingersoll Financial, LLC** | Case number *(If known)* **6:17-bk-07077-KSJ** |
|---|---|---|
| | Name | |

56. **Total of Part 9.**                                                               **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Ingersoll Financial, LLC**  Case number *(If known)*  **6:17-bk-07077-KSJ**
        Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |