**Fill in this information to identify the case:**

Debtor name    **Ingersoll Financial, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:17-bk-07077-KSJ**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1    ACME FLOOR COVERING INC.**
Creditor's Name

**ADDRESS UNKNOWN**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1326 N EWING STREET, INDIANAPOLIS IN 46218**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Amount of claim: **$1,370.00**   Value of collateral: **undetermined**

**2.2    ADAIR CO COLLECTOR**
Creditor's Name

**106 W WASHINGTON ST KIRKSVILLE, MO 63501**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**13841 APACHE WAY, GREENTOP MO 63546**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$1,688.66**   Value of collateral: **undetermined**

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Contingent
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Unliquidated
☑ Disputed

---

| 2.3 | **ALLEGANY CO TAX COLLECTOR** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**701 KELLEY ROAD
CUMBERLAND, MD 21502**

Creditor's mailing address

**236 COLUMBIA ST, CUMBERLAND MS 21502**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **ALLEN CO TREASURER** | Describe debtor's property that is subject to a lien | **$3,687.54** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**1 EAST MAIN ST
STE 104 ROUSSEAU
CENTER
FORT WAYNE, IN 46802**

Creditor's mailing address

**13424 HARBER, YODER IN 46798**

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**2016-2017**

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **AMANDA RODELL** | Describe debtor's property that is subject to a lien | **$6,250.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**HOUSING & PROPERTY
MAINT
INSPECTION DIVISION
1528 Third Ave
ROCK ISLAND, IL 61201**

Creditor's mailing address

**1511 7TH ST W, ROCK ISLAND IL 61291**

Describe the lien

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

**WEED VIOLATION**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.6 | **Anderson City Utilties** |
|---|---|
| | Creditor's Name |

Describe debtor's property that is subject to a lien

**1619 W 6th St, Anderson, IN 46011**

$84.35    undetermined

**PO Box 2100
ANDERSON, IN 46018**
Creditor's mailing address

Describe the lien
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.7 | **ANSON CO TAX COLLECTOR** |
|---|---|
| | Creditor's Name |

Describe debtor's property that is subject to a lien

**411 PERU RD, MORVEN NC 28119**

$3,089.88    undetermined

**101 SOUTH GREENE ST
WADESBORO, NC 28170**
Creditor's mailing address

Describe the lien
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2011-2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  3 of 291

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

---

**2.8**

**ASHTABULA CO TREASURER**
Creditor's Name

**25 WEST JEFFERSON ST JEFFERSON, OH 44047**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2016-2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1803 S RIDGE RD, ASHTABULA OH 44004**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$3,350.77          undetermined

---

**2.9**

**AUTAUGA CO TAX COLLECTOR**
Creditor's Name

**218 NORTH COURT STREET PRATTVILLE, AL 36067**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2443 COUNTY ROAD 37, BILLINGSLEY AL 36006**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$393.12          undetermined

---

**2.10**

**BALTIMORE CITY**
Creditor's Name

**DIRECTOR OF FINANCE 200 HOLLIDAY ST BALTIMORE, MD 21202**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**2916 W LAFAYETTE AVE, BALTIMORE MD 21213**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No

$10,159.74          undetermined

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Ingersoll Financial, LLC** |
| | Name |

Case number (if know)    **6:17-bk-07077-KSJ**

**2016-2017**
Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.1 1**

**BALTIMORE CITY**
Creditor's Name

**DEPT OF PUBLIC WORKS**
**200 Holliday Street**
**Room 600**
**BALTIMORE, MD 21202**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2418 E. Oliver St., Baltimore, MD 21213**


**Describe the lien**
**UTILITY LIEN**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$657.61**    **undetermined**

---

**2.1 2**

**BALTIMORE CITY**
Creditor's Name

**DEPT OF PUBLIC WORKS**
**200 Holliday Street**
**Room 600**
**BALTIMORE, MD 21202**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2916 W Lafayette Ave., Baltimore, MD 2916 W**
**Lafayette Ave. MD 21213**


**Describe the lien**
**UTILITY LIEN**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$1,027.87**    **undetermined**

---

**2.1 3**    **BALTIMORE CITY**

**Describe debtor's property that is subject to a lien**

**$636.66**    **undetermined**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  5 of 291

| Debtor | Ingersoll Financial, LLC | Case number (if know) | 6:17-bk-07077-KSJ |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**DEPT OF PUBLIC WORKS**
**200 Holliday Street**
**Room 600**
**BALTIMORE, MD 21202**

300 S Augusta Ave, Baltimore, MD 21229

Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 4 | | |
|---|---|---|

**BALTIMORE CITY**

Creditor's Name

**DIRECTOR OF FINANCE**
**DELINQUENT ACCT-ROOM 1**
**200 HOLLIDAY ST**
**BALTIMORE, MD 21202**

**Describe debtor's property that is subject to a lien**
**2418 E OLIVER ST, BALTIMORE MD 21213**

$2,614.53    **undetermined**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 5 | | |
|---|---|---|

**BALTIMORE CITY**

Creditor's Name

**DIRECTOR OF FINANCE**
**DELINQUENT ACCT-ROOM 1**
**200 HOLLIDAY ST**
**BALTIMORE, MD 21202**

**Describe debtor's property that is subject to a lien**
**300 S AUGUSTA AVE, BALTIMORE MD 21229**

$4,721.51    **undetermined**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**                                        Case number (if know)    **6:17-bk-07077-KSJ**
_____Name_____

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 6 | **BATTLE CREEK TAX COLLECTOR** | | |
|---|---|---|---|

Creditor's Name

**10 N. DIVISION STREET ROOMS 105/107 BATTLE CREEK, MI 49016**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $5,488.78    undetermined
**34 MAPLE TERRACE, BATTLE CREEK MI 49015**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 7 | **BATTLE CREEK TAX COLLECTOR** | | |
|---|---|---|---|

Creditor's Name

**10 N. DIVISION STREET ROOMS 105/107 BATTLE CREEK, MI 49016**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**    $1,710.91    undetermined
**99 CLAY STREET, BATTLE CREEK MI 49015**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page  7 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

**2.1
8**

**BAY CO TREASURER**
Creditor's Name

**515 CENTER AVENUE
SUITE 13
BAY CITY, MI 48708**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2015-2017**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien
611 W 2ND ST, PINCONNING MI 48650**

**Describe the lien
PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$5,991.47**    **undetermined**

---

**2.1
9**

**BAY COUNTY TREASURER**
Creditor's Name

**RICHARD F BRZEZINSKI
515 CENTER AVENUE
SUITE 103
BAY CITY, MI 48708-5122**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien
611 W 2ND ST, PINCONNING MI 48650**

**Describe the lien
PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$1,837.09**    **undetermined**

---

**2.2
0**

**BEDFORD TAX
COLLECTOR**
Creditor's Name

**115 S ULDRIKS DR
BATTLE CREEK, MI 49037**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien
204 BEULAH AVE, BATTLE CREEK MI 49015**

**Describe the lien
PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

**$4,064.98**    **undetermined**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  8 of 291

Debtor    **Ingersoll Financial, LLC**                          Case number (if know)    **6:17-bk-07077-KSJ**
          Name

**2016-2017**                                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 1 | **BENTON CO TREASURER** | **$919.64** | **undetermined** |

Creditor's Name

**706 E 5TH ST
SUITE 22
FOWLER, IN 47944**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2016-2017**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**413 N 921 W, FOWLER IN 47944**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 2 | **BERRIEN CO TAX COLLECTOR** | **$2,777.88** | **undetermined** |

Creditor's Name

**701 MAIN ST
ST JOSEPH, MI 49085**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2016-2017**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**598 BROADWAY AVE, BENTON HARBOR MI 49022**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 3 | **BLACKFORD CO TREASURER** | **$5,322.50** | **undetermined** |

Describe debtor's property that is subject to a lien

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**
_____    Case number (if known)    **6:17-bk-07077-KSJ**
Name

Creditor's Name

**110 WEST WASHINGTON HARTFORD CITY, IN 47348**

Creditor's mailing address

**415 W FRANKLIN ST, HARTFORD CITY IN 47348**

**Describe the lien**

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2015-2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 4 | **BLAINE COUNTY TREASURER** | | $438.18 | undetermined |

Creditor's Name

**212 N. WEIGLE AVE WATONGA, OK 73772**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**221 S MAIN ST, OKEENE OK 73763**

**Describe the lien**

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 5 | **BRIDGEPORT TAX COLLECTOR** | | $4,787.94 | undetermined |

Creditor's Name

**6206 DIXIE HWY BRIDGEPORT, MI 48722**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**3350 DIXIE CT, SAGINAW MI 48601**

**Describe the lien**

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2016-2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2 6 | **BRIDGEPORT TOWNSHIP** | **Describe debtor's property that is subject to a lien** | $303.12 | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**6206 DIXIE HWY
BRIDGEPORT, MI 48722**

Creditor's mailing address

**3350 Dixie Ct, Saginaw, MI 48601**

Creditor's email address, if known

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2 7 | **BUTLER CO TREASURER** | **Describe debtor's property that is subject to a lien** | $1,399.73 | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**315 HIGH STREET
10TH FLOOR
HAMILTON, OH 45011**

Creditor's mailing address

**75 WOODROW ST, HAMILTON OH 45013**

Creditor's email address, if known

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**2016-2017**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2 8 | **CALHOUN CO TAX COLLECTOR** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**W 315 GREEN ST
CALHOUN COUNTY
COURTHOUSE
MARSHALL, MI 49068**

**204 BEULAH AVE, BATTLE CREEK MI 49015**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**LIEN** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.2 9 | **CALHOUN CO TREASURER** | **Describe debtor's property that is subject to a lien** | **$2,229.67** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **204 BEULAH AVE, BATTLE CREEK MI 49015** | | |

| | |
|---|---|
| **BRIAN WENSAUER**<br>**315 WEST GREEN ST**<br>**MARSHALL, MI 49068**<br>Creditor's mailing address | **Describe the lien**<br>**PROPERTY TAXES** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>**2016** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.3 0 | **CALHOUN CO TREASURER** | **Describe debtor's property that is subject to a lien** | **$2,229.67** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **204 BEULAH AVE, BATTLE CREEK MI 49015** | | |

| | |
|---|---|
| **BRIAN WENSAUER**<br>**315 WEST GREEN ST**<br>**MARSHALL, MI 49068**<br>Creditor's mailing address | **Describe the lien**<br>**PROPERTY TAXES** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Ingersoll Financial, LLC | Case number (if know) | 6:17-bk-07077-KSJ |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Unliquidated
☐ Yes. Specify each creditor, including this creditor and its relative priority.
■ Disputed

---

**2.3 1** CALHOUN CO TREASURER

Creditor's Name

**BRIAN WENSAUER
315 WEST GREEN ST
MARSHALL, MI 49068**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**34 MAPLE TERRACE, BATTLE CREEK MI 49015**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined   undetermined

---

**2.3 2** CALHOUN CO TREASURER

Creditor's Name

**BRIAN WENSAUER
315 WEST GREEN ST
MARSHALL, MI 49068**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**34 MAPLE TERRACE, BATTLE CREEK MI 49015**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$2,980.88   undetermined

---

**2.3 3** CALHOUN CO TREASURER

Creditor's Name

**BRIAN WENSAUER
315 WEST GREEN ST
MARSHALL, MI 49068**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**62 BIDWELL ST W, BATTLE CREEK MI 49015**

Describe the lien
**PROPERTY TAXES**

$1,502.38   undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  13 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Date debt was incurred**
**2015**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 4 | **CALHOUN CO TREASURER** | Describe debtor's property that is subject to a lien | $1,870.94 | undetermined |
|---|---|---|---|---|

Creditor's Name
**BRIAN WENSAUER**
**315 WEST GREEN ST**
**MARSHALL, MI 49068**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**62 BIDWELL ST W, BATTLE CREEK MI 49015**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 5 | **CALHOUN CO TREASURER** | Describe debtor's property that is subject to a lien | $1,143.16 | undetermined |
|---|---|---|---|---|

Creditor's Name
**BRIAN WENSAUER**
**315 WEST GREEN ST**
**MARSHALL, MI 49068**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**99 CLAY STREET, BATTLE CREEK MI 49015**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 14 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 6 | **CALHOUN CO TREASURER** |
|---|---|

Creditor's Name

**BRIAN WENSAUER**
**315 WEST GREEN ST**
**MARSHALL, MI 49068**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**62 BIDWELL ST W, BATTLE CREEK MI 49015**                    undetermined    undetermined

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 7 | **CECIL CO TREASURER** |
|---|---|

Creditor's Name

**200 CHESAPEAKE BLVD**
**SUITE 1100**
**ELKTON, MD 21921**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**536 ELK MILLS RD, ELK MILLS MD 21920**                    $1,211.97    undetermined

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 8 | **CHARTER TOWNSHIP OF GENESEE** |
|---|---|

Creditor's Name

**MELINDA WALKER**
**BUILDING & CODE**
**ENFORCEMENT**
**7244 N GENESEE ROAD**
**GENESEE, MI 48437**

**Describe debtor's property that is subject to a lien**
**1021 HAVEN ST, MOUNT MORRIS MI 48458**                    $250.00    undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 15 of 291

| Debtor | Ingersoll Financial, LLC | Case number (if know) | 6:17-bk-07077-KSJ |
|---|---|---|---|
| | Name | | |

**Creditor's mailing address**

**Describe the lien**
CODE VIOLATIONS

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 9 | **CHARTER TOWNSHIP OF IRONWOOD** | | | $75.00 | undetermined |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
10585 N LAKE ROAD, IRONWOOD MI 49938

TOWNSHIP CLERK
N10892 LAKE ROAD
IRONWOOD, MI 49938
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 0 | **CHICKASAWBA TAX COLLECTOR** | | | $313.12 | undetermined |
|---|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
900 WEBSTER ST, BLYTHEVILLE AR 72315

PATRICIA CALDWELL
200 W WALNUT ST
ROOM 104
BLYTHEVILLE, AR 72315
Creditor's mailing address

**Describe the lien**
PROPERTY TAXES

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  16 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Contingent
☐ Unliquidated
☑ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 1 | **CITY CLERK & TAX COLLECTOR** |
|---|---|
| | Creditor's Name |

**JAMIE E. MORGAN**
**IT ADMINI/GRANT ADMIN**
**CITY OF AMORY, MS 38821**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**603 111TH ST, AMORY MS 38821**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

$220.03          undetermined

---

| 2.4 2 | **CITY COUNCIL HINDS CO. MS** |
|---|---|
| | Creditor's Name |

**316 S President St**
**Jackson, MS 39201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**147 LOUISIANA AVE, JACKSON MS 39209**

Describe the lien
**JUDGMENT**

Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

$1,502.00          undetermined

---

| 2.4 3 | **CITY OF AKRON** |
|---|---|
| | Creditor's Name |

**UTILITIES OFFICE**
**146 S HIGH STREET**
**ROOM 211**
**AKRON, OH 44308**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**1404 Andrus St, Akron, OH 44301**

Describe the lien

$81.75          undetermined

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  17 of 291

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

**UTILITY LIEN**

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number**
_____

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 4 | **CITY OF BATTLE CREEK** | Describe debtor's property that is subject to a lien | $665.00 | undetermined |

Creditor's Name

**UTILITY BILLING DIVISION
PO BOX 235
BATTLE CREEK, MI
49016-0235**
_____
Creditor's mailing address

**34 MAPLE TERRACE, BATTLE CREEK MI 49015**
_____

**Describe the lien**
**OPEN CODE VIOLATIONS**
_____

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number**
_____

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 5 | **CITY OF BATTLE CREEK** | Describe debtor's property that is subject to a lien | $6,525.00 | undetermined |

Creditor's Name

**UTILITY BILLING DIVISION
P.O. BOX 235
BATTLE CREEK, MI
49016-0235**
_____
Creditor's mailing address

**99 CLAY STREET, BATTLE CREEK MI 49015**

**Describe the lien**
**OPEN CODE VIOLATIONS**
_____

Is the creditor an insider or related party?

■ No

☐ Yes

_____
Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number**
_____

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 18 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 6 | **CITY OF BATTLE CREEK** | **Describe debtor's property that is subject to a lien** | **$6,525.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**UTILITY BILLING DIVISION**
**P.O. BOX 235**
**BATTLE CREEK, MI**
**49016-0235**

**99 Clay St, Battle Creek. MI  49015**

Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 7 | **City of Belleview Treasurer** | **Describe debtor's property that is subject to a lien** | **$34.30** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**City Hall**
**101 S. Illinois St.**
**BELLEVILLE, IL 62220**

**617 Abend St, Belleville, IL 62220**

Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 8 | **CITY OF BELLEVILLE** | **Describe debtor's property that is subject to a lien** | **$139.25** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**HEALTH/HOUSING DEPT.**
**407 E LINCOLN STREET**
**BELLEVILLE, IL 62220**

**23 S 16TH STREET, BELLEVILLE IL 62220**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**HEALTH & HOUSING CODE VIOLATION**

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.49 | **CITY OF BELLEVILLE** | Describe debtor's property that is subject to a lien | $81.90 | undetermined |
|---|---|---|---|---|

Creditor's Name

**HOUSING DEPT**
**407 E LINCOLN STREET**
**BELLEVILLE, IL 62220**

**23 S 16th St, Belleville, IL 62220**

_____
Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.50 | **CITY OF BLYTHEVILLE** | Describe debtor's property that is subject to a lien | $143.65 | undetermined |
|---|---|---|---|---|

Creditor's Name

**CODE ENFORCEMENT**
**OFFICER**
**124 W WALNUT ST**
**BLYTHEVILLE, AR 72315**

**900 WEBSTER ST, BLYTHEVILLE AR 72315**

_____
Creditor's mailing address

**Describe the lien**
**OPEN CODE VIOLATIONS**

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 20 of 291

Debtor    **Ingersoll Financial, LLC**                                                    Case number (if know)    **6:17-bk-07077-KSJ**
_____
Name

■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its relative ■ Disputed
priority.
_____

---

| 2.5 1 | **CITY OF CARO** | **Describe debtor's property that is subject to a lien** | **$24,025.00** | **undetermined** |

Creditor's Name
**335 NORMAN ST, CARO MI 48723**

**UTILITY BILLING CLERK**
**317 S STATE ST**
**CARO, MI 48723**
Creditor's mailing address          **Describe the lien**
_____  _____

                                    **Is the creditor an insider or related party?**
_____  ■ No
Creditor's email address, if known  ☐ Yes
                                    **Is anyone else liable on this claim?**
**Date debt was incurred**          ■ No
_____  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No                                ☐ Contingent
☐ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative ■ Disputed
priority.
_____

---

| 2.5 2 | **CITY OF CHICAGO** | **Describe debtor's property that is subject to a lien** | **$15,367.00** | **undetermined** |

Creditor's Name
**5949 S UNION AVE, CHICAGO IL 60601**

**30 N. LASALLE STREET**
**ROOM 700**
**CHICAGO, IL 60602**
Creditor's mailing address          **Describe the lien**
_____  **JUDGMENT**
                                    _____
                                    **Is the creditor an insider or related party?**
_____  ■ No
Creditor's email address, if known  ☐ Yes
                                    **Is anyone else liable on this claim?**
**Date debt was incurred**          ■ No
_____  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
■ No                                ☐ Contingent
☐ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative ■ Disputed
priority.
_____

---

| 2.5 3 | **CITY OF CHICAGO** | **Describe debtor's property that is subject to a lien** | **$19,319.00** | **undetermined** |

Creditor's Name
**5949 S UNION AVE, CHICAGO IL 60601**

**30 N. LASALLE STREET**
**ROOM 700**
**CHICAGO, IL 60602**
Creditor's mailing address          **Describe the lien**
_____  **JUDGMENT LIEN**

---

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 4 | **CITY OF CHICAGO** | Describe debtor's property that is subject to a lien | **$11,060.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**30 N. LASALLE STREET ROOM 700 CHICAGO, IL 60602**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**5949 S UNION AVE, CHICAGO IL 60601**

**Describe the lien**

**JUDGMENT LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 5 | **CITY OF CHICAGO** | Describe debtor's property that is subject to a lien | **$476,969.90** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**ATTN: MATTHEW A. LOCKE 121 N. LASALLE ST., STE 400 CHICAGO, IL 60602**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**3919 W GRENSHAW ST, CHICAGO IL 60601**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**                                    Case number (if know)    **6:17-bk-07077-KSJ**
_____
Name

■ No
□ Contingent
□ Yes. Specify each creditor,
□ Unliquidated
including this creditor and its relative
■ Disputed
priority.

---

| 2.5 6 | **CITY OF CHICAGO** | Describe debtor's property that is subject to a lien | $19,319.00 | undetermined |

Creditor's Name

**City Hall**
**121 N LaSalle St**
**Chicago, IL 60602**
Creditor's mailing address

**3919 W GRENSHAW ST, CHICAGO IL 60601**

Describe the lien
**LIEN FOR DEMOLITION**
Is the creditor an insider or related party?
■ No
Creditor's email address, if known
□ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
As of the petition filing date, the claim is:
Check all that apply
■ No
□ Contingent
□ Yes. Specify each creditor,
□ Unliquidated
including this creditor and its relative
■ Disputed
priority.

---

| 2.5 7 | **CITY OF CHICAGO** | Describe debtor's property that is subject to a lien | $15,367.00 | undetermined |

Creditor's Name

**COOK COUNTY**
**CHICAGO, IL**
Creditor's mailing address

**5949 S UNION AVE, CHICAGO IL 60601**

Describe the lien
**LIEN FOR DEMOLITION OF PROPERTY**
Is the creditor an insider or related party?
■ No
Creditor's email address, if known
□ Yes
Is anyone else liable on this claim?

**Date debt was incurred**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
As of the petition filing date, the claim is:
Check all that apply
■ No
□ Contingent
□ Yes. Specify each creditor,
□ Unliquidated
including this creditor and its relative
■ Disputed
priority.

---

| 2.5 8 | **CITY OF CHICAGO** | Describe debtor's property that is subject to a lien | $7,848.25 | undetermined |

Creditor's Name

**DEPT OF FINANCE**
**UTILITY BILLING**
**PO BOX 6330**
**CHICAGO, IL 60680-6300**
Creditor's mailing address

**254 E 136th St, Chicago, IL 60601**

Describe the lien

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 23 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 9 | **CITY OF CHICAGO** | Describe debtor's property that is subject to a lien | $691.10 | undetermined |
|---|---|---|---|---|

Creditor's Name

**DEPT OF FINANCE**
**30 N. LASALLE STREET**
**ROOM 700**
**CHICAGO, IL 60680**

**5949 S Union Ave, Chicago, IL 60601**

Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 0 | **City of Chicago** | Describe debtor's property that is subject to a lien | $11,363.91 | undetermined |
|---|---|---|---|---|

Creditor's Name

**Dept of Finance**
**PO Box 6330**
**CHICAGO, IL 60680-6330**

**6948 S Carpenter St, Chicago, IL 60601**

Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 1 | **City of Chicago** | Describe debtor's property that is subject to a lien | **$10,189.05** | **undetermined** |

Creditor's Name

**Utility Billing**
**PO Box 6330**
**CHICAGO, IL 60680-6330**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 2 | **CITY OF CHICAGO- DEPT LAW** | Describe debtor's property that is subject to a lien **254 E 136TH ST, CHICAGO IL 60601** | **$546,132.56** | **undetermined** |

Creditor's Name

**MATTHEW A LOCKE**
**121 N LASALLE ST**
**STE 400**
**CHICAGO, IL 60602**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 3 | **CITY OF CINCINNATI** | Describe debtor's property that is subject to a lien **1216 GILSEY AVE, CINCINNATI OH 45202** | **$927.00** | **undetermined** |

Creditor's Name

**CODE ENFORCEMENT**
**805 CENTRAL AVENUE**
**SUITE 500**
**CINCINNATI, OH 45202**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  25 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|

Name

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **CODE VIOLATION** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.6 4 | **CITY OF CLARKSBURG** | **Describe debtor's property that is subject to a lien** | **$4,000.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**DIRECTOR OF FINANCE**
**222 WEST MAIN STREET**
**CLARKSBURG, WV 26301**

**1612 N 16TH ST, CLARKSBURG WV 26301**

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **DEMOLITION OF STRUCTURE** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.6 5 | **CITY OF CLEVELAND** | **Describe debtor's property that is subject to a lien** | **$1,005.12** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**DIVISION OF WATER**
**1201 LAKESIDE AVE**
**CLEVELAND, OH 44114**

**924 E 129th St, Cleveland, OH 44108**

| Creditor's mailing address | **Describe the lien** |
|---|---|
| | **UTILITY LIEN** |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 6 | **CITY OF CLINTON** | Describe debtor's property that is subject to a lien | $200.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**611 S 3RD STREET
PO BOX 2958
CLINTON, IA 52733-2958**
Creditor's mailing address

**625 3RD AVE , S, CLINTON IA 52732**

Describe the lien
**OPEN CODE VIOLATIONS**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 7 | **CITY OF DANVILLE DEPT. OF FINANCE** | Describe debtor's property that is subject to a lien | $122.34 | undetermined |
|---|---|---|---|---|

Creditor's Name

**COLLECTION DEPT
PO BOX 3308
DANVILLE,, VA 24541**
Creditor's mailing address

**255 HOWELAND CIR, DANVILLE VA 24541**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2017**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 8 | **CITY OF DAYTON** | Describe debtor's property that is subject to a lien | $581.21 | undetermined |
|---|---|---|---|---|

Creditor's Name

**DIVISION OF REVENUE
101 WEST THIRD ST
DAYTON, OH 45402**
Creditor's mailing address

**304 Clover St, Dayton, OH 45402**

Describe the lien
**UTILITY LIEN**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  27 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 9 | **CITY OF DAYTON** | | |
|---|---|---|---|

Creditor's Name

**DIVISION OF REVENUE
101 WEST THIRD ST
DAYTON, OH 45402**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**62 S Garfield St, Dayton, OH 4540**

Describe the lien
**UTILITY LIEN**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**$136.56**    **undetermined**

---

| 2.7 0 | **CITY OF DAYTON** | | |
|---|---|---|---|

Creditor's Name

**DIVISUIN OF REVENUE
ADMIN
101 WEST THIRD ST
DAYTON, OH 45402**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**304 CLOVER ST, DAYTON OH 45402**

Describe the lien
**OPEN CODE VIOLATIONS**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$60.00**    **undetermined**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.7 1**

**CITY OF DE SOTO**
Creditor's Name

**WATER DEPT**
**17 BOYD ST**
**DE SOTO, M0 63020**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**13552 E Sunrise Lake Dr, DeSoto, MO 63020**

Describe the lien
**UTILITY LIEN**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$200.00          undetermined

---

**2.7 2**

**CITY OF DETROIT**
Creditor's Name

**Coleman A.  Young Center**
**2 Woodward Avenue**
**Suite 401**
**DETROIT, MI 48226**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**13744 FENELON, HAMTRAMCK MI 48212**

Describe the lien
**COMPLAINT -  ANNUAL INSPECTION**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$150.00          undetermined

---

**2.7 3**

**CITY OF FENTON**
Creditor's Name

**301 SOUTH LEROY**
**STREET**
**FENTON, MI 48430**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2907 MASON ST, FLINT MI 48504**

Describe the lien

$527.68          undetermined

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Ingersoll Financial, LLC**
Name

Case number (if know)   **6:17-bk-07077-KSJ**

---

**3104 MAGNOLIA ST**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 4 | **CITY OF FLINT** | Describe debtor's property that is subject to a lien | $50.00 | undetermined |

Creditor's Name

**1101 S. SAGINAW STREET**
**RM #S106**
**FLINT, MI 48502**
Creditor's mailing address

**1946 HOSLER ST, FLINT MI 48503**

**Describe the lien**
**CODE VIOLATION ( BLIGHT - VN)**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 5 | **CITY OF FLINT** | Describe debtor's property that is subject to a lien | $236.41 | undetermined |

Creditor's Name

**WATER DEPT**
**1101 Saginaw S**
**FLINT, MI 48506**
Creditor's mailing address

**3411 Brownell Blvd., Flint,  MI  48509**

**Describe the lien**
**UTILITY LIEN**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  30 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 6 | **CITY OF INDEPENDENCE** | **Describe debtor's property that is subject to a lien** | $268.74 | **undetermined** |
|---|---|---|---|---|

**CITY OF INDEPENDENCE**
Creditor's Name
**ATTN: FINANCE**
**PO BOX 1019**
**INDEPENDENCE, MO 64250**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**534 S HARDY AVE, INDEPENDENCE MO 64050**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 7 | **CITY OF INDIANAPOLIS** | **Describe debtor's property that is subject to a lien** | $447.50 | **undetermined** |
|---|---|---|---|---|

**CITY OF INDIANAPOLIS**
Creditor's Name
**OFFICE OF FINANCE &**
**MGMT**
**200 E. Washington St**
**Ste 2222**
**Indianapolis, IN 46204**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**937 N OXFORD ST, INDIANAPOLIS IN 46201**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 8 | **CITY OF INDIANAPOLIS** | **Describe debtor's property that is subject to a lien** | $780.00 | **undetermined** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Ingersoll Financial, LLC | Case number (if known) | 6:17-bk-07077-KSJ |
|---|---|---|---|
| | Name | | |

**Creditor's Name**
**Office of Finance and Mgmt**
**200 E WASHINGTON ST**
**Ste 2222**
**Indianapolis, IN 46204**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3423 N SHERMAN DR, INDIANAPOLIS IN 46218**

**Describe the lien**
**FAILURE TO REPAIR PENALTY NOTICE**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 9 | **CITY OF JOHNSTON CITY** | Describe debtor's property that is subject to a lien | **$500.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**100 W. BRIADWAY**
**JOHNSTON CITY, IL 62951**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**605 W 9TH ST, JOHNSTON CITY IL 62951**

**Describe the lien**
**NOTICE OF LIEN**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 0 | **CITY OF JOPLIN** | Describe debtor's property that is subject to a lien | **$150.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**602 MAIN ST**
**JOPLIN, MO 64801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**1016 CENTRAL ST, JOPLIN MO 64801**

**Describe the lien**
**CODE VIOLATION**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 32 of 291

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.8 1 | **CITY OF LOUISVILLE** | **Describe debtor's property that is subject to a lien** | $31,152.19 | undetermined |
|---|---|---|---|---|

Creditor's Name

**OFFICE OF MGMT & BUDGET**
**611 WEST JEFFERSON ST**
**1ST FLOOR**
**LOUISVILLE, KY 40202**

**323 N 20TH ST, LOUISVILLE KY 40203**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.8 2 | **CITY OF MANSFIELD** | **Describe debtor's property that is subject to a lien** | $750.40 | undetermined |
|---|---|---|---|---|

Creditor's Name

**UTILITY COLLECTIONS**
**99 Park Avenue East**
**MANSFIELD, OH 44902**

**250 Helen Ave. Mansfield, OH 44902**

Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.8 3 | **CITY OF MILWAUKEE** | **Describe debtor's property that is subject to a lien** | $2,240.00 | undetermined |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**                                                 Case number (if know)    **6:17-bk-07077-KSJ**

Name

---

Creditor's Name

**200 EAST WELLS STREET
MILWAUKEE, WI 53202**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

3046 N 7TH ST, MILWAUKEE WI 53212

**Describe the lien**
**MUNICIIPAL TAX LIEN**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 4 | **CITY OF MILWAUKEE** | **Describe debtor's property that is subject to a lien** | $1,610.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**LANGLEY GRANT
FREDERICK
200 EAST WELLS STREET
MILWAUKEE,, WI 53202**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

2917 N 16TH ST, MILWAUKEE WI 53212

**Describe the lien**
**JUDGMENT**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 5 | **CITY OF MILWAUKEE** | **Describe debtor's property that is subject to a lien** | $1,940.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**LANGLEY GRANT
FREDERICK
200 EAST WELLS STREET
MILWAUKEE, WI 53202**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

---

2917 N 16TH ST, MILWAUKEE WI 53212

**Describe the lien**
**JUDGMENT LIEN**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page  34 of 291

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed |

---

| 2.8 6 | **City of Milwaukee** | **Describe debtor's property that is subject to a lien** | **$244.91** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**PO BOX 32568
MILWAUKEE, WI
53201-3268**

Creditor's mailing address

**2917 N 16th St, Milwaukee, WI 53212**

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 7 | **City of Milwaukee** | **Describe debtor's property that is subject to a lien** | **$92.55** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**PO BOX 32568
MILWAUKEE, WI
53201-3268**

Creditor's mailing address

**3046 N 7th St, Milwaukee, WI 53212**

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 8 | **City of Monessen** | **Describe debtor's property that is subject to a lien** | **$585.00** | **undetermined** |
|---|---|---|---|---|

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 35 of 291

Debtor    **Ingersoll Financial, LLC**        Case number (if known)    **6:17-bk-07077-KSJ**

Name

---

Creditor's Name

**1 Wendell Ramey Lane**
**Suite 400**
**MONESSEN, PA 15062**

Creditor's mailing address

**410 Knox Ave, Monessen, PA 15062**

Describe the lien
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 9 | | | | |

**CITY OF MUSKEGON**

Creditor's Name

**933 TERRACE ST**
**STE 202**
**MUSKEGON, MI 49440**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**234 ALLEN AVE, MUSKEGON MI 49442**

**$850.00**      **undetermined**

Describe the lien
**CODE VIOLATIONS**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 0 | | | | |

**CITY OF MUSKEGON HEIGHTS**

Creditor's Name

**2724 PECK STREET**
**MUSKEGON HTS, MI 49444**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2924 7TH ST, MUSKEGON HEIGHTS MI 49444**

**$560.00**      **undetermined**

Describe the lien
**OPEN CODE VIOLATIONS**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       

Debtor **Ingersoll Financial, LLC**
Name

Case number (if know) **6:17-bk-07077-KSJ**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.9 1 | **CITY OF MUSKEGON HEIGHTS** | | $2,300.60 | undetermined |
|---|---|---|---|---|

Creditor's Name

**2724 PECK STREET
MUSKEGON HTS, MI 49444**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2016-2017**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**2924 7TH ST, MUSKEGON HEIGHTS MI 49444**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.9 2 | **CITY OF PAXTON** | | $245.28 | undetermined |
|---|---|---|---|---|

Creditor's Name

**145 S MARKET ST
PAXTON, IL 60957**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**354 E FULTON, PAXTON IL 60957**

Describe the lien
**WATERWORKS/SEWAGE LIEN**
Is the creditor an insider or related party?

■ No
☐ Yes
Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.9 3 | **CITY OF PAXTON** | | $157.96 | undetermined |
|---|---|---|---|---|

Creditor's Name

**CITY TREASURER
145 S MARKET ST
PO BOX 59
PAXTON, IL 60957**

Describe debtor's property that is subject to a lien
**354 E FULTON, PAXTON IL 60957**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Ingersoll Financial, LLC**
_____
Name

Case number (if know)  **6:17-bk-07077-KSJ**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | _____ |
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.94 | **CITY OF PAXTON** | **Describe debtor's property that is subject to a lien** | **$452.93** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**CITY TREASURER
145 S MARKET ST
PO BOX 59
PAXTON, IL 60957**
Creditor's mailing address

**354 E FULTON, PAXTON IL 60957**

**Describe the lien**
**WEED LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.95 | **CITY OF PINE BLUFF** | **Describe debtor's property that is subject to a lien** | **$261.40** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**CODE ENFORCEMENT
DEPARTMENT
200 E 8TH AVENUE
ROOM 103
PINE BLUFF, AR 71601**
Creditor's mailing address

**1509 W 23RD AVE, PINE BLUFF AR 71601**

**Describe the lien**
**GRASS & WEED VIOLATION**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Debtor    **Ingersoll Financial, LLC**

Case number (if know)    **6:17-bk-07077-KSJ**

Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 6 | **CITY OF RACINE WISCONSIN** | | $236.54 | undetermined |

Creditor's Name

**730 WASHINGTON AVENUE RACINE, WI 53403**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1116 13TH ST, RACINE WI 53403**

**Describe the lien**
**CODE VIOLATION**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 7 | **City of Rock Island** | | $2,350.08 | undetermined |

Creditor's Name

**Attn: Clerk FIRST FLOOR ROCK ISLAND, IL 61201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/1/2016**

**Last 4 digits of account number**
**1899**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1511 7th St W, Rock Island, IL 61291**

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 8 | **CITY OF ROCK ISLAND** | | $2,350.08 | undetermined |

Creditor's Name

**CITY CLERK 1528 Third Ave Rock Island, IL 61201**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1511 7TH ST W, ROCK ISLAND IL 61291**

**Describe the lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  39 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.9 9 | **CITY OF SESSER** | **Describe debtor's property that is subject to a lien** | **$1,360.00** | **undetermined** |

Creditor's Name

**PHIL COOMBER**
**CODE ENFORCER**
**PO BOX 517**
**SESSER, IL 62884**

_____
Creditor's mailing address

**713 S WALNUT ST, SESSER IL 62884**

**Describe the lien**
**OPEN CODE VIOLATIONS.**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 00 | **CITY OF SHELBYVILLE** | **Describe debtor's property that is subject to a lien** | **$2,245.47** | **undetermined** |

Creditor's Name

**ADMINISTRATIVE**
**ASSISTANT**
**44 W. WASHINGTON**
**STREET**
**SHELBYVILLE, IN 46176**

_____
Creditor's mailing address

**455 W HENDRICKS ST, SHELBYVILLE IN 46176**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  40 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 01 | **CITY OF SOUTH BEND** | | **$271.00** | **undetermined** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**842 S BENDIX DR, SOUTH BEND IN 46601**

**227 W Jefferson Blvd**
**South Bend, IN 46601**

Creditor's mailing address

**Describe the lien**
**JUDGMENT**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 02 | **CITY OF SOUTH BEND** | | **$493.47** | **undetermined** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**842 S BENDIX DR, SOUTH BEND IN 46601**

**227 W Jefferson Blvd**
**South Bend, IN 46601**

Creditor's mailing address

**Describe the lien**
**JUDGMENT**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 03 | **CITY OF SOUTH BEND** | | **$779.24** | **undetermined** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**842 S BENDIX DR, SOUTH BEND IN 46601**

**227 W Jefferson Blvd**
**South Bend, IN 46601**

Creditor's mailing address

**Describe the lien**
**JUDGMENT**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 04 | **CITY OF SOUTH BEND** | Describe debtor's property that is subject to a lien | $779.24 | undetermined |
|---|---|---|---|---|

Creditor's Name

**842 S BENDIX DR, SOUTH BEND IN 46601**

**227 W Jefferson Blvd
South Bend, IN 46601**

Creditor's mailing address

**Describe the lien**

**JUDGMENT**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 05 | **CITY OF SOUTH BEND** | Describe debtor's property that is subject to a lien | $1,471.08 | undetermined |
|---|---|---|---|---|

Creditor's Name

**842 S BENDIX DR, SOUTH BEND IN 46601**

**227 W Jefferson Blvd
South Bend, IN 46601**

Creditor's mailing address

**Describe the lien**

**JUDGMENT**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  42 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

**2.1 06**

**CITY OF SOUTH BEND**
Creditor's Name

**227 W Jefferson Blvd**
**South Bend, IN 46601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**842 S BENDIX DR, SOUTH BEND IN 46601**

**Describe the lien**
**JUDGMENT**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$1,471.08    undetermined

---

**2.1 07**

**CITY OF SOUTH BEND**
Creditor's Name

**227 W Jefferson Blvd**
**South Bend, IN 46601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**842 S BENDIX DR, SOUTH BEND IN 46601**

**Describe the lien**
**JUDGMENT**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$2,190.06    undetermined

---

**2.1 08**

**CITY OF SOUTH BEND**
Creditor's Name

**227 W Jefferson Blvd**
**South Bend, IN 46601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**842 S BENDIX DR, SOUTH BEND IN 46601**

**Describe the lien**
**JUDGMENT**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

$2,190.06    undetermined

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  43 of 291

Debtor    **Ingersoll Financial, LLC**                                    Case number (if know)    **6:17-bk-07077-KSJ**
_____
Name

_____    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                 As of the petition filing date, the claim is:
**interest in the same property?**                Check all that apply
■ No                                              ☐ Contingent
☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative          ■ Disputed
priority.

---

| 2.1 09 | **CITY OF SOUTH BEND** | Describe debtor's property that is subject to a lien | $6,138.25 | undetermined |

Creditor's Name

**CODE ENFORCEMENT**                              **842 S Bendix Dr, South Bend, IN 46601**
**227 W Jefferson Blvd**
**SOUTH BEND, IN 46601**
_____
Creditor's mailing address                       **Describe the lien**
                                                  **UTILITY LIEN**
                                                  Is the creditor an insider or related party?
_____                          ■ No
Creditor's email address, if known               ☐ Yes

**Date debt was incurred**                        Is anyone else liable on this claim?
                                                  ■ No
_____                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                 As of the petition filing date, the claim is:
**interest in the same property?**                Check all that apply
■ No                                              ☐ Contingent
☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative          ■ Disputed
priority.

---

| 2.1 10 | **CITY OF SOUTH BEND** | Describe debtor's property that is subject to a lien | $271.00 | undetermined |

Creditor's Name

**DEPT OF CODE**                                  **842 S BENDIX DR, SOUTH BEND IN 46601**
**ENFORCEMENT**
**227 W JEFFERSON BLVD**
**1300 COUNTY-CITY BLDG**
**SOUTH BEND, IN**
_____
Creditor's mailing address                       **Describe the lien**
                                                  **NOTICE OF CODE VIOLATION**
                                                  Is the creditor an insider or related party?
_____                          ■ No
Creditor's email address, if known               ☐ Yes

**Date debt was incurred**                        Is anyone else liable on this claim?
                                                  ■ No
_____                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                 As of the petition filing date, the claim is:
**interest in the same property?**                Check all that apply
■ No                                              ☐ Contingent
☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative          ■ Disputed
priority.

---

| 2.1 11 | **CITY OF SOUTH BEND** | Describe debtor's property that is subject to a lien | $6,138.25 | undetermined |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  44 of 291

Debtor   **Ingersoll Financial, LLC**
Name                                                    Case number (if known)   **6:17-bk-07077-KSJ**

---

Creditor's Name
**DEPT OF CODE
ENFORCEMENT
227 W JEFFERSON BLVD
1300 COUNTY-CITY BLDG
SOUTH BEND, IN 46601**
Creditor's mailing address

**842 S BENDIX DR, SOUTH BEND IN 46601**

Describe the lien
**CODE VIOLATIONS**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent
☐ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 12 | **CITY OF SOUTH BEND** | Describe debtor's property that is subject to a lien | $120.41 | undetermined |

Creditor's Name
**UTILITY BILLING DIVISION
125 W COLFAX AVE
SOUTH BEND, IN 46601**
Creditor's mailing address

**606 Dundee St, South Bend, IN 46601**

Describe the lien
**UTILITY LIEN**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent
☐ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 13 | **CITY OF ST LOUIS** | Describe debtor's property that is subject to a lien | $198.00 | undetermined |

Creditor's Name
**1200 MARKET STREET
PERMIT SECTION, CITY
HALL
ROOM 425
ST LOUIS, MO 63103**
Creditor's mailing address

**3118 WHITTIER ST, ST. LOUIS MO 63130**

Describe the lien
**OPEN/EXPIRED PERMITS**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  45 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 14 | **CITY OF ST LOUIS** | **Describe debtor's property that is subject to a lien** | **$99.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**DEPT PUBLIC SAFETY**
**1200 MARKET STREET**
**CITY HALL, RM 425**
**ST LOUIS, MO 63103**

Creditor's mailing address

**8451 LOWELL STREET, ST LOUIS MO 63130**

**Describe the lien**
**PERMIT**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 15 | **CITY OF ST LOUIS** | **Describe debtor's property that is subject to a lien** | **$251.61** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**WATER DIVISOIN**
**4600 McRee Ave**
**ST LOUIS, MO 63110**

Creditor's mailing address

**3118 Whittier St, St. Louis, MO 63130**

**Describe the lien**
**UTILITY LIEN**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.1 16 | **CITY OF ST LOUIS** | Describe debtor's property that is subject to a lien | $607.11 | undetermined |
|---|---|---|---|---|

Creditor's Name

**WATER DIVISOIN**
**4600 McRee Ave**
**ST LOUIS, MO 63110**

Creditor's mailing address

**4912 Arlington Ave , St. Louis, MO 63120**

Describe the lien
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 17 | **CITY OF THOMASVILLE** | Describe debtor's property that is subject to a lien | undetermined | undetermined |
|---|---|---|---|---|

Creditor's Name

**TAX COLLECTOR**
**PO BOX 1397**
**THOMASVILLE, GA 31799**

Creditor's mailing address

**427 W MONROE ST, THOMASVILLE GA 31792**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 18 | **CITY OF WABASH** | Describe debtor's property that is subject to a lien | $865.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**202 S WABASH STREET**
**WABASH, IN 46992**

Creditor's mailing address

**758 N Spring St, Wabash, IN 46992**

Describe the lien
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  47 of 291

Debtor    **Ingersoll Financial, LLC**                                         Case number (if know)    **6:17-bk-07077-KSJ**
_____
Name

Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1<br>19 | **CITY OF WABASH** | Describe debtor's property that is subject to a lien | $6,694.09 | undetermined |
|---|---|---|---|---|

Creditor's Name

**202 Wabash St**
**Wabash, IN 46992**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien
**758 N SPRING STREET, WABASH IN 46992**

Describe the lien
**DEMOLITION OF UNSAFE BUILDING**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
_____

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1<br>20 | **CITY OF WABASH** | Describe debtor's property that is subject to a lien | $200.40 | undetermined |
|---|---|---|---|---|

Creditor's Name

**WASTEWATER UTILITY**
**700 S Carroll St**
**Wabash, IN 46992**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien
**758 N SPRING STREET, WABASH IN 46992**

Describe the lien
**UNPAID WASTEWATER UTILITIES**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
_____

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1<br>21 | **CITY OF WABASH** | Describe debtor's property that is subject to a lien | $865.00 | undetermined |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**

Name

Case number (if known)    **6:17-bk-07077-KSJ**

Creditor's Name

**WENDY FRAZIER**
**202 S WABASH STREET**
**WABASH, IN 46992**

**758 N SPRING STREET, WABASH IN 46992**

Creditor's mailing address

Describe the lien

**OPEN CODE VIOLATIONS**

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent

□ Unliquidated

■ Disputed

---

| 2.1 22 | **CITY OF WARREN** | Describe debtor's property that is subject to a lien | $25.00 | undetermined |

Creditor's Name

**2229 EMMONS AVE, WARREN MI 48088**

**JAMES R FOUTS, MAYOR**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent

□ Unliquidated

■ Disputed

---

| 2.1 23 | **CITY OF WARREN TREASURER** | Describe debtor's property that is subject to a lien | $3,395.33 | undetermined |

Creditor's Name

**2229 EMMONS AVE, WARREN MI 48088**

**ONE CITY SQUARE**
**SUITE 200**
**WARREN, MI 48093**

Creditor's mailing address

Describe the lien

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2016-2017**

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  49 of 291

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 24 | **CITY OF YOUNGSTOWN** | | |
|---|---|---|---|

Creditor's Name

**CODE ENFORCEMENT 26 S. PHELPS STREET 5TH FLOOR YOUNGSTOWN, OH 44503**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**221 CURRY PL, YOUNGSTOWN OH 44511**

**Describe the lien**
**GRASS CUTTING AND HOUSING VIOLATIONS**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**$2,950.00**    **undetermined**

---

| 2.1 25 | **CITY OF YOUNGSTOWN** | | |
|---|---|---|---|

Creditor's Name

**CODE ENFORCEMENT 26 S. PHELPS STREET 5TH FLOOR YOUNGSTOWN, OH 44503**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**3128 FIRNLEY AVE, YOUNGSTOWN OH 44511**

**Describe the lien**
**OPEN CODE VIOLATIONS**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**$750.00**    **undetermined**

---

| 2.1 26 | **CITY OF YOUNGSTOWN** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

**$1,200.00**    **undetermined**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  50 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

**CODE ENFORCEMENT
26 S. PHELPS STREET
5TH FLOOR
YOUNGSTOWN, OH 44503**

Creditor's mailing address

**3432 HUDSON AVE, YOUNGSTOWN OH 44511**

**Describe the lien**
**OPEN CODE VIOLATIONS**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 27 | **CITY OF YOUNGSTOWN** | Describe debtor's property that is subject to a lien | **$2,800.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**CODE ENFORCEMENT
26 S. PHELPS STREET
5TH FLOOR
YOUNGSTOWN, OH 44503**

Creditor's mailing address

**3608 RISHER RD, YOUNGSTOWN OH 44511**

**Describe the lien**
**OPEN CODE VIOLATIONS**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 28 | **CITY OF YOUNGSTOWN** | Describe debtor's property that is subject to a lien | **$450.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**CODE ENFORCEMENT
26 S. PHELPS STREET
5TH FLOOR
YOUNGSTOWN, OH 44503**

Creditor's mailing address

**549 CAMERON AVE, YOUNGSTOWN OH 44502**

**Describe the lien**
**OPEN CODE VIOLATIONS**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  51 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.1 29 | **CLAY COUNTY COLLECTOR** | Describe debtor's property that is subject to a lien | $1,748.97 | undetermined |

Creditor's Name

**1 COURTHOUSE SQUARE LIBERTY, MO 64068**

**105 BELL ST, EXCELSIOR SPRINGS MO 64024**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2016-2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.1 30 | **CLEVELAND WATER** | Describe debtor's property that is subject to a lien | $551.89 | undetermined |

Creditor's Name

**1201 Lakeside Avenue E CLEVELAND, OH 44114**

**11405 Melba Ave, Cleveland, OH 44120**

Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.1 31 | **CLEVELAND WATER** | Describe debtor's property that is subject to a lien | $1,352.77 | undetermined |

---

Debtor    **Ingersoll Financial, LLC**

Name

Case number (if known)    **6:17-bk-07077-KSJ**

Creditor's Name

**1201 Lakeside Avenue E
CLEVELAND, OH 44114**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**1260 E 59th St, Cleveland, OH 44103**

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 32 | **CLEVELAND WATER** | Describe debtor's property that is subject to a lien | $1,350.49 | undetermined |

Creditor's Name

**1201 Lakeside Avenue E
CLEVELAND, OH 44115**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**1319 E 91st St, Cleveland, OH 44120**

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 33 | **CLEVELAND WATER** | Describe debtor's property that is subject to a lien | $901.00 | undetermined |

Creditor's Name

**1201 Lakeside Avenue E
CLEVELAND, OH 44114**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**14612 Orinoco Ave, Cleveland, OH 44120**

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 53 of 291

Debtor   **Ingersoll Financial, LLC**

Name

Case number *(if know)*   **6:17-bk-07077-KSJ**

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 34 | **CLEVELAND WATER** | | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**1729 Rosedale, East Cleveland, OH 44110**

$388.00    undetermined

**1201 Lakeside Avenue E**
**CLEVELAND, OH 44114**

Creditor's mailing address

**Describe the lien**
UTILITY LIEN

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 35 | **CLEVELAND WATER** | | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**3332 E 128th St., Cleveland, OH  44120**

$436.60    undetermined

**1201 Lakeside Avenue E**
**CLEVELAND, OH 44114**

Creditor's mailing address

**Describe the lien**
UTILITY LIEN

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 36 | **CLEVELAND WATER** | | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**3378 E 132nd St, Cleveland, OH 44120**

$380.15    undetermined

**1201 Lakeside Avenue E**
**CLEVELAND, OH 44114**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  54 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|

Name

**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 37 | **CLINTON CO TAX COLLECTOR** | **Describe debtor's property that is subject to a lien** | **$900.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**1900 N 3RD ST
PO BOX 2957
CLINTON, IA 52732**

**625 3RD AVE , S, CLINTON IA 52732**

Creditor's mailing address

**Describe the lien**

**2015 TAXES, 2016 WEED FEES, AND 2016 CLEAN UP FEES ARE DELINQUENT.**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**2015-2016**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 38 | **COLUMBIANA CO TREASURER** | **Describe debtor's property that is subject to a lien** | **$2,740.28** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**105 SOUTH MARKET ST.
LISBON, OH 44432**

**996 MAIN ST, WELLSVILLE OH 43968**

Creditor's mailing address

**Describe the lien**

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**2015-2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|

Name

■ No
□ Contingent
□ Yes. Specify each creditor,
□ Unliquidated
including this creditor and its relative
■ Disputed
priority.

---

**2.1 39** | **COLUMBUS ALUMINUM INC**

Creditor's Name

**DEBORAH G HALL**
**1225 NOLAND DR**
**COLUMBUS, GA 31907**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** | $868.00 | undetermined
**2443 ELM DR, COLUMBUS GA 31901**

**Describe the lien**
**TOTAL OF PRINCIPAL, INTEREST AND COURT COSTS.**
**Is the creditor an insider or related party?**
■ No
□ Yes
**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

**2.1 40** | **COMMISSIONER OF STATE LANDS**

Creditor's Name

**500 WOODLANE**
**SUITE 109**
**LITTLE ROCK, AR 72201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015-2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien** | $555.95 | undetermined
**111 POSTON ROAD, JACKSONVILLE AR 72076**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
□ Yes
**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
■ Disputed

---

**2.1 41** | **COMMISSIONER OF STATE LANDS**

Creditor's Name

**500 WOODLANE**
**SUITE 109**
**LITTLE ROCK, AR 72201**

Creditor's mailing address

**Describe debtor's property that is subject to a lien** | $185.24 | undetermined
**2005 ABIGAIL ST, LITTLE ROCK AR 72204**

**Describe the lien**

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2015-2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 42 | **COMMISSIONER OF STATE LANDS** | Describe debtor's property that is subject to a lien | $483.48 | undetermined |

Creditor's Name

**500 WOODLANE**
**SUITE 109**
**LITTLE ROCK, AR 72201**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2005 ABIGAIL ST, LITTLE ROCK AR 72204**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2015-2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 43 | **COMMISSIONER OF STATE LANDS** | Describe debtor's property that is subject to a lien | $689.17 | undetermined |

Creditor's Name

**500 WOODLANE**
**SUITE 109**
**LITTLE ROCK, AR 72201**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**900 WEBSTER ST, BLYTHEVILLE AR 72315**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 57 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

---

| 2.1 44 | **COMMISSIONER OF STATE LANDS** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **900 WEBSTER ST, BLYTHEVILLE AR 72315** | | |

**500 WOODLANE
SUITE 109
LITTLE ROCK, AR 72201**
Creditor's mailing address

Describe the lien
**TAXES**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 45 | **COMMISSIONER OF STATE LANDS** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **900 WEBSTER ST, BLYTHEVILLE AR 72315** | | |

**500 WOODLANE
SUITE 109
LITTLE ROCK, AR 72201**
Creditor's mailing address

Describe the lien
**TAXES**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 46 | **COMPTROLLER** | Describe debtor's property that is subject to a lien | **$246.09** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **1217 EAST 5TH ST, ALTON IL 62002** | | |

**CITY TREASURER
101 EAST THIRD STREET
ALTON, FL 62002**
Creditor's mailing address

Describe the lien
**CODE VIOLATION - WEEDS**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  58 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 47**

**COMPTROLLER**
Creditor's Name

**CITY TREASURER**
**101 EAST THIRD STREET**
**ALTON, IL 62002**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**1217 E 5th St, Alton, IL 62002**

$844.46 — undetermined

Describe the lien
**UTILITY LIEN**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 48**

**COUNTY CHANCERY CLERK**
Creditor's Name

**500 CONSTITUTION AVE**
**MERIDIAN, MS 39301**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**390 SWEET GUM BOTTOM RD, MERIDIAN MS 39301**

undetermined — undetermined

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page  59 of 291

Debtor  **Ingersoll Financial, LLC**
Name

Case number (if know)  **6:17-bk-07077-KSJ**

---

| 2.1 49 | **CULLMAN CO COMMISSIONER** | |
|---|---|---|

Creditor's Name

**500 2ND AVENUE SW ROOM 102 CULLMAN, AL 35055**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2016-2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**256 WOOLEY RD, HANCEVILLE AL 35077**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$1,328.57    undetermined

---

| 2.1 50 | **CUMBERLAND CITY** | |
|---|---|---|

Creditor's Name

**57 NORTH LIBERTY STREET CUMBERLAND, MD 21502**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**236 COLUMBIA ST, CUMBERLAND MS 21502**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$692.96    undetermined

---

| 2.1 51 | **CUYAHOGA CO TREASURER** | |
|---|---|---|

Creditor's Name

**1079 EAST NINTH STREET CLEVELAND, OH 44115**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**1319 E 91ST ST, CLEVELAND OH 44120**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No

$1,485.75    undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 60 of 291

Debtor **Ingersoll Financial, LLC**
Name

Case number *(if know)* **6:17-bk-07077-KSJ**

**2012-2017**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 52 | **CUYAHOGA COUNTY TREASURER** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $2,735.08 | undetermined |

**2079 EAST NINTH STREET**
**CLEVELAND, OH 44115**

Describe debtor's property that is subject to a lien
**11405 MELBA AVE, CLEVELAND OH 44120**

$2,735.08     undetermined

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 53 | **CUYAHOGA COUNTY TREASURER** |
|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**1260 E 59TH ST, CLEVELAND OH 44103**

$2,026.34     undetermined

**2079 EAST NINTH STREET**
**CLEVELAND, OH 44115**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 54 | **CUYAHOGA COUNTY TREASURER** |
|---|---|

Describe debtor's property that is subject to a lien

$8,956.42     undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Ingersoll Financial, LLC**
Name

Case number (if known)  **6:17-bk-07077-KSJ**

---

| | |
|---|---|
| Creditor's Name | **14612 ORINOCO AVE, CLEVELAND OH 44120** |
| **2079 EAST NINTH STREET CLEVELAND, OH 44115** | |
| Creditor's mailing address | Describe the lien<br>**PROPERTY TAXES** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>**2013-2017** | |
| Last 4 digits of account number | **As of the petition filing date, the claim is:**<br>Check all that apply |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.1 55 | **CUYAHOGA COUNTY TREASURER** | | **$2,840.16** | **undetermined** |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | Describe debtor's property that is subject to a lien<br>**1729 ROSEDALE, EAST CLEVELAND OH 44110** |
| **2079 EAST NINTH STREET CLEVELAND, OH 44115** | |
| Creditor's mailing address | Describe the lien<br>**PROPERTY TAXES** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>**2016-2017** | |
| Last 4 digits of account number | **As of the petition filing date, the claim is:**<br>Check all that apply |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.1 56 | **CUYAHOGA COUNTY TREASURER** | | **$6,656.48** | **undetermined** |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | Describe debtor's property that is subject to a lien<br>**3332 E 128TH ST, CLEVELAND OH 44120** |
| **2079 EAST NINTH STREET CLEVELAND, OH 44115** | |
| Creditor's mailing address | Describe the lien<br>**PROPERTY TAXES** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>**2014-2017** | |
| Last 4 digits of account number | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**                                    Case number (if know)    **6:17-bk-07077-KSJ**
　　　　　Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 57 | **CUYAHOGA COUNTY TREASURER** | | $1,371.23 | undetermined |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | | |
| | **2079 EAST NINTH STREET CLEVELAND, OH 44115** | **3378 E 132ND ST, CLEVELAND OH 44120** | | |

Creditor's mailing address

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**2016-2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 58 | **CUYAHOGA COUNTY TREASURER** | | $1,415.23 | undetermined |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | | |
| | **2079 EAST NINTH STREET CLEVELAND, OH 44115** | **924 E 129TH ST, CLEVELAND OH 44108** | | |

Creditor's mailing address

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**2015-2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 59 | **DAVENPORT PUBLIC WORKS** | | $125.00 | undetermined |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | | |
| | **HILARY BELZ FORESTRY DIVISION 1200 E 46TH STREET DAVENPORT, IA 52807** | **918 W 14TH ST, DAVENPORT IA 52801** | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 63 of 291

Debtor    **Ingersoll Financial, LLC**                                    Case number (if know)    **6:17-bk-07077-KSJ**
_____                          _____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**WEED LIEN**<br>_____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| | | | |
|---|---|---|---|
| 2.1<br>60 | **DAWSON CITY TAX**<br>**COLLECTOR** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
| | Creditor's Name | **358 7TH AVE, NE, DAWSON GA 39842** | | |
| | **101 SOUTH MAIN STREET**<br>**DAWSON, GA 39842** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

---

| | | | |
|---|---|---|---|
| 2.1<br>61 | **DAYTON WATER DEPT** | **Describe debtor's property that is subject to a lien** | **$83.08** | **undetermined** |
| | Creditor's Name | **1021 Wyoming St, Dayton, OH 45402** | | |
| | **101 W THIRD STREET**<br>**DAYTON, OH 45402** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**UTILITY LIEN** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

---

Debtor    **Ingersoll Financial, LLC**
Name                                                                Case number (if know)    **6:17-bk-07077-KSJ**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 62 | **DAYTON WATER DEPT** | Describe debtor's property that is subject to a lien | $49.70 | undetermined |

Creditor's Name

**101 W THIRD STREET**
**DAYTON, OH 45402**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1111 W Riverview Ave, Dayton, OH 45402**

Describe the lien
**UTILITY LIEN**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 63 | **DAYTON WATER DEPT** | Describe debtor's property that is subject to a lien | $82.53 | undetermined |

Creditor's Name

**101 W THIRD STREET**
**DAYTON, OH 45402**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**728 Whitmore Ave, Dayton, OH 45402**

Describe the lien
**UTILITY LIEN**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 64 | **DEPARTMENT INSPECTIONS** | Describe debtor's property that is subject to a lien | $2,781.00 | undetermined |

Creditor's Name

**DIV OF CODE**
**ENFORCEMENT**
**TWO CENTENNIAL PLAZA**
**805 CENTRAL AVE, STE**
**500**
**CINCINNATI, OH 45202**

**Describe debtor's property that is subject to a lien**
**1128 MANSION AVE, CINCINNATI OH 45202**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  65 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**
**VACANT BUILDING MNT LICENSE RENEWAL**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 65 | **DEPT OF CODE ENFORCEMENT** | **Describe debtor's property that is subject to a lien** | **$440.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**1200 MADISON AVENUE SUITE 100 INDIANAPOLIS, IN 46225**
Creditor's mailing address

**1326 N EWING STREET, INDIANAPOLIS IN 46218**

**Describe the lien**
**PENALTY NOTICE**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 66 | **DEPT OF CODE ENFORCEMENT** | **Describe debtor's property that is subject to a lien** | **$2,200.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**1200 MADISON AVENUE SUITE 100 INDIANAPOLIS, IN 46225**
Creditor's mailing address

**1326 N EWING STREET, INDIANAPOLIS IN 46218**

**Describe the lien**
**PENALTY NOTICE**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.1 67** | **DEPT OF CODE ENFORCEMENT**
Creditor's Name

**BUREAU OF PUBLIC SAFETY
1200 MADISON AVENUE
SUITE 100
INDIANAPOLIS, IN 46225**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**937 N OXFORD ST, INDIANAPOLIS IN 46201**

**Describe the lien**
**CODE VIOLATION**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$5,000.00 | undetermined

---

**2.1 68** | **DEPT OF CODE ENFORCEMENT**
Creditor's Name

**BUREAU OF PUBLIC SAFETY
3838 N RURAL STREET
4TH FLOOR
INDIANAPOLIS, IN 46205**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**937 N OXFORD ST, INDIANAPOLIS IN 46201**

**Describe the lien**
**CODE VIOLATION**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$2,500.00 | undetermined

---

**2.1 69** | **DEPT OF CODE ENFORCEMENT**

**Describe debtor's property that is subject to a lien**

$5,458.50 | undetermined

---

Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 67 of 291

Debtor    **Ingersoll Financial, LLC**
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

Creditor's Name
**CITY OF SOUTH BEND**
**227 W JEFFERSON**
**1300 COUNTY-CITY BLDG**
**SOUTH BEND, IN 46601**
Creditor's mailing address

**606 DUNDEE ST, SOUTH BEND IN 46601**

**Describe the lien**
**CODE VIOLATIONS**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 70 | **DETROIT CITY TREASURER** | | $4,459.85 | undetermined |

Creditor's Name
**2 WOODWARD AV SUITE 120**
**DETROIT, MI 48226**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**13744 FENELON, HAMTRAMCK MI 48212**

**Describe the lien**
**PROPERTY TAXES**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 71 | **EDGEWOOD LLC** | | undetermined | undetermined |

Creditor's Name
**PRISOCK, SUSAN L**
**9581 HWY 45 N,**
**LAUDERDALE, MS 39335**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**363 LAMAR ST, DURANT MS 39063**

**Describe the lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 68 of 291

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**
_____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 72 | **EQUITY TRUST CO** | **Describe debtor's property that is subject to a lien** **113 FRANKLIN ST, HANCOCK MD 21750** | underlined_undetermined | underlined_undetermined |
|---|---|---|---|---|

<table>
<tr><td>2.1<br>72</td><td><b>EQUITY TRUST CO</b><br>Creditor's Name<br><br><b>C/O CHASE &amp;<br>HAMERSCHLAG<br>ATTN: I WILLIAM CHASE<br>1190 W NORTHERN PWY,<br>STE 124<br>BALTIMORE, MD 21210</b><br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br><b>Date debt was incurred</b><br><br><b>Last 4 digits of account number</b></td><td><b>Describe debtor's property that is subject to a lien</b><br><b>113 FRANKLIN ST, HANCOCK MD 21750</b><br><br><br><br><br><b>Describe the lien</b><br><br><br><b>Is the creditor an insider or related party?</b><br>■ No<br>☐ Yes<br><b>Is anyone else liable on this claim?</b><br>■ No<br>☐ Yes. Fill out <i>Schedule H: Codebtors</i> (Official Form 206H)</td><td><b>undetermined</b></td><td><b>undetermined</b></td></tr>
</table>

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

<table>
<tr><td>2.1<br>73</td><td><b>EQUITY TRUST CO</b><br>Creditor's Name<br><br><b>C/O CHASE &amp;<br>HAMERSCHLAG<br>ATTN: I WILLIAM CHASE<br>1190 W NORTHERN PWY,<br>STE 124<br>BALTIMORE, MD 21210</b><br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br><b>Date debt was incurred</b><br><br><b>Last 4 digits of account number</b></td><td><b>Describe debtor's property that is subject to a lien</b><br><b>113 FRANKLIN ST, HANCOCK MD 21750</b><br><br><br><br><br><b>Describe the lien</b><br><b>CLEARANCE LIEN</b><br><b>Is the creditor an insider or related party?</b><br>■ No<br>☐ Yes<br><b>Is anyone else liable on this claim?</b><br>■ No<br>☐ Yes. Fill out <i>Schedule H: Codebtors</i> (Official Form 206H)</td><td><b>$3,150.45</b></td><td><b>undetermined</b></td></tr>
</table>

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  69 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

| 2.1 74 | **FLINT CITY TAX COLLECTOR** | Describe debtor's property that is subject to a lien | $1,518.40 | undetermined |
|---|---|---|---|---|

Creditor's Name

**1101 BEACH STREET
FLINT, MI 48502**

Creditor's mailing address

**2618 WOLCOTT ST, FLINT MI 48504**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 75 | **FLINT CITY TAX COLLECTOR** | Describe debtor's property that is subject to a lien | $2,831.08 | undetermined |
|---|---|---|---|---|

Creditor's Name

**1101 S SAGINAW ST
FLINT, MI 48502**

Creditor's mailing address

**1946 HOSLER ST, FLINT MI 48503**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 76 | **FLINT CITY TAX COLLECTOR** | Describe debtor's property that is subject to a lien | $997.22 | undetermined |
|---|---|---|---|---|

Creditor's Name

**1101 S SAGINAW ST.
FLINT, MI 48502**

Creditor's mailing address

**2002 DAKOTA AVE, FLINT MI 48506**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**                                    Case number (if know)    **6:17-bk-07077-KSJ**
_____
Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 77 | **FLINT CITY TAX COLLECTOR** | Describe debtor's property that is subject to a lien | **$1,129.90** | **undetermined** |

Creditor's Name

**1101 S SAGINAW ST.
FLINT, MI 48502**
_____
Creditor's mailing address

**3411 BROWNELL BLVD, FLINT MI 48504**

Describe the lien
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 78 | **FORD COUNTY TREASURER** | Describe debtor's property that is subject to a lien | **$7,300.00** | **undetermined** |

Creditor's Name

**200 W STATE
PAXTON, IL 60957**
_____
Creditor's mailing address

**354 E FULTON, PAXTON IL 60957**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 79 | **Ford Heights Water Utility** | Describe debtor's property that is subject to a lien | **$2,125.03** | **undetermined** |

---

Debtor    **Ingersoll Financial, LLC**

Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

Creditor's Name

**1343 Ellis**
**Ford Heights, IL 60466**

Creditor's mailing address

**1508 Park Ln, Ford Heights, IL 60411**

Creditor's email address, if known

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 80 | **FOREST TAX COLLECTOR** | | $5,136.62 | undetermined |

Creditor's Name

**130 E. MAIN**
**STOTISVILLE, MI 48463**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**475 SOUTH STATE ST, OTISVILLE MI 48463**

Creditor's email address, if known

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred
**2016-2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 81 | **FRANKLIN CO TREASURER** | | $3,028.28 | undetermined |

Creditor's Name

**100 PUBLIC SQUARE**
**BENTON SQUARE**
**BENTON, IL 62812**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**713 S WALNUT ST, SESSER IL 62884**

Creditor's email address, if known

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Date debt was incurred
**2013-2016**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 72 of 291

Debtor    **Ingersoll Financial, LLC**

Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 82 | **FRANKLIN CO TREASURER** | | |
|---|---|---|---|

Creditor's Name

**373 S. HIGH ST 17TH FL COLUMBUS, OH 43215**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2014-2017**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**1060 OLMSTEAD AVE, COLUMBUS OH 43201**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$11,025.48    undetermined

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 83 | **FULTON COUNTY TREASURER** | | |
|---|---|---|---|

Creditor's Name

**125 EAST 9TH STREET ROCHESTER, IN 46975**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**1108 BANCROFT AVE, ROCHESTER IN 46975**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$3,555.40    undetermined

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 84 | **GARY IN LAW DEPT** | | |
|---|---|---|---|

Creditor's Name

**401 Broadway  STE 101 Gary, IN 46402**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**412 TYLER ST, GARY IN 46402**

**Describe the lien**

$168.30    undetermined

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page  73 of 291

Debtor    **Ingersoll Financial, LLC**
Name

Case number (if know)    **6:17-bk-07077-KSJ**

**CODE VIOLATIONS**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 85 | **GARY IN LAW DEPT** | **Describe debtor's property that is subject to a lien** | **$34.01** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**401 Broadway  STE 101**
**Gary, IN 46402**

Creditor's mailing address

**4456 PENNSYLVANIA ST, GARY IN 46402**

**Describe the lien**

**CODE VIOLATION - WEEDS**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 86 | **GARY IN LAW DEPT** | **Describe debtor's property that is subject to a lien** | **$69.40** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**401 Broadway  STE 101**
**Gary, IN 46402**

Creditor's mailing address

**4608 MILLER LN, GARY IN 46403**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  74 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 87 | **GARY IN LAW DEPT** |
|---|---|

Creditor's Name

**401 Broadway  STE 101
Gary, IN 46402**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**4640 DELAWARE ST, GARY IN 46409**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$338.30          undetermined

---

| 2.1 88 | **Gary Indiana Law Dept** |
|---|---|

Creditor's Name

**401 Broadway
Suite 101
Gary, IN 46402**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**2652 Buchanan St., Gary, IN  46402**

**Describe the lien**
**UTILITY LIEN**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$58.00          undetermined

---

| 2.1 89 | **Gary Sanitary District** |
|---|---|

Creditor's Name

**3600 W 3rd Avenue
Gary, IN 46406**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2749 Jackson St., Gary, IN 46402**

**Describe the lien**
**UTILITY LIEN**

$328.85          undetermined

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Ingersoll Financial, LLC**                                   Case number (if know)   **6:17-bk-07077-KSJ**
        Name

---

|   |   |   |
|---|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |

---

| 2.1<br>90 | **Gary Sanitary District** | Describe debtor's property that is subject to a lien | $1,033.83 | **undetermined** |

**Gary Sanitary District**
Creditor's Name

**3600 W 3rd Avenue**
**Gary, IN 46406**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**3801 Pennsylvania St., Gary, IN 46402**

Describe the lien
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1<br>91 | **Gary Sanitary District** | Describe debtor's property that is subject to a lien | $4,092.17 | **undetermined** |

**Gary Sanitary District**
Creditor's Name

**3600 W 3rd Avenue**
**Gary, IN 46406**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**3861 Polk St., Gary, IN 46402**

Describe the lien
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Ingersoll Financial, LLC | Case number (if know) | 6:17-bk-07077-KSJ |
|---|---|---|---|
| | Name | | |

---

**2.1 92**

**Gary Sanitary District**
Creditor's Name

**3600 W 3rd Avenue**
**Gary, IN 46406**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**412 Tyler St, Gary, IN 46402**

Describe the lien
**UTILITY LIEN**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$235.30                    undetermined

---

**2.1 93**

**Gary Sanitary District**
Creditor's Name

**3600 W 3rd Avenue**
**Gary, IN 46406**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**4120 Adams St., Gary, IN 46402**

Describe the lien
**UTILITY LIEN**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$1,033.83                    undetermined

---

**2.1 94**

**Gary Sanitary District**
Creditor's Name

**3600 W 3rd Avenue**
**Gary, IN 46406**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**4608 Miller Ln., Gary,  IN 46403**

Describe the lien
**UTILITY LIEN**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No

$69.40                    undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  77 of 291

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

_____
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 95 | **Gary Sanitary District** | Describe debtor's property that is subject to a lien | $1,703.41 | undetermined |

Creditor's Name

**3600 W 3rd Avenue
Gary, IN 46406**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**602 Mississippi St., Gary, IN 46402**

**Describe the lien**

**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 96 | **Gary Sanitary District** | Describe debtor's property that is subject to a lien | $184.80 | $0.00 |

Creditor's Name

**3600 W 3rd Avenue
Gary, IN 46406**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**708 Vermont St., Gary, IN 46402**

**Describe the lien**

**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 97 | **Gary Sanitary District** | Describe debtor's property that is subject to a lien | $764.46 | undetermined |

---

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if known)    **6:17-bk-07077-KSJ**

---

Creditor's Name

**3600 W 3rd Avenue**
**Gary, IN 46406**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**964 Hobart St, Gary, IN 46406**

**Describe the lien**
**UTILITY LIEN**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 98 | **Gary Sanitary District** |
|---|---|

Creditor's Name

**3600 W 3rd Avenue**
**Gary, IN 46406**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1912 Maryland St., Gary IN 46407**

**$191.35**    **undetermined**

**Describe the lien**
**UTILITY LIEN**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 99 | **GATES CO TAX COLLECTOR** |
|---|---|

Creditor's Name

**202 COURT STREET**
**GATESVILLE, NC 27938**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
_____

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**172 US HWY 158 W, GATESVILLE NC 27938**

**$2,124.16**    **undetermined**

**Describe the lien**
**PROPERTY TAXES**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  79 of 291

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 00 | **GENESEE CO TREASURER** | | |
|---|---|---|---|

Creditor's Name

**1101 BEACH ST**
**FLINT, MI 48502**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**1021 Haven St, Mount Morris, MI 48458**

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$250.00**     **undetermined**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 01 | **GENESEE CO TREASURER** | | |
|---|---|---|---|

Creditor's Name

**DEBORAH L CHERRY**
**1101 BEACH STREET**
**FLINT, MI 48502**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**1021 HAVEN ST, MOUNT MORRIS MI 48458**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$1,247.78**     **undetermined**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 02 | **GENESEE CO TREASURER** | | |
|---|---|---|---|

Creditor's Name

**DEBORAH L CHERRY**
**1101 BEACH STREET**
**FLINT, MI 48502**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1021 HAVEN ST, MOUNT MORRIS MI 48458**

**Describe the lien**

**$2,831.93**     **undetermined**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page  80 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2016-2017**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 03 | **GENESEE CO TREASURER** | Describe debtor's property that is subject to a lien | $752.68 | undetermined |
|---|---|---|---|---|

Creditor's Name

**DEBORAH L CHERRY**
**1101 BEACH STREET**
**FLINT, MI 48502**

Creditor's mailing address

**1735 PROSPECT STREET, FLINT MI 48504**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2015**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 04 | **GENESEE CO TREASURER** | Describe debtor's property that is subject to a lien | undetermined | undetermined |
|---|---|---|---|---|

Creditor's Name

**DEBORAH L CHERRY**
**1101 BEACH STREET**
**FLINT, MI 48502**

Creditor's mailing address

**1735 PROSPECT STREET, FLINT MI 48504**

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

■ No
□ Contingent
□ Yes. Specify each creditor,
□ Unliquidated
including this creditor and its relative
priority.
■ Disputed

---

| 2.2 05 | **GENESEE CO TREASURER** | **Describe debtor's property that is subject to a lien** | undetermined | undetermined |
|---|---|---|---|---|

Creditor's Name

**DEBORAH L CHERRY**
**1101 BEACH STREET**
**FLINT, MI 48502**
Creditor's mailing address

**1946 HOSLER ST, FLINT MI 48503**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known
□ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
■ No
_____
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
■ No
□ Contingent
□ Yes. Specify each creditor,
□ Unliquidated
including this creditor and its relative
priority.
■ Disputed

---

| 2.2 06 | **GENESEE CO TREASURER** | **Describe debtor's property that is subject to a lien** | $1,259.41 | undetermined |
|---|---|---|---|---|

Creditor's Name

**DEBORAH L CHERRY**
**1101 BEACH STREET**
**FLINT, MI 48502**
Creditor's mailing address

**1946 HOSLER ST, FLINT MI 48503**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known
□ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
■ No
**2016**
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
■ No
□ Contingent
□ Yes. Specify each creditor,
□ Unliquidated
including this creditor and its relative
priority.
■ Disputed

---

| 2.2 07 | **GENESEE CO TREASURER** | **Describe debtor's property that is subject to a lien** | undetermined | undetermined |
|---|---|---|---|---|

Creditor's Name

**DEBORAH L CHERRY**
**1101 BEACH STREET**
**FLINT, MI 48502**
Creditor's mailing address

**2002 DAKOTA AVE, FLINT MI 48506**

**Describe the lien**

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page  82 of 291

Debtor  **Ingersoll Financial, LLC**                           Case number (if know)  **6:17-bk-07077-KSJ**
         _____
         Name

Creditor's email address, if known          Is the creditor an insider or related party?
_____                 ■ No
                                            ☐ Yes
                                            Is anyone else liable on this claim?
**Date debt was incurred**                   ■ No
_____                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an               As of the petition filing date, the claim is:
interest in the same property?**              Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ■ Disputed
priority.
_____

---

| 2.2 08 | **GENESEE CO TREASURER** | Describe debtor's property that is subject to a lien | $49.41 | **undetermined** |

Creditor's Name

**DEBORAH L CHERRY**          **2002 DAKOTA AVE, FLINT MI 48506**
**1101 BEACH STREET**
**FLINT, MI 48502**
Creditor's mailing address                   Describe the lien
                                            **PROPERTY TAXES**
                                            Is the creditor an insider or related party?
Creditor's email address, if known          ■ No
_____                 ☐ Yes
                                            Is anyone else liable on this claim?
**Date debt was incurred**                   ■ No
**2016**                                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an               As of the petition filing date, the claim is:
interest in the same property?**              Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ■ Disputed
priority.
_____

---

| 2.2 09 | **GENESEE CO TREASURER** | Describe debtor's property that is subject to a lien | $1,287.50 | **undetermined** |

Creditor's Name

**DEBORAH L CHERRY**          **2049 STANFORD AVE, FLINT MI 48503**
**1101 BEACH STREET**
**FLINT, MI 48502**
Creditor's mailing address                   Describe the lien
                                            **PROPERTY TAXES**
                                            Is the creditor an insider or related party?
Creditor's email address, if known          ■ No
_____                 ☐ Yes
                                            Is anyone else liable on this claim?
**Date debt was incurred**                   ■ No
**2015**                                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an               As of the petition filing date, the claim is:
interest in the same property?**              Check all that apply

---

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|--------|------------------------------|----------------------|----------------------|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 10 | **GENESEE CO TREASURER** | Describe debtor's property that is subject to a lien | undetermined | undetermined |
|---|---|---|---|---|

Creditor's Name

**DEBORAH L CHERRY**
**1101 BEACH STREET**
**FLINT, MI 48502-1475**

**2618 WOLCOTT ST, FLINT MI 48504**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.2 11 | **GENESEE CO TREASURER** | Describe debtor's property that is subject to a lien | $77.53 | undetermined |
|---|---|---|---|---|

Creditor's Name

**DEBORAH L CHERRY**
**1101 BEACH STREET**
**FLINT, MI 48502-1475**

**2618 WOLCOTT ST, FLINT MI 48504**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.2 12 | **GENESEE CO TREASURER** | Describe debtor's property that is subject to a lien | undetermined | undetermined |
|---|---|---|---|---|

Creditor's Name

**DEBORAH L CHERRY**
**1101 BEACH STREET**
**FLINT, MI 48502**

**3411 BROWNELL BLVD, FLINT MI 48504**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  84 of 291

Debtor    **Ingersoll Financial, LLC**
Name                                              Case number (if know)    **6:17-bk-07077-KSJ**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 13 | **GENESEE CO TREASURER** | | |
|---|---|---|---|

Creditor's Name

**DEBORAH L CHERRY
1101 BEACH STREET
FLINT, MI 48502**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**3411 BROWNELL BLVD, FLINT MI 48504**    $60.45    **undetermined**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2016**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 14 | **GENESEE CO TREASURER** | | |
|---|---|---|---|

Creditor's Name

**DEBORAH L CHERRY
1101 BEACH STREET
FLINT, MI 48502**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**475 SOUTH STATE ST, OTISVILLE MI 48463**    $1,844.07    **undetermined**

**Describe the lien**
**NON PAYMENT OF PROPERTY TAXES.**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  85 of 291

Debtor    **Ingersoll Financial, LLC**                        Case number (if know)    **6:17-bk-07077-KSJ**
     Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its
relative
■ Disputed
priority.

---

| 2.2 15 | **GENESEE COUNTY** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |

Creditor's Name

**DEB CHERRY,
TREASURER
1101 BEACH STREET
FLINT, MI 48502-1475**

**2001 MALLERY ST, FLINT MI 48504**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
■ Disputed

---

| 2.2 16 | **GENESEE COUNTY** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |

Creditor's Name

**DEB CHERRY,
TREASURER
1101 BEACH STREET
FLINT, MI 48502-1475**

**2049 STANFORD AVE, FLINT MI 48503**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
■ Disputed

---

| 2.2 17 | **GENESEE COUNTY** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

---

| Creditor's Name | 2907 MASON ST, FLINT MI 48504 |
|---|---|

**DEB CHERRY,
TREASURER
1101 BEACH STREET
FLINT, MI 48502-1475**

Creditor's mailing address

**Describe the lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 18 | **GENESEE COUNTY** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | 475 SOUTH STATE ST, OTISVILLE MI 48463 | | |

**DEB CHERRY,
TREASURER
1101 BEACH STREET
FLINT, MI 48502-1475**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 19 | **GOGEBIC CO TREASURER** | Describe debtor's property that is subject to a lien | **$5,389.57** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | 10585 N LAKE ROAD, IRONWOOD MI 49938 | | |

**200 N MOORE ST
BESSEMER, MI 49911**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  87 of 291

Debtor    **Ingersoll Financial, LLC**
_____    Case number (if know)    **6:17-bk-07077-KSJ**
Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2<br>20 | **GOGEBIC CO TREASURER** | Describe debtor's property that is subject to a lien | $2,984.78 | undetermined |
|---|---|---|---|---|

Creditor's Name
**LISA HEWITT**
**200 NORTH MOORE ST**
**BESSEMER MI, MI 49911**
**10585 N LAKE ROAD, IRONWOOD MI 49938**

Creditor's mailing address

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2<br>21 | **GOLDMAN & GRANT** | Describe debtor's property that is subject to a lien | $4,040.00 | undetermined |
|---|---|---|---|---|

Creditor's Name
**205 W. RANDOLPH**
**SUITE 1100**
**CHICAGO, IL 60606**
**254 E 136TH ST, CHICAGO IL 60601**

Creditor's mailing address

Describe the lien
**ORDER - 1131912261**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2<br>22 | **GOLDMAN & GRANT** | Describe debtor's property that is subject to a lien | $4,040.00 | undetermined |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**                                   Case number (if know)    **6:17-bk-07077-KSJ**

Name

Creditor's Name

**205 W. RANDOLPH
SUITE 1100
CHICAGO, IL 60606**

**254 E 136TH ST, CHICAGO IL 60601**

Creditor's mailing address

Describe the lien

**ORDER - 1131912261**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 23 | **GOLDMAN & GRANT** | | Describe debtor's property that is subject to a lien | $752.21 | undetermined |

**6525 S MARSHFIELD AVE, CHICAGO IL 60636**

Creditor's Name

**205 W. RANDOLPH
SUITE 1100
CHICAGO, IL 60606**

Creditor's mailing address

Describe the lien

**JUDGEMENT**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 24 | **GOLDMAN & GRANT** | | Describe debtor's property that is subject to a lien | $1,240.00 | undetermined |

**8345 S BALTIMORE AVE, CHICAGO IL 60601**

Creditor's Name

**205 W. RANDOLPH
SUITE 1100
CHICAGO, IL 60606**

Creditor's mailing address

Describe the lien

**WEED LIEN**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page  89 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2 25 | **GRADY CO TREASURER** | Describe debtor's property that is subject to a lien | $3,508.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**PO BOX 280
CHICKASHA, OK 73023**

**2429 COX CITY RD, RUSH SPRINGS OK 73082**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2 26 | **GRANT CO TREASURER** | Describe debtor's property that is subject to a lien | $73.50 | undetermined |
|---|---|---|---|---|

Creditor's Name

**401 S ADAMS
FL 2,SUITE 229
MARION, IN 46953**

**830 E 26TH STREET, MARION IN 46952**

Creditor's mailing address

Describe the lien

**PROPERTY TAXES**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

**2016-2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2 27 | **HAMILTON CO TREASURER** | Describe debtor's property that is subject to a lien | $1,750.31 | undetermined |
|---|---|---|---|---|

Creditor's Name

**138 E. COURT ST
CINCINNATI, OH 45202**

**1216 GILSEY AVE, CINCINNATI OH 45202**

Creditor's mailing address

Describe the lien

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page  90 of 291

Debtor    **Ingersoll Financial, LLC**    Case number (if know)    **6:17-bk-07077-KSJ**
_____
Name

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**2015-2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.2 28 | **HAMILTON CO TREASURER** | **Describe debtor's property that is subject to a lien** | **$2,055.69** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**1128 MANSION AVE, CINCINNATI OH 45202**

**138 E. COURT STREET**
**CINCINNATI, OH 45202**

_____
Creditor's mailing address

**Describe the lien**

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**2014-2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.2 29 | **Hamilton Utilities** | **Describe debtor's property that is subject to a lien** | **$150.88** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**75 Woodrow St, Hamilton, OH 45013 -**

**345 High St**
**1st Floor**
**HAMILTON, OH 45011**

_____
Creditor's mailing address

**Describe the lien**

**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 30 | **HANCOCK SEWER & WATER** | $531.02 | undetermined |
|---|---|---|---|

Creditor's Name

**126 W High St
HANCOCK, MD 21750**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**113 Franklin St, Hancock, MD 21750**

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 31 | **HARGROVE BRANDFORD HR** | undetermined | undetermined |
|---|---|---|---|

Creditor's Name

**489 WESTCHESTER DR
BIRMINGHAM, AL 35215**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**1656 50TH ST E, BIRMINGHAM AL 35208**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 32 | **HARNETT CO TAX COLLECTOR** | $1,542.57 | undetermined |
|---|---|---|---|

Creditor's Name

**305 W CORNELIUS
HARNETT BLVD
SUITE 101
LILLINGTON, NC 27546**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**125 PATSY LEMONS LN, LILLINGTON NC
27546**

**Describe the lien**
**PROPERTY TAXES**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  92 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

---

|  | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2016-2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2 33 | **HARRISON CO TREASURER** | Describe debtor's property that is subject to a lien | $1,175.62 | undetermined |
|---|---|---|---|---|
| | Creditor's Name | **1612 N 16TH ST, CLARKSBURG WV 26301** | | |
| | **301 W MAIN STREET CLARKSBURG, WV 26301** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

---

| 2.2 34 | **HARTFORD CITY CLERK** | Describe debtor's property that is subject to a lien | $260.00 | undetermined |
|---|---|---|---|---|
| | Creditor's Name | **415 W FRANKLIN ST, HARTFORD CITY IN 47348** | | |
| | **TREASURERS OFFICE 700 NORTH WALNUT STREET HARTFORD CITY, IN 47348** | | | |
| | Creditor's mailing address | **Describe the lien** **MOWING** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Debtor **Ingersoll Financial, LLC** | Case number (if know) **6:17-bk-07077-KSJ** |
| Name | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 35 | **Hartford City IN Police Dept** | Describe debtor's property that is subject to a lien | $260.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**City Building
700 North Walnut Street
HARTFORD CITY, IN 47348**

Creditor's mailing address

**415 W Franklin St., Hartford City, IN 47348**

Describe the lien
**UTILITY LIEN**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 36 | **HEAVNER SCOTT BEYERS & MIHLAR LLC** | Describe debtor's property that is subject to a lien | $78,115.48 | undetermined |
|---|---|---|---|---|

Creditor's Name

**ATTORNEYS AT LAW
PO BOX 740
DECATUR, IL 62525**

Creditor's mailing address

**1638 N 48TH ST, EAST ST. LOUIS IL 62201**

Describe the lien
**NOTE AND MORTGAGE**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 37 | **HENRY CO COLLECTOR** | Describe debtor's property that is subject to a lien | $1,067.08 | undetermined |
|---|---|---|---|---|

Creditor's Name

**100 W FRANKLIN
CLINTON, MO 64735**

Creditor's mailing address

**707 S ORCHARD ST, CLINTON MO 64735**

Describe the lien
**PROPERTY TAXES**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 38 | **HERTFORD CO TAX COLLECTOR** | | $1,999.18 | undetermined |
|---|---|---|---|---|

Creditor's Name

**704 N. KING STREET**
**WINTON, NC 27986**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**316 BONNER BRIDGE ROAD, AULANDER NC 27805**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 39 | **HINDS CO CHANCERY CLERK** | | undetermined | undetermined |
|---|---|---|---|---|

Creditor's Name

**16 SOUTH PRESIDENT ST 2ND FLOOR**
**JACKSON, MS 39201**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2813 MARYDALE DR, JACKSON MS 39209**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 95 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

| 2.2 40 | **HINDS CO TAX COLLECTOR** | Describe debtor's property that is subject to a lien | $1,128.56 | undetermined |
|---|---|---|---|---|

**HINDS CO TAX COLLECTOR**
Creditor's Name

**316 SOUTH PRESIDENT ST JACKSON, MS 39201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2813 MARYDALE DR, JACKSON MS 39209**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$1,128.56    undetermined

---

| 2.2 41 | **HINDS CO TAX COLLECTOR** | Describe debtor's property that is subject to a lien | $1,028.93 | undetermined |
|---|---|---|---|---|

**HINDS CO TAX COLLECTOR**
Creditor's Name

**316 SOUTH PRESIDENT ST JACKSON, MS 39201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**913 WINN ST, JACKSON MS 39209**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$1,028.93    undetermined

---

| 2.2 42 | **HINDS CO TAX COLLECTOR** | Describe debtor's property that is subject to a lien | $522.61 | undetermined |
|---|---|---|---|---|

**HINDS CO TAX COLLECTOR**
Creditor's Name

**316 SOUTH PRESIDENT STREET JACKSON, MS 39201**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**514 W HILLSDALE, JACKSON MS 39209**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

$522.61    undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 96 of 291

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

**2017**
_____
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 43 | | | | |

**HINDS CO TREASURER**
_____
Creditor's Name

**316 SOUTH PRESIDENT STREET**
**JACKSON, MS 39201**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien
**147 LOUISIANA AVE, JACKSON MS 39209**

**$381.28**    **undetermined**

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014-2016**
_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 44 | | | | |

**HINDS CO TREASURER**
_____
Creditor's Name

**316 SOUTH PRESIDENT STREET**
**JACKSON, MS 39201**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien
**174 ROAD OF REMEMBRANCE, JACKSON MS 39209**

**$2,682.23**    **undetermined**

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 45 | | | | |

**HINDS CO TREASURER**

Describe debtor's property that is subject to a lien

**$959.32**    **undetermined**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Ingersoll Financial, LLC | Case number (if know) | 6:17-bk-07077-KSJ |
|---|---|---|---|
| | Name | | |

---

| Creditor's Name | 237 SEWANEE, JACKSON MS 39209 | | |

**316 SOUTH PRESIDENT STREET JACKSON,, MS 39201**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 46 | **HOLMES CO CHANCERY CLERK** | Describe debtor's property that is subject to a lien | $1,419.25 | undetermined |

Creditor's Name

**2 COURT SQUARE PO BOX 1211 LEXINGTON, MS 39095**

**157 W MADISON ST, DURANT MS 39063**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 47 | **HOLMES CO CHANCERY CLERK** | Describe debtor's property that is subject to a lien | undetermined | undetermined |

Creditor's Name

**2 COURT SQUARE PO BOX 1211 LEXINGTON, MS 39095**

**363 LAMAR ST, DURANT MS 39063**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2 48 | **HOLMES COUNTY** | Describe debtor's property that is subject to a lien | $1,919.11 | undetermined |
|---|---|---|---|---|

**HOLMES COUNTY**
Creditor's Name

**TAX COLLECTOR
PO BOX 449
LEXINGTON, MS 39095**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**363 LAMAR ST, DURANT MS 39063**

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
2015-2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 49 | **HUGHART BRUCE E.** | Describe debtor's property that is subject to a lien | undetermined | undetermined |
|---|---|---|---|---|

**HUGHART BRUCE E.**
Creditor's Name

**ADDRESS UNKNOWN**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**449 CHURCH STREET, ELKVIEW WV 25071**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 50 | **INDIANAPOLIS NEIGHBORHOOD SERVICES** | Describe debtor's property that is subject to a lien | $7,270.00 | undetermined |
|---|---|---|---|---|

**INDIANAPOLIS NEIGHBORHOOD SERVICES**
Creditor's Name

**1200 Madison Ave #100
Indianapolis, IN 46225**

Describe debtor's property that is subject to a lien
**937 N OXFORD ST, INDIANAPOLIS IN 46201**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  99 of 291

Debtor    **Ingersoll Financial, LLC**

Name

Case number (if know)    **6:17-bk-07077-KSJ**

| | |
|---|---|
| Creditor's mailing address | Describe the lien<br>**CODE VIOLATION** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| | | | |
|---|---|---|---|
| 2.2 51 | **INTERNAL REVENUE SERVICE**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**1217 EAST 5TH ST, ALTON IL 62002** | **$11,713.24**  undetermined |

**CENTRALIZED INSOLVENCY PO BOX 7346 PHILADELPHIA, PA 19010-7346**

| | |
|---|---|
| Creditor's mailing address | Describe the lien<br>**FEDERAL TAX LIEN** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| | | | |
|---|---|---|---|
| 2.2 52 | **INTERNAL REVENUE SERVICE**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**1508 PARK LN, FORD HEIGHTS IL 60411** | **$335,229.12**  undetermined |

**CENTRALIZED INSOLVENCY PO BOX 7346 PHILADELPHIA, PA 19010-7346**

| | |
|---|---|
| Creditor's mailing address | Describe the lien<br>**FEDERAL TAX LIEN** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 100 of 291

Debtor    **Ingersoll Financial, LLC**                                                 Case number (if know)    **6:17-bk-07077-KSJ**
_____
Name

| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2 53 | **INTERNAL REVENUE SERVICE** | Describe debtor's property that is subject to a lien | **$9,740.45** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**CENTRALIZED INSOLVENCY PO BOX 7346 PHILADELPHIA, PA 19010-7346**
_____
Creditor's mailing address

**3350 DIXIE CT, SAGINAW MI 48601**

**Describe the lien**
**FEDERAL TAX LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2002-2004**
_____
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 54 | **INTERNAL REVENUE SERVICE** | Describe debtor's property that is subject to a lien | **$6,647.28** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**CENTRALIZED INSOLVENCY PO BOX 7346 PHILADELPHIA, PA 19010-7346**
_____
Creditor's mailing address

**412 TYLER ST, GARY IN 46402**

**Describe the lien**
**TAX PERIOD ENDING 12/31/2006**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
_____
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 55 | **INTERNAL REVENUE SERVICE** | Describe debtor's property that is subject to a lien | **$14,507.12** | **undetermined** |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Ingersoll Financial, LLC | Case number *(if know)* | 6:17-bk-07077-KSJ |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**CENTRALIZED INSOLVENCY PO BOX 7346 PHILADELPHIA, PA 19010-7346**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**598 BROADWAY AVE, BENTON HARBOR MI 49022**

**Describe the lien**
**FEDERAL TAX LIEN 2009/2010 1040**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 56 | **INTERNAL REVENUE SERVICE** | | $202,865.42 | undetermined |
|---|---|---|---|---|

**Creditor's Name**

**CENTRALIZED INSOLVENCY PO BOX 7346 PHILADELPHIA, PA 19010-7346**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**728 WHITMORE AVE, DAYTON OH 45402**

**Describe the lien**
**FEDERAL TAX LIEN**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 57 | **JACKSON CO COLLECTOR** | | $380.28 | undetermined |
|---|---|---|---|---|

**Creditor's Name**

**415 E 12TH ST STE 100 KANSAS CITY, MO 64106**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**2019 MONTGALL AVE, KANSAS CITY MO 64101**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**
**2016-2017**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 58 | **JACKSON CO COLLECTOR** | Describe debtor's property that is subject to a lien | **$1,368.08** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**415 E 12TH ST**
**STE 100**
**KANSAS CITY, MO 64106**
Creditor's mailing address

**3411 E 36TH ST, KANSAS CITY MO 64101**

Describe the lien
**2016 AND 2017 TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
Last 4 digits of account number

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 59 | **JACKSON CO COLLECTOR** | Describe debtor's property that is subject to a lien | **$2,904.35** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**415 E 12TH ST**
**FIRST FLOOR**
**KANSAS CITY, MO 64121**
Creditor's mailing address

**534 S HARDY AVE, INDEPENDENCE MO 64050**

Describe the lien
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
Last 4 digits of account number

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 60 | **JACKSON CO COLLECTOR** | Describe debtor's property that is subject to a lien | **$1,736.73** | **undetermined** |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|

Name

**Creditor's Name**

**415 EAST 12TH STREET RM. 100 KANSAS CITY, MO 64106**

**6833 BALES AVE, KANSAS CITY MO 64132**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 61 | **JACKSON CO TAX COLLECTOR** | Describe debtor's property that is subject to a lien **2522 JEFFERSON AVE, PASCAGOULA MS 39567** | **$4,221.76** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**JACKSON CO COURTHOUSE 3104 MAGNOLIA ST PASCAGOULA, MS 39567**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 62 | **JASPER CO COLLECTOR** | Describe debtor's property that is subject to a lien **1016 CENTRAL ST, JOPLIN MO 64801** | **$541.08** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**302 S MAIN ST COLLECTOR'S OFFICE CARTHAGE, MO 64836**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**
          _____
          Name

Case number (if know)    **6:17-bk-07077-KSJ**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.2 63 | | | |
|---|---|---|---|
| **JEFFERSON CO** Creditor's Name | Describe debtor's property that is subject to a lien **3700 RACEWAY PKWY, MOUNT OLIVE AL 35117** | **$1,700.97** | **undetermined** |

**TAX COLLECTOR
716 RICHARD ARRINGTON
BLVD N
ROOM# 160
BIRMINGHAM,, AL 35203**
Creditor's mailing address

Describe the lien
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2015-2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 64 | | | |
|---|---|---|---|
| **JEFFERSON CO** Creditor's Name | Describe debtor's property that is subject to a lien **3700 RACEWAY PKWY, MOUNT OLIVE AL 35117** | **undetermined** | **undetermined** |

**TAX COLLECTOR
716 RICHARD ARRINGTON
BLVD N
ROOM# 160
BIRMINGHAM, AL 35203**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 65 | | | |
|---|---|---|---|
| **JEFFERSON CO** | Describe debtor's property that is subject to a lien | **$1,941.12** | **undetermined** |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 105 of 291

Debtor    **Ingersoll Financial, LLC**

Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

Creditor's Name

**TAX COLLECTOR
716 RICHARD ARRINGTON
BLVD N
ROOM# 160
BIRMINGHAM, AL 35203**

Creditor's mailing address

**4309 9TH AVE, BIRMINGHAM AL 35224**

**Describe the lien**

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2016-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 66 | **JEFFERSON CO** | **Describe debtor's property that is subject to a lien** | **$1,785.27** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**TAX COLLECTOR
716 RICHARD ARRINGTON
BLVD N
ROOM# 160
BIRMINGHAM, AL 35203**

Creditor's mailing address

**5409 COURT H, BIRMINGHAM AL 35201**

**Describe the lien**

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2016-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 67 | **JEFFERSON CO** | **Describe debtor's property that is subject to a lien** | **$294.82** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**TAX COLLECTOR
716 RICHARD ARRINGTON
BLVD N
ROOM# 160
BIRMINGHAM, AL 35203**

Creditor's mailing address

**7804 8TH AVE S, BIRMINGHAM AL 35201**

**Describe the lien**

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 106 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|

Name

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☐ Yes
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.2
68**

**JEFFERSON CO**
Creditor's Name

**TAX COLLECTOR**
**716 RICHARD ARRINGTON BLVD N**
**ROOM# 160**
**BIRMINGHAM, AL 35203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**828 OVERTON AVE, TARRANT AL 35217**

**Describe the lien**
**PROPERTY TAXES**

$1,414.70 | undetermined

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.2
69**

**JEFFERSON CO**
Creditor's Name

**TAX COLLECTOR**
**729 MAPLE ST**
**SUITE 36**
**HILLSBORO, MO 63050**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**13552 E SUNRISE LAKE DR, DE SOTO MO 63020**

**Describe the lien**
**PROPERTY TAXES**

$1,644.12 | undetermined

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 70 | **JEFFERSON CO** | Describe debtor's property that is subject to a lien | **$1,629.52** | undetermined |
|---|---|---|---|---|

**JEFFERSON CO**
Creditor's Name

**TAX COLLECTOR**
**101 W BARRAQUE ST, RM 113**
**PO DRAWER A (71611)**
**PINE BLUFF, AR 71601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015-2016**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1509 W 23RD AVE, PINE BLUFF AR 71601**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 71 | **Jefferson Co Commissioner** | Describe debtor's property that is subject to a lien | **$506.53** | undetermined |
|---|---|---|---|---|

**Jefferson Co Commissioner**
Creditor's Name

**Sewer Service Fund**
**716 Richard Arrington Blvd N**
**Suite 800**
**Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**7016 2nd Ave. S., Birmingham, AL 35201**

**Describe the lien**
**UTILITY LIEN**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 72 | **Jefferson Co Commissioner** | Describe debtor's property that is subject to a lien | **$237.82** | undetermined |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**

Name                                              Case number (if know)    **6:17-bk-07077-KSJ**

---

Creditor's Name
**Sewer Service Fund**
**716 Richard Arrington Blvd**
**N**
**Suite 800**
**Birmingham, AL 35203**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**7804 8th Ave. S, Birmingham, AL 35201**

Describe the lien
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 73 | **JEFFERSON CO MO BUILDING** | | $200.00 | undetermined |

Creditor's Name
**725 Maple St**
**Hillsboro, MO 63050**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**13552 E SUNRISE LAKE DR, DE SOTO MO 63020**

Describe the lien
**CODE VIOLATION**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 74 | **JEFFERSON CO SEWER BILLING** | | $1,299.64 | undetermined |

Creditor's Name
**NANCY WILSON**
**716 RICHARD ARLINGTON**
**BLVD N**
**SUITE 800**
**BIRMINGHAM, AL 35203**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**828 OVERTON AVE, TARRANT AL 35217**

Describe the lien
**WEED LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

---

Debtor    **Ingersoll Financial, LLC**                 Case number (if know)    **6:17-bk-07077-KSJ**

Name

---

| | |
|---|---|
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | |
|---|---|---|---|
| **2.2**<br>**75** | **JEFFERSON CO SHERIFF'S OFFICE** | Describe debtor's property that is subject to a lien | **$29,850.00**     **undetermined** |

Creditor's Name

**531 COURT PLACE**
**LOUISVILLE, KY 40202**

Creditor's mailing address

**323 N 20TH ST, LOUISVILLE KY 40203**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | |
|---|---|---|---|
| **2.2**<br>**76** | **JEFFERSON CO TREASURER** | Describe debtor's property that is subject to a lien | **$769.88**     **undetermined** |

Creditor's Name

**301 MARKET ST**
**ROOM 105**
**STEUBENVILLE, OH 43952**

Creditor's mailing address

**1317 WELLESLEY AVE, STEUBENVILLE OH 43952**

**Describe the lien**
**2015 THROUGH 2017 REAL ESTATE TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

Date debt was incurred
**2015-2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | | |
|---|---|---|---|
| **2.2**<br>**77** | **JEFFERSON COUNTY** | Describe debtor's property that is subject to a lien | **$1,675.06**     **undetermined** |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Ingersoll Financial, LLC** |
| | Name |

Case number (if know)    **6:17-bk-07077-KSJ**

---

Creditor's Name
**BIRMINGHAM TAX COLLECTOR**
**716 RICHARD ARRINGTON BLVD N**
**COURTHOUSE ROOM# 160**
**BIRMINGHAM, AL 35203**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2013-2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**7016 2ND AVE S, BIRMINGHAM AL 35201**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 78 | **JEFFERSON COUNTY** | Describe debtor's property that is subject to a lien | **$915.47** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**TAX COLLECTOR**
**716 RICHARD ARRINGTON BLVD**
**BIRMINGHAM, AL 35203**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2016-2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**1312 PRINCETON AVE SW, BIRMINGHAM AL 35201**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 79 | **JEFFERSON COUNTY TAX COLLECTOR** | Describe debtor's property that is subject to a lien | **$147.27** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**101 WEST BARRAQUE ST ROOM 113, PO DRAWER**
**PINE BLUFF, AR 71601**
Creditor's mailing address

Creditor's email address, if known

**4011 W 11TH AVE, PINE BLUFF AR 71601**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Ingersoll Financial, LLC**
Name

Case number (if know)  **6:17-bk-07077-KSJ**

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 80 | **JONES COUNTY** | | |
|---|---|---|---|
| | Creditor's Name | | |

**JONES COUNTY**
Creditor's Name
**TAX COLLECTOR**
**501 N. 5TH AVE.**
**LAUREL, MS 39440**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**54 TREST RD, HEIDELBERG MS 39439**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined    undetermined

---

| 2.2 81 | **JONES COUNTY** | | |

**JONES COUNTY**
Creditor's Name
**TAX COLLECTOR**
**501 N. 5TH AVE.**
**LAUREL, MS 39440**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**54 TREST RD, HEIDELBERG MS 39439**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$1,274.46    undetermined

---

| 2.2 82 | **JOSEPH STERBLING EL AL** | |

**Describe debtor's property that is subject to a lien**

$6,640.00    undetermined

---

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**c/o Wood and McDaniel, LLC**
**1101 St. Gregory Street**
**Suite 345**
**CINCINNATI, OH 45202**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**1128 MANSION AVE, CINCINNATI OH 45202**

**Describe the lien**
**JUDGMENT**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 83 | **JOSEPH STERBLING EL AL** | | $6,640.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**c/o Wood and McDaniel, LLC**
**1101 St. Gregory Street**
**Suite 345**
**CINCINNATI, OH 45202**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1216 GILSEY AVE, CINCINNATI OH 45202**

**Describe the lien**
**JUDGMENT**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 84 | **JOSEPH STERBLING; KUI PAN** | | $2,566.67 | undetermined |
|---|---|---|---|---|

Creditor's Name

**c/o Wood and McDaniel, LLC**
**1101 St. Gregory Street**
**Suite 345**
**CINCINNATI, OH 45202**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1128 MANSION AVE, CINCINNATI OH 45202**

**Describe the lien**
**CASE NUMBER: 18002315**

**Is the creditor an insider or related party?**
■ No

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

Creditor's email address, if known
_____

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
_____

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 85 | **JOSEPH STERBLING; KUI PAN** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien    $2,566.67    **undetermined**

**1216 GILSEY AVE, CINCINNATI OH 45202**

Creditor's mailing address
_____

**Describe the lien**

**JUDGMENT LIEN**
_____

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
_____

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.2 86 | **KAJA HOLDINGS 2 LLC** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien    **undetermined**    **undetermined**

**236 COLUMBIA ST, CUMBERLAND MS 21502**

**16 BERRYHILL RD STE 200 COLUMBIA, SC 29210**

Creditor's mailing address
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
_____

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**2.2 87**

**KAJA HOLDINGS 2 LLC**
Creditor's Name

**16 BERRYHILL RD STE 200**
**COLUMBIA, SC 29210**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2418 E OLIVER ST, BALTIMORE MD 21213**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined    undetermined

---

**2.2 88**

**KANAWHA CO TAX OFFICE**
Creditor's Name

**409 VIRGINIA ST E**
**ROOM 120**
**CHARLESTON, WV 25301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**339 GREEN VALLEY DR, ST ALBANS WV 25177**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$1,738.67    undetermined

---

**2.2 89**

**Kansas City Water Dept.**
Creditor's Name

**1 NW Briarcliff Rd**
**KANSAS CITY, MO 64116**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**2019 Montgall Ave., Kansas City,  MO  64101**

**Describe the lien**
**UTILITY LIEN**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,442.34    undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 115 of 291

Debtor  **Ingersoll Financial, LLC**                                    Case number (if know)  **6:17-bk-07077-KSJ**

Name

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.2 90**  **Kansas City Water Dept.**

Creditor's Name

**1 NW Briarcliff Rd**
**KANSAS CITY, MO 64116**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**3411 E 36th St., Kansas City, MO 64101**

Describe the lien
**UTILITY LIEN**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$1,962.45                    undetermined

---

**2.2 91**  **Kansas City Water Dept.**

Creditor's Name

**1 NW Briarcliff Rd**
**KANSAS CITY, MO 64116**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**6833 Bales Ave, Kansas City, MO 64132**

Describe the lien
**UTILITY LIEN**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$3,126.98                    undetermined

---

**2.2 92**  **KENNETH F. LARKING**          Describe debtor's property that is subject to a lien          $14,193.00          undetermined

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

Creditor's Name
**CITY MANAGER COMMONWEALTH OF VIRGINIA DANVILLE, VA**

**255 HOWELAND CIR, DANVILLE VA 24541**

Creditor's mailing address

**Describe the lien**
**ABATEMENT OF A NUISANCE ON THE PROPERTY**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 93 | **KIM HASTIE**

Creditor's Name

**3925 MICHAEL BLVD #G MOBILE, AL 36609**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1709 MAGLEE AVE, WHISTLER AL 36612**

**undetermined**    **undetermined**

**Describe the lien**
**LIEN**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 94 | **KIM HASTIE**

Creditor's Name

**3925 MICHAEL BLVD #G MOBILE, AL 36609**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1709 MAGLEE AVE, WHISTLER AL 36612**

**undetermined**    **undetermined**

**Describe the lien**
**LIEN**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 117 of 291

Debtor **Ingersoll Financial, LLC**
Name

Case number (if know) **6:17-bk-07077-KSJ**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 95 | **LAKE COUNTY TREASURER** | | |
|---|---|---|---|

Creditor's Name

**2293 N MAIN ST**
**CROWN POINT, IN 46307**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**1912 MARYLAND ST, GARY IN 46407**

Describe the lien
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$3,613.28**     **undetermined**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 96 | **LAKE COUNTY TREASURER** | | |
|---|---|---|---|

Creditor's Name

**2293 N MAIN ST**
**CROWN POINT, IN 46307**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2014-2017**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**2652 BUCHANAN ST, GARY IN 46402**

Describe the lien
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$3,033.07**     **undetermined**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 97 | **LAKE COUNTY TREASURER** | | |
|---|---|---|---|

Describe debtor's property that is subject to a lien

**$1,953.45**     **undetermined**

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**2293 N MAIN ST
CROWN POINT, IN 46307**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2014-2017**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2749 JACKSON ST, GARY IN 46402**

**Describe the lien
PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 98 | **LAKE COUNTY TREASURER** | | **$2,456.01** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**2293 N MAIN ST
CROWN POINT, IN 46307**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2015-2017**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien
3801 PENNSYLVANIA ST, GARY IN 46402**

**Describe the lien
2015 THRU 2017 TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 99 | **LAKE COUNTY TREASURER** | | **$2,027.81** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**2293 N MAIN ST
CROWN POINT, IN 46307**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2016-2017**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien
3861 POLK ST, GARY IN 46402**

**Describe the lien
2016 THRU 2017 TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 00 | **LAKE COUNTY TREASURER** | **Describe debtor's property that is subject to a lien** | **$1,843.84** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**2293 N MAIN ST
CROWN POINT, IN 46307**
Creditor's mailing address

**412 TYLER ST, GARY IN 46402**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2015-2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 01 | **LAKE COUNTY TREASURER** | **Describe debtor's property that is subject to a lien** | **$1,545.95** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**2293 N MAIN ST
CROWN POINT, IN 46307**
Creditor's mailing address

**4120 ADAMS ST, GARY IN 46402**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2015-2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 02 | **LAKE COUNTY TREASURER** | **Describe debtor's property that is subject to a lien** | **$1,661.14** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**2293 N MAIN ST
CROWN POINT, IN 46307**
Creditor's mailing address

**4456 PENNSYLVANIA ST, GARY IN 46402**

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 03 | **LAKE COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $1,012.08 | undetermined |
|---|---|---|---|---|
| | Creditor's Name | **4608 MILLER LN, GARY IN 46403** | | |

**2293 N MAIN ST**
**CROWN POINT, IN 46307**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 04 | **LAKE COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $1,042.21 | undetermined |
|---|---|---|---|---|
| | Creditor's Name | **4630 E 10TH AVE, GARY IN 46402** | | |

**2293 N MAIN ST**
**CROWN POINT, IN 46307**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 05 | **LAKE COUNTY TREASURER** | Describe debtor's property that is subject to a lien | **$1,553.34** | undetermined |
|---|---|---|---|---|
| | Creditor's Name | **4640 DELAWARE ST, GARY IN 46409** | | |

**2293 N MAIN ST
CROWN POINT, IN 46307**
Creditor's mailing address

Describe the lien
**2015 THRU 2017 TAXES**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**2015-2017**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 06 | **LAKE COUNTY TREASURER** | Describe debtor's property that is subject to a lien | **$2,286.75** | undetermined |
|---|---|---|---|---|
| | Creditor's Name | **602 MISSISSIPPI ST, GARY IN 46402** | | |

**2293 N MAIN ST
CROWN POINT, IN 46307**
Creditor's mailing address

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**2016-2017**
Last 4 digits of account number

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 07 | **LAKE COUNTY TREASURER** | Describe debtor's property that is subject to a lien | **$9,567.86** | undetermined |
|---|---|---|---|---|
| | Creditor's Name | **708 VERMONT ST, GARY IN 46402** | | |

**2293 N MAIN ST
BUILDING 'A', 2ND FLOOR
CROWN POINT, IN 46307**
Creditor's mailing address

Describe the lien
**PROPERTY TAXES**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014-2017**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.3 08 LAKE COUNTY TREASURER**
Creditor's Name

**2293 N MAIN ST**
**CROWN POINT, IN 46307**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**964 HOBART ST, GARY IN 46406**

$1,385.33 | undetermined

Describe the lien
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.3 09 LAKETON AREA REGIONAL SEWER DISTRICT**
Creditor's Name

**10457 N Ogden Rd**
**Laketon, IN 46943**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**33 N HILLSIDE DR, MANCHESTER IN 46962**

$360.92 | undetermined

Describe the lien
**SEWER CHARGES**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**
    Name

Case number (if know)    **6:17-bk-07077-KSJ**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 10 | **LAKETON AREA REGIONAL SEWER DISTRICT** | | | |
|---|---|---|---|---|

**LAKETON AREA REGIONAL SEWER DISTRICT**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**33 N HILLSIDE DR, MANCHESTER IN 46962**

**$412.00**    **undetermined**

**10457 N Ogden Rd**
**Laketon, IN 46943**
Creditor's mailing address

**Describe the lien**
**SEWER CHARGES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 11 | **LAKETON AREA REGIONAL SEWER DISTRICT** |
|---|---|

**LAKETON AREA REGIONAL SEWER DISTRICT**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**33 N HILLSIDE DR, MANCHESTER IN 46962**

**$806.74**    **undetermined**

**10457 N Ogden Rd**
**Laketon, IN 46943**
Creditor's mailing address

**Describe the lien**
**SEWER CHARGES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 12 | **LAUDERDALE CO** |
|---|---|

**LAUDERDALE CO**
Creditor's Name
**TAX COLLECTOR**
**1022 Highway 19 South**
**MERIDIAN, MS 39301**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**390 SWEET GUM BOTTOM RD, MERIDIAN MS 39301**

**$521.53**    **undetermined**

**Describe the lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 124 of 291

| Debtor | Ingersoll Financial, LLC | | Case number (if know) | 6:17-bk-07077-KSJ |
|---|---|---|---|---|
| | Name | | | |

**2016 AND 2017 TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**2016-2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 13 | **LAWRENCE CO TREASURER** | **Describe debtor's property that is subject to a lien** | **$2,040.76** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**916 15TH STREET**
**SUITE 27**
**BEDFORD, IN 47421**

**41 HELTONVILLE LN, HELTONVILLE IN 47436**

Creditor's mailing address

**Describe the lien**

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**2015-2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 14 | **LEE COUNTY TREASURER** | **Describe debtor's property that is subject to a lien** | **$446.22** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**LEE COUNTY**
**COURTHOUSE**
**MAIN STREET**
**JONESVILLE, VA 24263**

**29042 US HWY 23, BIG STONE GAP VA 24219**

Creditor's mailing address

**Describe the lien**

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**2016**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Unliquidated
■ Disputed
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 15 | **LIBERTY CO TAX COLLECTOR** | Describe debtor's property that is subject to a lien | $1,313.34 | undetermined |
|---|---|---|---|---|

Creditor's Name

**112 N. MAIN STREET HINESVILLE, GA 31313**

Creditor's mailing address

**485 CARLYENE DR, MIDWAY GA 31320**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2016-2017**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 16 | **LINCOLN CO TREASURER** | Describe debtor's property that is subject to a lien | $1,735.51 | undetermined |
|---|---|---|---|---|

Creditor's Name

**925 SAGE AVE STE 102 KEMMERER, WY 83101**

Creditor's mailing address

**923 CEDAR ST, KEMMERER WY 83101**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2016-2017**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 17 | **LORAIN COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $4,417.10 | undetermined |
|---|---|---|---|---|

Creditor's Name

**226 MIDDLE AVE ELYRIA, OH 44035**

Creditor's mailing address

**1144 WASHINGTON AVE, LORAIN OH 44052**

Describe the lien
**PROPERTY TAXES**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known** _____

**Date debt was incurred**
**2015-2017**

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 18 | **LORAIN WATER DEPT** | Describe debtor's property that is subject to a lien | **$148.20** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **1144 Washington Ave, Lorain, OH 44052** | | |

**1106 W 1st St**
**LORAIN, OH 44052**

Creditor's mailing address

Describe the lien
**UTILITY LIEN**

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known** _____

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 19 | **LOUISVILLE-JEFFERSON CO** | Describe debtor's property that is subject to a lien | **$1,406.00** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **323 N 20TH ST, LOUISVILLE KY 40203** | | |

**DEPT CODES AND**
**REGULATIONS**
**444 S 5TH STREET**
**LOUISVILLE, KY 40202**

Creditor's mailing address

Describe the lien
**LOUISVILLE METRO CODE OF ORDINANCES**
**VIOLATIONS**

Is the creditor an insider or related party?

■ No

☐ Yes

**Creditor's email address, if known** _____

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

■ No
□ Contingent
□ Unliquidated
■ Disputed

□ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 20 | **LOUISVILLE-JEFFERSON CO METRO** | Describe debtor's property that is subject to a lien | $141.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**DEPT CODES AND REGULATIONS**
**444 S 5TH STREET**
**LOUISVILLE, KY 40202**

**323 N 20TH ST, LOUISVILLE KY 40203**

Creditor's mailing address

**Describe the lien**
**LOUISVILLE METRO CODE OF ORDINANCES VIOLATIONS**
**Is the creditor an insider or related party?**

■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
□ Contingent
□ Yes. Specify each creditor, including this creditor and its relative priority.
□ Unliquidated
■ Disputed

---

| 2.3 21 | **LOUISVILLE-JEFFERSON CO METRO** | Describe debtor's property that is subject to a lien | $496.58 | undetermined |
|---|---|---|---|---|

Creditor's Name

**DEPT CODES AND REGULATIONS**
**444 S 5TH STREET**
**LOUISVILLE, KY 40202**

**323 N 20TH ST, LOUISVILLE KY 40203**

Creditor's mailing address

**Describe the lien**
**CLEANING AND BOARDING OR OTHER ABATEMENT**
**Is the creditor an insider or related party?**

■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
□ Contingent
□ Yes. Specify each creditor, including this creditor and its relative priority.
□ Unliquidated
■ Disputed

---

| 2.3 22 | **MACOMB COUNTY** | Describe debtor's property that is subject to a lien | undetermined | undetermined |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

Creditor's Name
**LAWRENCE ROCCA**
**1 S. MAIN, SECOND FLR.**
**MOUNT CLEMENS, MI**
**48043**

**2229 EMMONS AVE, WARREN MI 48088**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 23 | **MACOMB COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $1,626.30 | undetermined |

Creditor's Name
**LAWRENCE ROCCA**
**ONE SOUNT MAIN ST  2ND FLOOR**
**MT CLEMENS, MI 48043**

**2229 EMMONS AVE, WARREN MI 48088**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 24 | **MADISON CO TREASURER** | Describe debtor's property that is subject to a lien | $2,346.20 | undetermined |

Creditor's Name
**16 E 9TH ST**
**ANDERSON, IN 46016**

**1619 W 6TH ST, ANDERSON IN 46011**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015-2017**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 129 of 291

Debtor    **Ingersoll Financial, LLC**

Name

Case number (if know)    **6:17-bk-07077-KSJ**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 25 | **MADISON CO TREASURER** | **Describe debtor's property that is subject to a lien** | **$2,402.40** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**16 E 9TH ST
ANDERSON, IN 46016**

Creditor's mailing address

**606 W MAIN ST, CHESTERFIELD IN 46017**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2025-2017**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 26 | **MADISON CO TREASURER** | **Describe debtor's property that is subject to a lien** | **$6,416.42** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**57 N. MAIN STREET
SUITE 125
EDWARDSVILLE, IL 62025**

Creditor's mailing address

**305 MEREDOCIA ST, MADISON IL 62060**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014-2016**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 27 | **MADISON COUNTY TREASURER** | **Describe debtor's property that is subject to a lien** | **$8,223.32** | **undetermined** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

Creditor's Name

**157 N. MAIN STREET
SUITE 125
EDWARDSVILLE, IL 62025**

Creditor's mailing address

**1217 EAST 5TH ST, ALTON IL 62002**

Describe the lien
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**2013-2016**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 28 | **MAHONING CO TREASURER** | |
|---|---|---|

Creditor's Name

**120 MARKET ST
YOUNGSTOWN, OH 44503**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**221 CURRY PL, YOUNGSTOWN OH 44511**

**$1,676.44**    **undetermined**

Describe the lien
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 29 | **MAHONING CO TREASURER** | |
|---|---|---|

Creditor's Name

**120 MARKET ST
YOUNGSTOWN, OH 44503**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**3128 FIRNLEY AVE, YOUNGSTOWN OH 44511**

**$462.01**    **undetermined**

Describe the lien
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 30 | **MAHONING CO TREASURER** | | |
|---|---|---|---|

Creditor's Name

**120 MARKET ST YOUNGSTOWN, OH 44503**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**3432 HUDSON AVE, YOUNGSTOWN OH 44511**

$1,770.62    undetermined

Creditor's email address, if known

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2012-2017**

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 31 | **MAHONING CO TREASURER** | | |
|---|---|---|---|

Creditor's Name

**120 MARKET ST YOUNGSTOWN, OH 44503**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**3608 RISHER RD, YOUNGSTOWN OH 44511**

$2,513.29    undetermined

Creditor's email address, if known

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2016-2017**

Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 32 | **MAHONING CO TREASURER** | | |
|---|---|---|---|

Creditor's Name

**120 MARKET ST YOUNGSTOWN, OH 44503**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**549 CAMERON AVE, YOUNGSTOWN OH 44502**

$190.00    undetermined

Describe the lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 132 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**COMPLAINT FOR COLLECTION OF DELINQUENT TAXES**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 33 | **MAHONING CO TREASURER** | Describe debtor's property that is subject to a lien | $853.15 | undetermined |
|---|---|---|---|---|

Creditor's Name

**120 MARKET ST YOUNGSTOWN, OH 44503**

**549 CAMERON AVE, YOUNGSTOWN OH 44502**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2016-2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 34 | **MARION CO AUDITOR** | Describe debtor's property that is subject to a lien | $543.40 | undetermined |
|---|---|---|---|---|

Creditor's Name

**222 W CENTER STREET MARION, OH 43302**

**141 School St, LaRue, OH 43332**

Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 35 | **MARION CO AUDITOR** | Describe debtor's property that is subject to a lien | **$407.18** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**222 W CENTER STREET
MARION, OH 43302**

**141 School St, LaRue, OH 43332**

Creditor's mailing address

**Describe the lien
UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 36 | **MARION CO PUBLIC HEALTH** | Describe debtor's property that is subject to a lien | **$447.50** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**3838 N RURAL STREET
INDIANAPOLIS, IN 46205**

**1326 N EWING STREET, INDIANAPOLIS IN 46218**

Creditor's mailing address

**Describe the lien
BILLING LETTER**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 37 | **MARION CO PUBLIC HEALTH** | Describe debtor's property that is subject to a lien | **$355.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**3838 N RURAL STREET
INDIANAPOLIS, IN 46205**

**937 N OXFORD ST, INDIANAPOLIS IN 46201**

Creditor's mailing address

**Describe the lien
BILLING LETTER**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number (if known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 38 | **Marion Co Tax Collector** | Describe debtor's property that is subject to a lien | **$2,208.46** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**503 SE 25th Ave**
**Ocala, FL 34471**

**19940 SW 109th Pl, Dunnelleon, FL  34432**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 39 | **MARION CO TREASURER** | Describe debtor's property that is subject to a lien | **$10,172.21** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**200 E WASHINGTON ST**
**INDIANAPOLIS, IN 46204**

**1326 N EWING STREET, INDIANAPOLIS IN 46218**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 135 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

**2.3 40**

**MARION CO TREASURERS OFFICE**

Creditor's Name

**200 E WASHINGTON ST INDIANAPOLIS, IN 46204**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1326 N EWING STREET, INDIANAPOLIS IN 46218**

Describe the lien
**PROPERTY TAX LIEN & MOWING CODE VIOLATION**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**$9,190.00** — **undetermined**

---

**2.3 41**

**MARION CODE ENFORCEMENT**

Creditor's Name

**301 BRANSON ST MARION, IN 46952**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**830 E 26TH STREET, MARION IN 46952**

Describe the lien
**WEED LIEN - 270777202O22OOO-002**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**$270.00** — **undetermined**

---

**2.3 42**

**MARION CODE ENFORCEMENT**

Creditor's Name

**301 BRANSON ST MARION, IN 46952**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**830 E 26TH STREET, MARION IN 46952**

Describe the lien
**WEED LIEN - 270717 202022.000-002**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

**$270.00** — **undetermined**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 43 | **Marion County** | Describe debtor's property that is subject to a lien | **$34,689.65** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**Code Enforcement
2710 E Silver Springs Blvd
Ocala, FL 34471**

Creditor's mailing address

**19940 SW 109th Pl, Dunnelleon, FL  34432**

**Describe the lien**
**CODE ENFORCEMENT**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 44 | **MARION COUNTY TREASURER** | Describe debtor's property that is subject to a lien | **$4,881.07** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**200 E WASHINGTON ST
INDIANAPOLIS, IN 46204**

Creditor's mailing address

**2810 E 34TH ST, INDIANAPOLIS IN 46218**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 45 | **MARION COUNTY TREASURER** | Describe debtor's property that is subject to a lien | **$3,145.00** | **undetermined** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Ingersoll Financial, LLC**

Name

Case number (if know)  **6:17-bk-07077-KSJ**

---

Creditor's Name
**200 E WASHINGTON ST
SUITE 1001
INDIANAPOLIS, IN 46204**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3423 N SHERMAN DR, INDIANAPOLIS IN 46218**

**Describe the lien**
**OPEN CODE VIOLATIONS**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 46 | **MARION COUNTY TREASURER** | Describe debtor's property that is subject to a lien | **$2,832.82** | **undetermined** |

Creditor's Name
**200 E WASHINGTON ST
SUITE 1001
INDIANAPOLIS, IN 46204**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3423 N SHERMAN DR, INDIANAPOLIS IN 46218**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 47 | **MARION COUNTY TREASURER** | Describe debtor's property that is subject to a lien | **$10,542.54** | **undetermined** |

Creditor's Name
**200 E WASHINGTON ST
SUITE 1001
INDIANAPOLIS, IN 46204**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**937 N OXFORD ST, INDIANAPOLIS IN 46201**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| Do multiple creditors have an interest in the same property? <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | | | |

---

| 2.3 48 | **MARION COUNTY TREASURER** | Describe debtor's property that is subject to a lien | **$6,380.42** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **141 SCHOOL ST, LA RUE OH 43332** | | |

**222 W. CENTER STREET STE. 1041 MARION, OH 43302**
Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015-2017**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed |
|---|---|

---

| 2.3 49 | **MARION COUNTY TREASURER** | Describe debtor's property that is subject to a lien | **$1,059.00** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **2810 E 34TH ST, INDIANAPOLIS IN 46218** | | |

**Suite 1001 200 E Washington St Indianapolis, IN 46204**
Creditor's mailing address

**Describe the lien**
**WEEDS LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed |
|---|---|

---

| 2.3 50 | **MARION UTILITIES** | Describe debtor's property that is subject to a lien | **$885.60** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **830 E 26TH STREET, MARION IN 46952** | | |

**1540 N WASHINGTON ST MARION, IN 46952**
Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**OPEN CODE VIOLATIONS**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 51 | **MARION UTILITIES** | Describe debtor's property that is subject to a lien | $168.04 | undetermined |
|---|---|---|---|---|

Creditor's Name

**1540 N WASHINGTON ST**
**MARION, IN 46952**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**830 E 26th Street, Marion, IN 46952**

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 52 | **MARTINSVILLE CITY TREASURER** | Describe debtor's property that is subject to a lien | $732.73 | undetermined |
|---|---|---|---|---|

Creditor's Name

**55 CHURCH ST**
**ROOM 104**
**MARTINSVILLE, VA 24112**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**935 BLANKENSHIP RD, MARTINSVILLE VA 24112**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2016-2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number *(if know)* | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 53 | **McDonald Water Dept** | | **$158.27** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**451 Ohio Ave**
**McDonald, OH 44437**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**3471 Watson Marshall Road, McDonald, OH 44437**

Describe the lien
**UTILITY LIEN**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 54 | **MEDICAL WEST** | | **$3,791.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**995 9TH AVE**
**SW BESSEMER, AL**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**4309 9TH AVE, BIRMINGHAM AL 35224**

Describe the lien
**HOSPITAL CARE**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.3 55 | **Metro East Sanitary District** | | **$227.85** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**1801 Madison Ave**
**PO Box 1366**
**Granite City, IL 62040**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**305 Meredocia St., Madison, IL 62060**

Describe the lien
**UTILITY LIEN**

---

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

---

| | | Is the creditor an insider or related party? | | |
|---|---|---|---|---|
| Creditor's email address, if known | | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| Date debt was incurred | | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 56 | **MICHIGAN DEPT OF TREASURY** | Describe debtor's property that is subject to a lien | $1,208.42 | undetermined |
|---|---|---|---|---|
| | Creditor's Name | 598 BROADWAY AVE, BENTON HARBOR MI 49022 | | |
| | **BRET WITKOWSKI 701 MAIN ST ST JOSEPH, MI 49085** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **CERTIFICATION OF FORFEITURE OF REAL PROPERTY - NON PAYMENT OF PROPERTY TAX** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 57 | **MICHIGAN DEPT OF TREASURY** | Describe debtor's property that is subject to a lien | $4,719.50 | undetermined |
|---|---|---|---|---|
| | Creditor's Name | 598 BROADWAY AVE, BENTON HARBOR MI 49022 | | |
| | **COLLECTIONS MARY G MACDOWELL, DIRECTOR PO BOX 30199 LANSING, MI 48909** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **NOTICE OF STATE LIEN - UNPAID INCOME TAX** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | Date debt was incurred | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | Last 4 digits of account number | | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**                                    Case number (if know)    **6:17-bk-07077-KSJ**
_____                          _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 58 | **MILWAUKEE TREASURER** | Describe debtor's property that is subject to a lien | **$7,989.78** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**KERRY URBAN**
**200 E WELLS ST**
**CITY HALL ROOM 103**
**MILWAUKEE, WI 53202**
Creditor's mailing address

**2854 N 28TH ST, MILWAUKEE WI 53212**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2015-2017**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 59 | **MISSOURI DEPT OF REVENUE** | Describe debtor's property that is subject to a lien | **$1,677.71** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**TAXATION DIVISION**
**PO BOX 3800**
**JEFFERSON CTY, MO**
**65105-3800**
Creditor's mailing address

**1736 CRYSTAL CT, ST LOUIS MO 63130**

**Describe the lien**
**INDIVIDUAL INCOME TAX**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 60 | **MISSOURI DEPT OF REVENUE** | Describe debtor's property that is subject to a lien | **$2,472.45** | **undetermined** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**                                     Case number (if know)    **6:17-bk-07077-KSJ**
_____
Name

Creditor's Name
**TAXATION DIVISION
PO BOX 3800
JEFFERSON CTY, MO
65105-3800**

**2925 LYNDHURST AVE, ST LOUIS MO 63130**

Creditor's mailing address

**Describe the lien**
**INDIVIDUAL INCOME TAX**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 61 | **MISSOURI DEPT OF REVENUE** | **Describe debtor's property that is subject to a lien** | **$2,611.26** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**TAXATION DIVISION
PO BOX 3800
JEFFERSON CTY, MO
65105-3800**

**2925 LYNDHURST AVE, ST LOUIS MO 63130**

Creditor's mailing address

**Describe the lien**
**INDIVIDUAL INCOME TAX**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 62 | **MISSOURI DEPT OF REVENUE** | **Describe debtor's property that is subject to a lien** | **$3,313.77** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**TAXATION DIVISION
PO BOX 3800
JEFFERSON CTY, MO
65105-3800**

**2925 LYNDHURST AVE, ST LOUIS MO 63130**

Creditor's mailing address

**Describe the lien**
**INDIVIDUAL INCOME TAX**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 63 | **MOBILE CO COMMISSIONER** | | | $587.14 | undetermined |
|---|---|---|---|---|---|

Creditor's Name

**3925 MICHAEL BLVD #G MOBILE, AL 36609**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**3257 DOGWOOD RD, MOBILE AL 36602**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 64 | **MOBILE CO COMMISSIONER** | | | $1,450.16 | undetermined |
|---|---|---|---|---|---|

Creditor's Name

**3925 MICHAEL BLVD #G MOBILE, AL 36609**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1709 MAGLEE AVE, WHISTLER AL 36612**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 65 | **MONESSEN CITY** | | | undetermined | undetermined |
|---|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

---

| Creditor's Name | |
|---|---|
| **FRANK RIZZUTO, TAX COLLECTOR MUNICIPAL BUILDING 100 THIRD STREET MONESSEN, PA 15062** | 410 KNOX AVE, MONESSEN PA 15062 |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 66 | **MONROE CO CHANCERY CLERK** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**201 W COMMERCE ST PO BOX 578 ABERDEEN, MS 39730**

603 111TH ST, AMORY MS 38821

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 67 | **MONROE CO CHANCERY CLERK** | Describe debtor's property that is subject to a lien | **$4,162.99** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**201 W. COMMERCE ST. P. O. BOX 578 ABERDEEN,, MS 39730**

603 111TH ST, AMORY MS 38821

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2015-2016**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 146 of 291 |
|---|---|---|

Debtor  **Ingersoll Financial, LLC**
Name

Case number (if know)   **6:17-bk-07077-KSJ**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 68 | **MONROE COUNTY** | Describe debtor's property that is subject to a lien | underdetermined | underdetermined |

Creditor's Name

**CITY OF AMORY
8 AVENUE SOUTH
AMORY, MS 38821**

Creditor's mailing address

Describe the lien

**TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 69 | **MONROE COUNTY** | Describe debtor's property that is subject to a lien | underdetermined | underdetermined |

Creditor's Name

**MONROE COUNTY TAX COLLECTOR
301 S CHESTNYT STREET
PO DRAWER 684
ABERDEEN, MS 39730**

Creditor's mailing address

Describe the lien

**TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 70 | **MONTGOMERY CO** | Describe debtor's property that is subject to a lien | $5,209.82 | underdetermined |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 147 of 291

Debtor  **Ingersoll Financial, LLC**
_____
Name

Case number (if know)  **6:17-bk-07077-KSJ**

---

Creditor's Name
**TREASURER'S OFFICE**
**451 W THIRD STREET**
**DAYTON, OH 45422**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2012-2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**62 S GARFIELD ST, DAYTON OH 45402**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 71 | **MONTGOMERY CO COMMISSIONER** | | **$859.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**100 S Lawrence St**
**Montgomery, AL 36104**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**208 GARDENDALE DR, MONTGOMERY AL 36110**

**Describe the lien**
**NUISANCE VIOLATIONS**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 72 | **MONTGOMERY CO COMMISSIONER** | | **$1,338.59** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**100 S LAWRENCE ST**
**MONTGOMERY, AL 36102**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**2801 COUNTRY CT, MONTGOMERY AL 36116**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 148 of 291

Debtor   **Ingersoll Financial, LLC**                                    Case number (if know)   **6:17-bk-07077-KSJ**
　　　　　Name

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 73 | **MONTGOMERY CO TREASURER** | | |
|---|---|---|---|

Creditor's Name

**451 W THIRD STREET DAYTON, OH 45422**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred 2016-2017**

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**1111 W RIVERVIEW AVE, DAYTON OH 45402**                    **$1,779.75**      **undetermined**

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 74 | **MONTGOMERY CO TREASURER** | | |
|---|---|---|---|

Creditor's Name

**451 W THIRD STREET DAYTON, OH 45422**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**304 CLOVER ST, DAYTON OH 45402**                    **$7,010.07**      **undetermined**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 75 | **MONTGOMERY CO TREASURER** | | |
|---|---|---|---|

Creditor's Name

**451 W THIRD STREET DAYTON, OH 45422**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**728 WHITMORE AVE, DAYTON OH 45402**                    **$1,106.25**      **undetermined**

Describe the lien

---

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

---

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015-2017**

---

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 76 | **MONTGOMERY CO TREASURER** | Describe debtor's property that is subject to a lien | **$6,188.76** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**ADMIN OFFICE**
**451 W THIRD STREET**
**DAYTON, OH 45422**

**1021 WYOMING ST, DAYTON OH 45402**

---

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

---

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014-2017**

---

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 77 | **MORGAN & POTTINGER PSC** | Describe debtor's property that is subject to a lien | **$2,308.89** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**ATTN: JAMES S SCROGHAN**
**204 EAST MARKET STREET**
**LOUISVILLE, KY 40202**

**1168 HARLESS CREEK, REGINA KY 41559**

---

Creditor's mailing address

**Describe the lien**
**JUDGMENT LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

---

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 150 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 78 | **MORGAN COUNTY** | Describe debtor's property that is subject to a lien | **$912.18** | **undetermined** |

Creditor's Name
**TAX  COLLECTOR**
**100 E NEWTON ST**
**VERSAILLES,, MO 65084**
Creditor's mailing address

**33212 CIRCLE DR, SUNRISE BEACH MO 65079**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2016-2017**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 79 | **MUSCOGEE CO TAX COMMISSION** | Describe debtor's property that is subject to a lien | **$1,717.80** | **undetermined** |

Creditor's Name

**3111 CITIZENS WAY**
**COLUMBUS, GA 31906**
Creditor's mailing address

**2443 ELM DR, COLUMBUS GA 31901**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2016-2017**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 80 | **MUSKEGAN CITY WATER** | Describe debtor's property that is subject to a lien | **$290.63** | **undetermined** |

Creditor's Name
**933 TERRACE ST**
**SUITE 202**
**MUSKEGON, MI 49440**
Creditor's mailing address

**234 Allen Ave., Muskegon, MI 49442**

Describe the lien
**UTILITY LIEN**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 81 | **MUSKEGON CO TAX COLLECTOR** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**173 E APPLE STREET
SUITE 104
MUSKEGON, MI 49442**

Creditor's mailing address

**2924 7TH ST, MUSKEGON HEIGHTS MI 49444**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.3 82 | **MUSKEGON CO TREASURER** | Describe debtor's property that is subject to a lien | **$1,060.55** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**TONY MOULATSIOTIS
173 E APPLE AVE  STE 104
MUSKEGON, MI 49442**

Creditor's mailing address

**1047 N WOOD ST, MUSKEGON MI 49442**

**Describe the lien**

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Ingersoll Financial, LLC**                                    Case number (if know)    **6:17-bk-07077-KSJ**
        Name

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 83 | **MUSKEGON CO TREASURER** | **Describe debtor's property that is subject to a lien** | **$1,557.71** | **undetermined** |

Creditor's Name

**TONY MOULATSIOTIS**
**173 E APPLE AVE  STE 104**
**MUSKEGON, MI 49442**
Creditor's mailing address

**234 ALLEN AVE, MUSKEGON MI 49442**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 84 | **MUSKEGON TAX COLLECTOR** | **Describe debtor's property that is subject to a lien** | **$2,461.31** | **undetermined** |

Creditor's Name

**933 TERRACE**
**MUSKEGON, MI 49440**
Creditor's mailing address

**1047 N WOOD ST, MUSKEGON MI 49442**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2016-2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 85 | **MUSKEGON TAX COLLECTOR** | **Describe debtor's property that is subject to a lien** | **$3,192.69** | **undetermined** |

Creditor's Name

**933 TERRACE**
**MUSKEGON, MI 49440**
Creditor's mailing address

**234 ALLEN AVE, MUSKEGON MI 49442**

**Describe the lien**
**PROPERTY TAXES**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 153 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 86 | **NAJ LLC** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**ROBERT L. JOHNS**
**216 BROOKS ST, STE 200**
**CHARLESTON, WV 25301**

**339 GREEN VALLEY DR, ST ALBANS WV 25177**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 87 | **NORTHEAST OHIO** | Describe debtor's property that is subject to a lien | **$1,091.60** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**REGIONAL SEWER DISTRICT**
**PO BOX 94550**
**CLEVELAND, OH 44101-4550**

**11405 Melba Ave, Cleveland, OH 44120**

Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number (if known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

☐ Contingent
☐ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 88 | **NORTHEAST OHIO** | Describe debtor's property that is subject to a lien | $196.56 | undetermined |
|---|---|---|---|---|

Creditor's Name

**REGIONAL SEWER DISTRICT**
**PO BOX 94550**
**CLEVELAND, OH 44101-4550**

Creditor's mailing address

**1260 E 59th St, Cleveland, OH 44103**

Describe the lien
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 89 | **NORTHEAST OHIO** | Describe debtor's property that is subject to a lien | $1,543.77 | undetermined |
|---|---|---|---|---|

Creditor's Name

**REGIONAL SEWER DISTRICT**
**PO BOX 94550**
**CLEVELAND, OH 44101-4550**

Creditor's mailing address

**1319 E 91st St, Cleveland, OH 44120**

Describe the lien
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 90 | **NORTHEAST OHIO** | Describe debtor's property that is subject to a lien | $52.50 | undetermined |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number _(if know)_    **6:17-bk-07077-KSJ**

---

Creditor's Name

**REGIONAL SEWER DISTRICT PO BOX 94550 CLEVELAND, OH 44101-4550**

Creditor's mailing address

**14612 Orinoco Ave, Cleveland, OH 44120**

Describe the lien

**UTILITY LIEN**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 91 | **NORTHEAST OHIO** |
|---|---|

Creditor's Name

**REGIONAL SEWER DISTRICT PO BOX 94550 CLEVELAND, OH 44101-4550**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**1729 Rosedale, East Cleveland, OH 44110**

$130.60    undetermined

Describe the lien

**UTILITY LIEN**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 92 | **NORTHEAST OHIO** |
|---|---|

Creditor's Name

**REGIONAL SEWER DISTRICT PO BOX 94550 CLEVELAND, OH 44101-4550**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**924 E 129th St, Cleveland, OH 44108**

$199.29    undetermined

Describe the lien

**UTILITY LIEN**

Is the creditor an insider or related party?

■ No

---

Debtor    **Ingersoll Financial, LLC**                                    Case number (if know)    **6:17-bk-07077-KSJ**

_____
Name

_____            ☐ Yes
Creditor's email address, if known          **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
_____            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

| 2.3<br>93 | **Paxton Water Dept** | Describe debtor's property that is subject to a lien | $803.53 | undetermined |

**Paxton Water Dept**                       Describe debtor's property that is subject to a lien
Creditor's Name                             **354 E Fulton, Paxton, IL 60957**

**145 S MARKET ST**
**Paxton, IL 60957**
_____
Creditor's mailing address                  **Describe the lien**
                                            **UTILITY LIEN**
                                            **Is the creditor an insider or related party?**
                                            ■ No
_____            ☐ Yes
Creditor's email address, if known          **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
_____            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

| 2.3<br>94 | **PEARL RIVER CO TAX COLLECTOR** | Describe debtor's property that is subject to a lien | $1,097.83 | undetermined |

**PEARL RIVER CO TAX**
**COLLECTOR**                               Describe debtor's property that is subject to a lien
Creditor's Name                             **504 MITCHELL ST, PICAYUNE MS 39466**

**406 S. MAIN ST**
**POPLARVILLE, MS 39470**
_____
Creditor's mailing address                  **Describe the lien**
                                            **PROPERTY TAXES**
                                            **Is the creditor an insider or related party?**
                                            ■ No
_____            ☐ Yes
Creditor's email address, if known          **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
**2016-2017**                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 157 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

| 2.3 95 | **PIERCE & ASSOCIATES** | Describe debtor's property that is subject to a lien | **$56,505.84** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**ATTORNEYS FOR PLAINTIFF
THIRTEENTH FLOOR
1 NORTH DEARBORN
CHICAGO, IL 60602**

**1638 N 48TH ST, EAST ST. LOUIS IL 62201**

Creditor's mailing address

Describe the lien

**SUBSISTING LIEN**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 96 | **PIERCE & ASSOCIATES** | Describe debtor's property that is subject to a lien | **$146,928.92** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**ATTORNEYS FOR PLAINTIFF
THIRTEENTH FLOOR
1 NORTH DEARBORN
CHICAGO, IL 60602**

**1638 N 48TH ST, EAST ST. LOUIS IL 62201**

Creditor's mailing address

Describe the lien

**SUBSISTING LIEN**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 97 | **PIKE CLERKS OFFICE** | Describe debtor's property that is subject to a lien | **$1,468.60** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**COURTHOUSE 3RD FLOOR
146 MAIN STREET
PIKEVILLE, KY 41501**

**1168 HARLESS CREEK, REGINA KY 41559**

Creditor's mailing address

Describe the lien

**PROPERTY TAXES**

Is the creditor an insider or related party?

■ No

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Ingersoll Financial, LLC**
_____
Name

Case number (if known)   **6:17-bk-07077-KSJ**

---

Creditor's email address, if known
_____

**Date debt was incurred**
**2016-2017**
_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 98 | **PLANTATIION EAST LTD** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**935 BLANKENSHIP RD, MARTINSVILLE VA 24112**

$1,870.00      undetermined

**C/O DANIEL, MEDLEY et al**
_____
Creditor's mailing address

**Describe the lien**
**ABSTRACT OF JUDGMENT**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
_____
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 99 | **POCAHONTAS CO TREASURER** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**217 S 1ST ST, LAURENS IA 50554**

$1,807.00      undetermined

**99 COURT SQUARE**
**POCAHONTAS, IA 50574**
_____
Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**2015-2016**
_____
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 159 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

| 2.4 00 | **PREBLE CO TREASURER** | **Describe debtor's property that is subject to a lien** | **$1,323.58** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**101 E. MAIN ST.
EATON, OH 45320**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2016-2017**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**6303 US ROUTE 35 E, WEST ALEXANDRIA OH 45381**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 01 | **PRIME FINANCIAL CREDIT** | **Describe debtor's property that is subject to a lien** | **$11,352.24** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**MARK DARNIEDER
5656 W. PACKARD AVE
CUDAHY, WI 53110**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**3046 N 7TH ST, MILWAUKEE WI 53212**

**Describe the lien**
**JUDGMENT**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 02 | **PULASKI CO TREASURER** | **Describe debtor's property that is subject to a lien** | **$2,403.69** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**201 S BROADWAY ST
SUITE 150
PO BOX 430 (72203)
LITTLE ROCK, AR 72201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**2005 ABIGAIL ST, LITTLE ROCK AR 72204**

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 160 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**2015-2016**
Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 03 | **PULASKI CO TREASURER** | Describe debtor's property that is subject to a lien | **$680.09** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **3124 ELAM ST, LITTLE ROCK AR 72204** | | |

**201 S BROADWAY ST**
**SUITE 150**
**PO BOX 430**
**LITTLE ROCK, AR**
**00072-1203**
Creditor's mailing address

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 04 | **RACINE COUNTY TREASURER** | Describe debtor's property that is subject to a lien | **$10,023.32** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **1116 13TH ST, RACINE WI 53403** | | |

**730 WISCONSIN AVENUE**
**RACINE, WI 53403**
Creditor's mailing address

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014-2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 05 | **RAPIDES TAX COLLECTOR** | Describe debtor's property that is subject to a lien | **$1,285.03** | **undetermined** |
|---|---|---|---|---|

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 161 of 291

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**
_____

Creditor's Name
_____

**701 MURRAY STREET**
**3RD FLOOR**
**ALEXANDRIA, LA 71309**

Creditor's mailing address
_____

**126 BILLEDEAU DR, PINEVILLE LA 71359**
_____

**Describe the lien**
**PROPERTY TAXES**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
_____

**Last 4 digits of account number**
_____

**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 06 | **RICHLAND COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $1,572.89 | undetermined |

Creditor's Name

**250 HELEN AVE, MANSFIELD OH 44902**
_____

**50 PARK AVE EAST**
**MANSFIELD, OH 44902**

Creditor's mailing address
_____

**Describe the lien**
**PROPERTY TAXES**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016-2017**
_____

**Last 4 digits of account number**
_____

**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 07 | **ROBERTINE BARNES** | Describe debtor's property that is subject to a lien | undetermined | undetermined |

Creditor's Name

**907 N 13TH ST, LANETT AL 36863**
_____

**1419 N 8TH AVE**
**LANETT, AL 36863**

Creditor's mailing address
_____

**Describe the lien**
**LIEN**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
_____

**Last 4 digits of account number**
_____

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 162 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 08 | **ROBERTS & WEDDLE LLC** | Describe debtor's property that is subject to a lien | **$1,240.00** | **undetermined** |

Creditor's Name

**309 W. WASHINGTON ST SUITE 500 CHICAGO, IL 60606**

Creditor's mailing address

**254 E 136TH ST, CHICAGO IL 60601**

**Describe the lien**
**ORDER**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 09 | **ROBERTS & WEDDLE LLC** | Describe debtor's property that is subject to a lien | **$2,540.00** | **undetermined** |

Creditor's Name

**309 W. WASHINGTON ST SUITE 500 CHICAGO, IL 60606**

Creditor's mailing address

**254 E 136TH ST, CHICAGO IL 60601**

**Describe the lien**
**ORDER**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 10 | **ROBERTS & WEDDLE LLC** | Describe debtor's property that is subject to a lien | **$2,840.00** | **undetermined** |

Creditor's Name

**309 W. WASHINGTON ST SUITE 500 CHICAGO, IL 60606**

Creditor's mailing address

**254 E 136TH ST, CHICAGO IL 60601**

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Ingersoll Financial, LLC**
Name

Case number (if know)  **6:17-bk-07077-KSJ**

**ORDER**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.4 11 | **ROBERTS & WEDDLE LLC** | **Describe debtor's property that is subject to a lien** | **$640.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**309 W. WASHINGTON ST SUITE 500 CHICAGO, IL 60606**

Creditor's mailing address

**5949 S UNION AVE, CHICAGO IL 60601**

**Describe the lien**

**ORDER - CASE NUMBER 13DS001838**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.4 12 | **ROBERTS & WEDDLE LLC** | **Describe debtor's property that is subject to a lien** | **$1,240.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**309 W. WASHINGTON ST SUITE 500 CHICAGO, IL 60606**

Creditor's mailing address

**5949 S UNION AVE, CHICAGO IL 60601**

**Describe the lien**

**ORDER - CASE NUMBER 14DS06501L**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 13 | **ROBERTS & WEDDLE LLC** | Describe debtor's property that is subject to a lien | $1,240.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**309 W. WASHINGTON ST SUITE 500 CHICAGO, IL 60606**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**5949 S UNION AVE, CHICAGO IL 60601**

Describe the lien
**ORDER - CASE NUMBER 13DS71467L**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 14 | **ROBERTS & WEDDLE LLC** | Describe debtor's property that is subject to a lien | $2,540.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**309 W. WASHINGTON ST SUITE 500 CHICAGO, IL 60606**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**5949 S UNION AVE, CHICAGO IL 60601**

Describe the lien
**ORDER - 1421712220**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 15 | **ROBERTS & WEDDLE LLC** | Describe debtor's property that is subject to a lien | $2,840.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**309 W. WASHINGTON ST SUITE 500 CHICAGO, IL 60606**
Creditor's mailing address

**5949 S UNION AVE, CHICAGO IL 60601**

Describe the lien
**ORDER**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 165 of 291

Debtor    **Ingersoll Financial, LLC**                                    Case number (if know)    **6:17-bk-07077-KSJ**
_____
Name

Creditor's email address, if known     Is the creditor an insider or related party?
_____        ■ No
                                        ☐ Yes
                                        Is anyone else liable on this claim?
**Date debt was incurred**              ■ No
                                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an         As of the petition filing date, the claim is:
interest in the same property?**        Check all that apply
■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its         ■ Disputed
relative priority.

---

| 2.4 16 | **ROBERTS & WEDDLE LLC** | Describe debtor's property that is subject to a lien | $4,340.00 | **undetermined** |

Creditor's Name                         **5949 S UNION AVE, CHICAGO IL 60601**

**309 W. WASHINGTON ST
SUITE 500
CHICAGO, IL 60606**
Creditor's mailing address              Describe the lien
                                        **ORDER - CASE NUMBER 15CP128912**
                                        Is the creditor an insider or related party?
Creditor's email address, if known      ■ No
_____         ☐ Yes
                                        Is anyone else liable on this claim?
**Date debt was incurred**              ■ No
                                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an         As of the petition filing date, the claim is:
interest in the same property?**        Check all that apply
■ No                                    ☐ Contingent
☐ Yes. Specify each creditor,           ☐ Unliquidated
including this creditor and its         ■ Disputed
relative priority.

---

| 2.4 17 | **ROBERTS & WEDDLE LLC** | Describe debtor's property that is subject to a lien | $4,340.00 | **undetermined** |

Creditor's Name                         **5949 S UNION AVE, CHICAGO IL 60601**

**309 W. WASHINGTON ST
SUITE 500
CHICAGO, IL 60606**
Creditor's mailing address              Describe the lien
                                        **ORDER - CASE NUMBER 17CP005889**
                                        Is the creditor an insider or related party?
Creditor's email address, if known      ■ No
_____         ☐ Yes
                                        Is anyone else liable on this claim?
**Date debt was incurred**              ■ No
                                        ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an         As of the petition filing date, the claim is:
interest in the same property?**        Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.4 18** | **ROBERTS & WEDDLE LLC**
Creditor's Name

**309 W. WASHINGTON ST
SUITE 500
CHICAGO, IL 60606**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**5949 S UNION AVE, CHICAGO IL 60601**

Describe the lien
**ORDER - CASE NUMBER 16CP100021**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**$4,340.00** | **undetermined**

---

**2.4 19** | **ROBERTS & WEDDLE LLC**
Creditor's Name

**309 W. WASHINGTON ST
SUITE 500
CHICAGO, IL 60606**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**5949 S UNION AVE, CHICAGO IL 60601**

Describe the lien
**ORDER - CASE NUMBER 16CP090567**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**$4,340.00** | **undetermined**

---

**2.4 20** | **ROBERTS & WEDDLE LLC**
Creditor's Name

**309 W. WASHINGTON ST
SUITE 500
CHICAGO, IL 60606**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**5949 S UNION AVE, CHICAGO IL 60601**

Describe the lien
**ORDER - CASE NUMBER 16CP113141**

**$4,340.00** | **undetermined**

---

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 21 | **ROBERTS & WEDDLE LLC** | **Describe debtor's property that is subject to a lien** | **$1,740.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**309 W. WASHINGTON ST SUITE 500 CHICAGO, IL 60606**

**6525 S MARSHFIELD AVE, CHICAGO IL 60636**

Creditor's mailing address

**Describe the lien**
**ORDER**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 22 | **ROCK ISLAND CO TREASURER** | **Describe debtor's property that is subject to a lien** | **$3,708.51** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**1504 THIRD AVE ROCK ISLAND, IL 61201**

**316 N HORN ST, WEST FRANKFORT IL 62896**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 168 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

| 2.4 23 | **ROCK ISLAND CO TREASURER** | Describe debtor's property that is subject to a lien | $294.04 | undetermined |
|---|---|---|---|---|

Creditor's Name

**1504 THIRD AVE**
**ROCK ISLAND, IL 61201**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**1511 7TH ST W, ROCK ISLAND IL 61291**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2013, 2015**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 24 | **ROSS COUNTY TREASURER** | Describe debtor's property that is subject to a lien | $792.63 | undetermined |
|---|---|---|---|---|

Creditor's Name

**2 N. PAINT STREET**
**STE F COURTHOUSE**
**CHILLICOTHE, OH 45601**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**5737 LIBERTY HILL RD, CHILLICOTHE OH 45601**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2016-2017**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 25 | **SAFE BUILT** | Describe debtor's property that is subject to a lien | $1,177.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**KATHRYNE LEONARD**
**RENTAL DEPARMENT**
**SERVICES**
**933 TERRACE ST STE 201**
**MUSKEGON, MI 49440**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**1047 N WOOD ST, MUSKEGON MI 49442**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 169 of 291

Debtor **Ingersoll Financial, LLC**
Name

Case number (if know)    **6:17-bk-07077-KSJ**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 26 | **SAGINAW CO TREASURER** |
|---|---|

Creditor's Name

**111 SOUTH MICHIGAN AVE.
SAGINAW, MI 48602**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**3350 DIXIE CT, SAGINAW MI 48601**

undetermined    undetermined

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 27 | **SAINT LOUIS CITY** |
|---|---|

Creditor's Name

**COLLECTOR OF REVENUE
1200 MARKET STREET
ROOM 109
SAINT LOUIS, MO 63103**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**4912 ARLINGTON AVE, ST LOUIS MO 63120**

$778.86    undetermined

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Ingersoll Financial, LLC | Case number (if know) | 6:17-bk-07077-KSJ |
|---|---|---|---|
| | Name | | |

| 2.4 28 | **SAINT LOUIS CITY** | **Describe debtor's property that is subject to a lien** | $369.99 | undetermined |
|---|---|---|---|---|

Creditor's Name

**COLLECTOR OF REVENUE**
**1200 MARKET STREET**
**ROOM 109**
**SAINT LOUIS, MO 63103**

Creditor's mailing address

**5811 THEODORE AVE, ST LOUIS MO 63120**

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 29 | **SAINT TAMMANY PARISH** | **Describe debtor's property that is subject to a lien** | undetermined | undetermined |
|---|---|---|---|---|

Creditor's Name

**PO BOX 608**
**COVINGTON, LA 70434**

Creditor's mailing address

**72381 DAHLIA ST, COVINGTON LA 70433**

Creditor's email address, if known

**Date debt was incurred**
**2017**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 30 | **SCOTT CO TAX COLLECTOR** | **Describe debtor's property that is subject to a lien** | $1,165.89 | undetermined |
|---|---|---|---|---|

Creditor's Name

**190 W 1ST STREET**
**SUITE 14**
**WALDRON, AR 72958**

Creditor's mailing address

**557 SUNSHINE ST, WALDRON AR 72958**

Creditor's email address, if known

**Date debt was incurred**

**Describe the lien**
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 171 of 291

Debtor    **Ingersoll Financial, LLC**

Name

Case number (if know)    **6:17-bk-07077-KSJ**

**2015-2016**

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 31 | **SCOTT CO TREASURER** | Describe debtor's property that is subject to a lien | $8,154.88 | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**918 W 14TH ST, DAVENPORT IA 52801**

**600 W 4TH STREET**
**DAVENPORT, IA 52801**

Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2015-2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 32 | **Sesser Water Dept** | Describe debtor's property that is subject to a lien | $30.50 | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**713 S Walnut St., Sesser, IL 62884**

**302 W Franklin St**
**Sesser, IL 62884**

Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 33 | **SHARP CO COLLECTOR** | Describe debtor's property that is subject to a lien | $1,593.16 | **undetermined** |
|---|---|---|---|---|

---

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if known)    **6:17-bk-07077-KSJ**

---

Creditor's Name

**718 ASH FLAT DRIVE**
**PO BOX 480**
**ASH FLAT, AR 72513**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015-2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**55 VALLEY HEART DR, HIGHLAND AR 72542**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 34 | **SHELBY CO TAX COLLECTOR** | | **17415 HWY 55, STERRETT AL 35147** | **$2,279.14** | **undetermined** |

Creditor's Name

**102 DEPOT ST**
**COLUMBIANA, AL 35051**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**17415 HWY 55, STERRETT AL 35147**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 35 | **SHELBYVILLE PUBLIC UTILITIES** | | **455 W HENDRICKS ST, SHELBYVILLE IN 46176** | **$60.40** | **undetermined** |

Creditor's Name

**BETH CORLEY**
**44 W WASHINGTON ST**
**SHELBYVILLE, IN 46176**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**455 W HENDRICKS ST, SHELBYVILLE IN 46176**

**Describe the lien**
**SEWER LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 173 of 291

Debtor **Ingersoll Financial, LLC**
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 36 | **Shelbyville Public Utility** | | $2,245.47 | undetermined |
|---|---|---|---|---|

Creditor's Name

**44 W WASHINGTON ST**
**SHELBYVILLE, IN 46176**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**455 W Hendricks St, Shelbyville, IN 46176**

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 37 | **SHELBYVILLE UTILITIES** | | $314.64 | undetermined |
|---|---|---|---|---|

Creditor's Name

**44 W WASHINGTON ST**
**SHELBYVILLE, IN 46176**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**455 W Hendricks St, Shelbyville, IN 46176**

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 38 | **SHERIFF OF MINERAL CO** | | $826.44 | undetermined |
|---|---|---|---|---|

Creditor's Name

**150 ARMSTRONG STEET**
**KEYSER, WV 26726**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**180 N MAIN ST, KEYSER WV 26726**

**Describe the lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 174 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|--------|------------------------------|------------------------|------------------------|
|        | Name                         |                        |                        |

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 39 | **ST CLAIR CO TREASURER** | Describe debtor's property that is subject to a lien | **$4,790.60** | **undetermined** |

Creditor's Name

**10 PUBLIC SQUARE**
**FIRST FLOOR**
**BELLEVILLE, IL 62220**
Creditor's mailing address

**1638 N 48TH ST, EAST ST. LOUIS IL 62201**

**Describe the lien**
**2013, 2015 AND 2016 TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 40 | **ST CLAIR CO TREASURER** | Describe debtor's property that is subject to a lien | **$8,564.65** | **undetermined** |

Creditor's Name

**10 PUBLIC SQUARE**
**FIRST FLOOR**
**BELLEVILLE, IL 62220**
Creditor's mailing address

**23 S 16TH STREET, BELLEVILLE IL 62220**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015-2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|

Name

■ No
☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Unliquidated
■ Disputed

---

| 2.4 41 | **ST LOUIS CITY COLLECTOR** | | |
|---|---|---|---|

Creditor's Name

**1200 MARKET STREET ROOM 109 ST LOUIS, MO 63103**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**3118 WHITTIER ST, ST. LOUIS MO 63130**

$532.79    undetermined

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2015-2017**

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 42 | **ST LOUIS CITY COLLECTOR** | | |
|---|---|---|---|

Creditor's Name

**1200 MARKET STREET ROOM 109 ST LOUIS, MO 63103**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**4857 PALM ST, ST. LOUIS MO 63130**

$502.19    undetermined

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2016-2017**

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 43 | **ST LOUIS CITY COLLECTOR** | | |
|---|---|---|---|

Creditor's Name

**1200 MARKET STREET ROOM 109 ST LOUIS, MO 63103**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**8451 LOWELL STREET, ST LOUIS MO 63130**

$344.47    undetermined

Describe the lien
**PROPERTY TAXES**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 176 of 291

Debtor   **Ingersoll Financial, LLC**

Name

Case number (if know)   **6:17-bk-07077-KSJ**

---

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 44 | **ST LOUIS CO COLLECTOR** | Describe debtor's property that is subject to a lien | $3,913.90 | **undetermined** |

Creditor's Name

**41 S CENTRAL AVE**
**CLAYTON, MO 63105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**1736 CRYSTAL CT, ST LOUIS MO 63130**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 45 | **ST LOUIS COUNTY** | Describe debtor's property that is subject to a lien | $400.00 | **undetermined** |

Creditor's Name

**COLLECTOR OF REVENUE**
**41 S CENTRAL AVE**
**ST LOUIS, MO 63105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**1736 CRYSTAL CT, ST LOUIS MO 63130**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|

Name

---

| 2.4 46 | **ST LOUIS SEWER DISTRICT** | Describe debtor's property that is subject to a lien | $2,165.71 | undetermined |
|---|---|---|---|---|

Creditor's Name

**2350 MARKET ST
SAINT LOUIS, MO 63103**

**1736 CRYSTAL CT, ST LOUIS MO 63130**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 47 | **ST LOUIS SEWER DISTRICT** | Describe debtor's property that is subject to a lien | $640.10 | undetermined |
|---|---|---|---|---|

Creditor's Name

**2350 MARKET ST
ST LOUIS, MO 63120-1917**

**5811 THEODORE AVE, ST LOUIS MO 63120**

Creditor's mailing address

**Describe the lien**
**LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 48 | **ST LOUIS SEWER DISTRICT** | Describe debtor's property that is subject to a lien | $675.48 | undetermined |
|---|---|---|---|---|

Creditor's Name

**2350 MARKET ST
ST LOUIS, MO 63103**

**2925 Lyndhurst Ave, St Louis, MO 63130**

Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 178 of 291

Debtor  **Ingersoll Financial, LLC**
_____
Name

Case number *(if know)*  **6:17-bk-07077-KSJ**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 49 | **ST LOUIS SEWER DISTRICT** | | | |

Creditor's Name

**2350 MARKET ST
ST LOUIS, MO 63103**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**4857 Palm St., St. Louis, MO 63130**

Describe the lien
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**$279.37**   **undetermined**

---

| 2.4 50 | **ST LOUIS SEWER DISTRICT** | | | |

Creditor's Name

**2350 MARKET ST
ST LOUIS, MO 63103**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**8451 Lowell St., St. Louis, MO 63130**

Describe the lien
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**$165.69**   **undetermined**

---

| 2.4 51 | **ST LOUIS SEWER DISTRICT** | | | |

Describe debtor's property that is subject to a lien

**$500.76**   **undetermined**

---

Debtor    **Ingersoll Financial, LLC**

Name

Case number (if known)    **6:17-bk-07077-KSJ**

---

Creditor's Name

**2350 MARKET ST
ST LOUIS, MO 63103**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
3550**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**8846 Bobb Ave, St Louis, MO 63130**

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 52 | **ST LOUIS SEWER DISTRICT** | | **$1,150.22** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**2350 Market Street
St. Lous, MO 63103-2555**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1736 CRYSTAL CT, ST LOUIS MO 63130**

**Describe the lien**
**JUDGMENT**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 53 | **ST LOUIS SEWER DISTRICT** | | **$500.76** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**2350 MARKET STREET
ST LOUIS, M0**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**8846 BOBB AVE, ST LOUIS MO 63130**

**Describe the lien**
**SEWER SERVICE CHARGES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 180 of 291

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.4 54 | **ST LOUIS SEWER DISTRICT** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**5811 Theodore Ave.,  St. Louis, MO 63120**

$882.84          undetermined

**PO BOX 437
ST LOUIS, MO 63166-0437**

Creditor's mailing address

Describe the lien
**UTILITY LIEN**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.4 55 | **ST. CLAIR CO COLLECTOR** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**617 ABEND ST, BELLEVILLE IL 62220**

$3,494.86          undetermined

**#10 PUBLIC SQUARE
BELLEVILLE, IL 62220**

Creditor's mailing address

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

■ No

**Date debt was incurred
2015-2016**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.4 56 | **ST. JOSEPH BOARD OF COMMISSIONERS** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**842 S BENDIX DR, SOUTH BEND IN 46601**

$271.00          undetermined

**227 W Jefferson Boulevard
South Bend, IN 46601**

Creditor's mailing address

Describe the lien

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 181 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|--------|------------------------------|------------------------|------------------------|
|        | Name                         |                        |                        |

**JUDGMENT**

**Is the creditor an insider or related party?**

■ No

☐ Yes

---

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 57 | **ST. JOSEPH CO TREASURER** | Describe debtor's property that is subject to a lien | **$1,796.49** | **undetermined** |
|--------|------------------------------|------------------------------------------------------|----------------|-------------------|

Creditor's Name

**606 DUNDEE ST, SOUTH BEND IN 46601**

**227 W JEFFERSON BLVD**
**SOUTH BEND, IN 46601**

Creditor's mailing address

**Describe the lien**

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 58 | **ST. JOSEPH CO TREASURER** | Describe debtor's property that is subject to a lien | **$1,089.27** | **undetermined** |
|--------|------------------------------|------------------------------------------------------|----------------|-------------------|

Creditor's Name

**842 S BENDIX DR, SOUTH BEND IN 46601**

**227 W JEFFERSON BLVD**
**SOUTH BEND, IN 46601**

Creditor's mailing address

**Describe the lien**

**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2016-2017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

**2.459**

**ST. LOUIS CO COLLECTOR**
Creditor's Name

**41 S CENTRAL AVE**
**CLAYTON, MO 63105**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2015-2017**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2925 LYNDHURST AVE, ST LOUIS MO 63130**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$3,852.23**    **undetermined**

---

**2.460**

**ST. LOUIS CO COLLECTOR**
Creditor's Name

**41 S CENTRAL AVE**
**CLAYTON, MO 63105**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2015-2017**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**8846 BOBB AVE, ST LOUIS MO 63130**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$3,111.99**    **undetermined**

---

**2.461**

**ST. LOUIS PERMITS SECTION**
Creditor's Name

**CITY HALL**
**1200 MARKET STREET**
**ROOM 425**
**ST LOUIS, MO 63103**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**4912 ARLINGTON AVE, ST LOUIS MO 63120**

Describe the lien
**OPEN/EXPIRED PERMITS FOUND**

**$99.00**    **undetermined**

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 183 of 291

| Debtor | Ingersoll Financial, LLC | Case number (if know) | 6:17-bk-07077-KSJ |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 62 | **ST. LOUIS PUBLIC SAFETY** | Describe debtor's property that is subject to a lien | $198.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**PERMIT SECTION
ROOM 425, CITY HALL
1200 MARKET STREET
ST LOUIS, MO 63103**
Creditor's mailing address

**5811 THEODORE AVE, ST LOUIS MO 63120**

**Describe the lien**
**EXPIRED PERMITS; INVOICE NO: 2018-482969**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 63 | **ST. TAMMANY TAX COLLECTOR** | Describe debtor's property that is subject to a lien | $1,138.86 | undetermined |
|---|---|---|---|---|

Creditor's Name

**701 N COLUMBIA ST
COVINGTON,, LA 70433**
Creditor's mailing address

**72381 DAHLIA ST, COVINGTON LA 70433**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 184 of 291

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

■ No
□ Contingent
□ Unliquidated
■ Disputed
□ Yes. Specify each creditor, including this creditor and its relative priority.

---

| **2.4 64** | **STATE AUDITOR** | Describe debtor's property that is subject to a lien | undetermined | undetermined |
|---|---|---|---|---|

Creditor's Name

**STATE CAPITOL COMPLEX BUILDING 1, ROOM W118 CHARLESTON, WV 25305**
Creditor's mailing address

**180 N MAIN ST, KEYSER WV 26726**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
□ Yes

Is anyone else liable on this claim?
**Date debt was incurred**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
As of the petition filing date, the claim is:
Check all that apply
■ No
□ Contingent
□ Yes. Specify each creditor, including this creditor and its relative priority.
□ Unliquidated
■ Disputed

---

| **2.4 65** | **STATE OF ALABAMA** | Describe debtor's property that is subject to a lien | $191.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**TRACY L BALDWIN PO BOX 1111 MONTGOMERY, AL 36106-1111**
Creditor's mailing address

**208 GARDENDALE DR, MONTGOMERY AL 36110**

Describe the lien
**WEED LIEN**
Is the creditor an insider or related party?
■ No
□ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
**Date debt was incurred**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
As of the petition filing date, the claim is:
Check all that apply
■ No
□ Contingent
□ Yes. Specify each creditor, including this creditor and its relative priority.
□ Unliquidated
■ Disputed

---

| **2.4 66** | **STATE OF ILLINOIS** | Describe debtor's property that is subject to a lien | $149.25 | undetermined |
|---|---|---|---|---|

Creditor's Name

**DIRECTOR HEALTH & SANITATION DEPT BELLEVILLE**

**23 S 16TH STREET, BELLEVILLE IL 62220**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Ingersoll Financial, LLC**
Name

Case number (if know)  **6:17-bk-07077-KSJ**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**WEED LIEN** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

**2.4 67**

| | | | |
|---|---|---|---|
| **STATE OF ILLINOIS**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**1217 EAST 5TH ST, ALTON IL 62002** | **$79.00** | **undetermined** |
| **DAWN VOSS**<br>**JAMES E SCHREMPF, ATTY**<br>**101 E 3RD ST RM 2002**<br>**ALTON, IL 62002**<br>Creditor's mailing address | **Describe the lien**<br>**WEED LIEN - 2016R20195** | | |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

---

**2.4 68**

| | | | |
|---|---|---|---|
| **STATE OF ILLINOIS**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**1217 EAST 5TH ST, ALTON IL 62002** | **$82.03** | **undetermined** |
| **DAWN VOSS**<br>**JAMES E SCHREMPF, ATTY**<br>**101 E 3RD ST RM 2002**<br>**ALTON, IL 62002**<br>Creditor's mailing address | **Describe the lien**<br>**WEED LIEN - 2017R32676** | | |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 186 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.4 69**

**STATE OF ILLINOIS**
Creditor's Name

**DAWN VOSS**
**JAMES E SCHREMPF, ATTY**
**101 E 3RD ST RM 2002**
**ALTON, IL 62002**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**1217 EAST 5TH ST, ALTON IL 62002**

$82.03    undetermined

Describe the lien
**WEED LIEN - 2017R25574**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.4 70**

**STATE OF ILLINOIS**
Creditor's Name

**DAWN VOSS**
**JAMES E SCHREMPF, ATTY**
**101 E 3RD ST RM 2002**
**ALTON, IL 62002**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**1217 EAST 5TH ST, ALTON IL 62002**

$82.03    undetermined

Describe the lien
**WEED LIEN - 2016R43005**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.4 71**

**STATE OF ILLINOIS**

Describe debtor's property that is subject to a lien

$82.37    undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 187 of 291

Debtor    **Ingersoll Financial, LLC**                                      Case number (if know)    **6:17-bk-07077-KSJ**

Name

| Creditor's Name | |
|---|---|
| **DAWN VOSS** **JAMES E SCHREMPF, ATTY** **101 E 3RD ST RM 2002** **ALTON, IL 62002** | **1217 EAST 5TH ST, ALTON IL 62002** |

Creditor's mailing address

**Describe the lien**

**WEED LIEN -2015R20772**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 72 | **STATE OF ILLINOIS** | **Describe debtor's property that is subject to a lien** | **$82.37** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**DAWN VOSS**
**JAMES E SCHREMPF, ATTY**
**101 E 3RD ST RM 2002**
**ALTON, IL 62002**

**1217 EAST 5TH ST, ALTON IL 62002**

Creditor's mailing address

**Describe the lien**

**WEED LIEN - 2015R31100**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 73 | **STATE OF ILLINOIS** | **Describe debtor's property that is subject to a lien** | **$133.25** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**JASON POOLE, DIRECTOR**
**STREETS & SANITATION**
**BELLEVILLE**

**23 S 16TH STREET, BELLEVILLE IL 62220**

Creditor's mailing address

**Describe the lien**

**WEED LIENS**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 188 of 291

Debtor    **Ingersoll Financial, LLC**                                       Case number (if know)    **6:17-bk-07077-KSJ**
_____
Name

**Date debt was incurred**                          ■ No
_____   □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an             As of the petition filing date, the claim is:
interest in the same property?**            Check all that apply
■ No                                        □ Contingent
□ Yes. Specify each creditor,               □ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

| 2.4 74 | **STATE OF ILLINOIS** | **Describe debtor's property that is subject to a lien** | $130.00 | undetermined |

Creditor's Name
**23 S 16TH STREET, BELLEVILLE IL 62220**

**DIR OF HOUSNG
CITY OF BELLEVILLE
407 E LINCOLN ST
BELLEVILLE, IL 62220**
Creditor's mailing address                  **Describe the lien**
**WEED LIEN**
**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known          □ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred**                  ■ No
_____   □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an             As of the petition filing date, the claim is:
interest in the same property?**            Check all that apply
■ No                                        □ Contingent
□ Yes. Specify each creditor,               □ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

| 2.4 75 | **STATE OF INDIANA** | **Describe debtor's property that is subject to a lien** | $353.00 | undetermined |

Creditor's Name
**2810 E 34TH ST, INDIANAPOLIS IN 46218**

**ATTN ADMIN-CFO
CODE ENFORCEMENT
INDIANAPOLIS**
Creditor's mailing address                  **Describe the lien**
**WEED LIEN - A201200088280**
**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known          □ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred**                  ■ No
_____   □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an             As of the petition filing date, the claim is:
interest in the same property?**            Check all that apply
■ No                                        □ Contingent
□ Yes. Specify each creditor,               □ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|

Name

---

**2.4
76**

**STATE OF INDIANA**
Creditor's Name

**ATTN ADMIN-CFO
CODE ENFORCEMENT
INDIANAPOLIS**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2810 E 34TH ST, INDIANAPOLIS IN 46218**

Describe the lien
**WEED LIEN – A201200104456**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$353.00**    **undetermined**

---

**2.4
77**

**STEPHANIE STANTON,
TAX COLLECTOR**
Creditor's Name

**101 WEST BARRAQUE ST
ROOM 113,
PO DRAWER A (71611)
PINE BLUFF, AR 71601**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015-2016**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2625 CLAUD RD, WHITE HALL AR 71602**

Describe the lien
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**$1,208.78**    **undetermined**

---

**2.4
78**

**STEUBENVILLE WATER
DEPT**
Creditor's Name

**115 S 3RD ST
STEUBENVILLE, OH 43952**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**1317 Wellesley Ave, Steubenville, OH 43952**

Describe the lien
**UTILITY LIEN**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

**$776.48**    **undetermined**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 190 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.4 79**

**SUMMIT CO FISCAL OFFICE**
Creditor's Name

**175 S. MAIN ST SUITE 320 AKRON, OH 44308**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1404 ANDRUS ST, AKRON OH 44301**

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

$1,020.11                    undetermined

---

**2.4 80**

**TAXING AUTHORITY CONSULTING PC**
Creditor's Name

**PO BOX 31800 HENRICO, VA 23294**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**29042 US HWY 23, BIG STONE GAP VA 24219**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

undetermined                  undetermined

---

**2.4 81**

**TAXING AUTHORITY CONSULTING, P.C.**

Describe debtor's property that is subject to a lien

undetermined                  undetermined

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Ingersoll Financial, LLC**
Name

Case number (if know) **6:17-bk-07077-KSJ**

| | |
|---|---|
| Creditor's Name | **255 HOWELAND CIR, DANVILLE VA 24541** |
| **COLLECTION DEPT**<br>**PO BOX 31800**<br>**HENRICO, VA 23294** | |
| Creditor's mailing address | Describe the lien<br>**TAX LIEN** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| Last 4 digits of account number | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.4<br>82 | **TAZEWELL CO TREASURER** | Describe debtor's property that is subject to a lien<br>**2172 JEWELL RIDGE RD, RICHLANDS VA 24641** | **$574.01** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **101 EAST MAIN STREET**<br>**TAZEWELL, VA 24651** | | | |
| | Creditor's mailing address | Describe the lien<br>**PROPERTY TAXES** | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>**2015-2017** | | | |
| | Last 4 digits of account number | | | |
| | **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

---

| 2.4<br>83 | **TERRELL CO TAX COLLECTOR** | Describe debtor's property that is subject to a lien<br>**358 7TH AVE, NE, DAWSON GA 39842** | **$1,213.07** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **187 E. LEE STREET**<br>**DAWSON, GA 39842** | | | |
| | Creditor's mailing address | Describe the lien<br>**PROPERTY TAXES** | | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred**<br>**2016-2017** | | | |
| | Last 4 digits of account number | | | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 192 of 291

| Debtor | Ingersoll Financial, LLC | | Case number (if know) | 6:17-bk-07077-KSJ |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 84 | **THE CITY OF CHICAGO** | Describe debtor's property that is subject to a lien | $1,240.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**City Hall**
**121 N LaSalle St**
**Chicago, IL 60602**

Creditor's mailing address

**3919 W GRENSHAW ST, CHICAGO IL 60601**

Describe the lien

**FINDINGS, DECISION, AND ORDER RE MUNICPAL CODE VIOLATIONS**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 85 | **THE CITY OF CHICAGO** | Describe debtor's property that is subject to a lien | $17,060.00 | undetermined |
|---|---|---|---|---|

Creditor's Name

**City Hall**
**121 N LaSalle St**
**Chicago, IL 60602**

Creditor's mailing address

**5949 S UNION AVE, CHICAGO IL 60601**

Describe the lien

**JUDGMENT**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 86 | **THOMAS CO TAX COMMISSIONER** | Describe debtor's property that is subject to a lien | $862.06 | undetermined |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

Creditor's Name
**101 SOUTH BROAD STREET**
**PO BOX 2175**
**THOMASVILLE, GA 31799**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2016-2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**427 W MONROE ST, THOMASVILLE GA 31792**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 87 | **TL INVESTMENTS** |
|---|---|

Creditor's Name

**8631 AL HWY 22**
**MAPLESVILLE, AL 36750**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2443 COUNTY ROAD 37, BILLINGSLEY AL 36006**

Describe the lien
**LIEN**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**undetermined**    **undetermined**

---

| 2.4 88 | **TONEY GREEN CONSTRUCTION** |
|---|---|

Creditor's Name

**8877 S. EXCHANGE**
**CHICAGO, IL**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**6525 S MARSHFIELD AVE, CHICAGO IL 60636**

Describe the lien
**MECHANICS LIEN**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**$13,500.00**    **undetermined**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor  **Ingersoll Financial, LLC**
Name

Case number (if know)  **6:17-bk-07077-KSJ**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.4 89 | **TOWN OF CHESTERFIELD** | **Describe debtor's property that is subject to a lien** | **$7,000.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**17 Veterans Blvd
Chesterfield, IN 46017**

**606 W Main St, Chesterfield, IN 46017**

Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 90 | **TOWN OF CHESTERFIELD** | **Describe debtor's property that is subject to a lien** | **$7,000.00** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**DEB DUNHAM
CLERK TREASURER
IN**

**606 W MAIN ST, CHESTERFIELD IN 46017**

Creditor's mailing address

**Describe the lien**
**CODE VIOLATION**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 91 | **TOWN OF HANCOCK** | **Describe debtor's property that is subject to a lien** | **$330.04** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**126 WEST HIGH STREET
HANCOCK, MD 21750**

**113 FRANKLIN ST, HANCOCK MD 21750**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 195 of 291

Debtor    **Ingersoll Financial, LLC**
Name

Case number (if know)    **6:17-bk-07077-KSJ**

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**PROPERTY TAXES** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>**2018**<br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| | |
|---|---|
| **2.4 92** **TOWN OF WOLF RIVER**<br>Creditor's Name<br><br>**7221 HWY H**<br>**FREMONT, WI 54940**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**8457 COCHISE RD, FREMONT WI 54940** |
| | **Describe the lien** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

undetermined    undetermined

---

| | |
|---|---|
| **2.4 93** **TOWNSHIP OF IRONWOOD**<br>Creditor's Name<br>**ATTN CLERK**<br>**10892 LAKE ROAD N**<br>**IRONWOOD, MI 49938**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**10585 N Lake Road, Ironwood, MI 49938** |
| | **Describe the lien**<br>**UTILITY LIEN** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br><br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |

$161.00    undetermined

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 196 of 291

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|

Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 94 | **TREASURER OF COOK CO** | **Describe debtor's property that is subject to a lien** | **$15,518.47** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**118 N CLARK STREET
RM. 112
CHICAGO, IL 60602**
Creditor's mailing address

**1508 PARK LN, FORD HEIGHTS IL 60411**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014-2017**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 95 | **TREASURER OF COOK CO** | **Describe debtor's property that is subject to a lien** | **$12,484.43** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**118 N CLARK STREET
RM. 112
CHICAGO, IL 60602**
Creditor's mailing address

**254 E 136TH ST, CHICAGO IL 60601**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2011-2017**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 96 | **TREASURER OF COOK CO** | **Describe debtor's property that is subject to a lien** | **$7,322.37** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**118 N CLARK STREET
RM. 112
CHICAGO, IL 60602**
Creditor's mailing address

**3919 W GRENSHAW ST, CHICAGO IL 60601**

**Describe the lien**
**PROPERTY TAXES**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2014-2017**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 97 | **TREASURER OF COOK CO** | **Describe debtor's property that is subject to a lien** | **$13,446.81** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**118 N CLARK STREET**
**RM. 112**
**CHICAGO,, IL 60602**

Creditor's mailing address

**5949 S UNION AVE, CHICAGO IL 60601**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2011-2017**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.4 98 | **TREASURER OF COOK CO** | **Describe debtor's property that is subject to a lien** | **$5,609.26** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**118 N CLARK STREET**
**RM. 112**
**CHICAGO,, IL 60602**

Creditor's mailing address

**6525 S MARSHFIELD AVE, CHICAGO IL 60636**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2016-2017**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number *(if know)* | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 99 | **TREASURER OF COOK CO** | Describe debtor's property that is subject to a lien | **$3,860.43** | undetermined |

Creditor's Name

**118 N CLARK STREET
RM. 112
CHICAGO, IL 60602**
Creditor's mailing address

**6948 S CARPENTER ST, CHICAGO IL 60601**

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2016-2017**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.5 00 | **TREASURER OF COOK CO** | Describe debtor's property that is subject to a lien | **$10,308.28** | undetermined |

Creditor's Name

**118 N CLARK STREET
RM. 112
CHICAGO, IL 60602**
Creditor's mailing address

**8345 S BALTIMORE AVE, CHICAGO IL 60601**

Describe the lien
**PROPERTY TAXES**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2013-2017**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.5 01 | **TRUMBULL CO LAND REUTILIZATION** | Describe debtor's property that is subject to a lien | undetermined | undetermined |

Creditor's Name

**SAM LAMANCUSA
160 HIGH STREET NW
WARREN, OH 44481**
Creditor's mailing address

**1342 SOUTH STREET SE, WARREN OH 44481**

Describe the lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 199 of 291

Debtor    **Ingersoll Financial, LLC**                                    Case number (if know)    **6:17-bk-07077-KSJ**
_____
Name

Creditor's email address, if known
_____

**Date debt was incurred**
_____

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 02 | **TRUMBULL CO TREASURER** | | **$3,549.86** | **undetermined** |

Creditor's Name

**160 HIGH ST NW
WARREN, OH 44481**

Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**
**2015-2017**

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2817 MERRIWEATHER ST NW, WARREN OH 44481**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 03 | **TRUMBULL CO TREASURER** | | **$853.37** | **undetermined** |

Creditor's Name

**MRS LUCARIELLO
160 HIGH STREET NW
WARREN, OH 44481**

Creditor's mailing address

Creditor's email address, if known
_____

**Date debt was incurred**
_____

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**3471 WATSON-MARSHALL ROAD, MCDONALD OH 44437**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 200 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

**2.5 04**

**TUSCOLA CO TAX COLLECTOR**
Creditor's Name

**125 WEST LINCOLN STREET CARO, MI 48723**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2016-2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**335 NORMAN ST, CARO MI 48723**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$3,612.64     undetermined

---

**2.5 05**

**TUSCOLA COUNTY TREASURER**
Creditor's Name

**PATRICIA DONOVAN-GRAY 125 WEST LINCOLN ST STE 300 CARO, MI 48723**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2016**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**335 NORMAN ST, CARO MI 48723**

Describe the lien
**PROPERTY TAXES**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$1,347.58     undetermined

---

**2.5 06**

**Unknown party in possession**
Creditor's Name

**1016 Central St. Joplin, MO 64801**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**1016 Central St, Joplin, MO 64801**

Describe the lien
**Undetermined**
Is the creditor an insider or related party?
■ No
☐ Yes

undetermined     undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 201 of 291

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Ingersoll Financial, LLC**                                    Case number (if know)  **6:17-bk-07077-KSJ**
_____
Name

**Date debt was incurred**
_____

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 07 | **Unknown party in possession** |
|---|---|

Creditor's Name

**1021 Haven St
Mount Morris, MI 48458**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1021 Haven St, Mount Morris, MI 48458**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**undetermined**        **undetermined**

---

| 2.5 08 | **Unknown party in possession** |
|---|---|

Creditor's Name

**1021 Wyoming St.
Dayton, OH 45402**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**1021 Wyoming St, Dayton, OH 45402**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**undetermined**        **undetermined**

---

| 2.5 09 | **Unknown party in possession** |
|---|---|

**Describe debtor's property that is subject to a lien**

**undetermined**        **undetermined**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**

Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

Creditor's Name

**1047 Wood St.**
**MUSKEGON, MI 49442**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**1047 N Wood St, Muskegon, MI 49442**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 10 | **Unknown party in possession** | | **undetermined** | **undetermined** |

Creditor's Name

**105 Bell St.**
**Excelsior Spg, MO 64024**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**105 Bell St, Excelsior Springs, MO 64024**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 11 | **Unknown party in possession** | | **undetermined** | **undetermined** |

Creditor's Name

**10585 N LAKE ROAD**
**IRONWOOD, MI 49938**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**10585 N Lake Road, Ironwood, MI 49938**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**
_____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed |

---

| 2.5 12 | **Unknown party in possession** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | | |
|---|---|---|---|
| **1060 Olmstead Ave COLUMBUS, OH 43201** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **1060 Olmstead Ave, Columbus, OH 43201** <br><br> **Describe the lien** <br> **Undetermined** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | undetermined | undetermined |
| Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** <br><br> **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | | |

---

| 2.5 13 | **Unknown party in possession** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | | |
|---|---|---|---|
| **1108 Bancroft Ave ROCHESTER, IN 46975** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **1108 Bancroft Ave, Rochester, IN 46975** <br><br> **Describe the lien** <br> **Undetermined** <br> **Is the creditor an insider or related party?** <br> ■ No <br> ☐ Yes | undetermined | undetermined |
| Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ■ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred** <br><br> **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed | | |

---

| 2.5 14 | **Unknown party in possession** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | | |
|---|---|---|---|
| **111 Poston Rd Jacksonville, AR 72076** <br> Creditor's mailing address | **Describe debtor's property that is subject to a lien** <br> **111 Poston Rd, Jacksonville, AR 72076** <br><br> **Describe the lien** | undetermined | undetermined |

---

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Disputed

---

| 2.5 15 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **1111 W Riverview Ave, Dayton, OH 45402** | | |

**1111 W Riverview Ave
DAYTON, OH 45402**

Creditor's mailing address

**Describe the lien**

**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Disputed

---

| 2.5 16 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **1116 13th St, Racine, WI 53403** | | |

**1116 13th St.
Racine, WI 53403**

Creditor's mailing address

**Describe the lien**

**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 17 | **Unknown party in possession** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**1128 Mansion Ave, Cincinnati, OH 45202**

**undetermined**   **undetermined**

**1128 Mansion Ave**
**Cincinnati, OH 45202**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 18 | **Unknown party in possession** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**113 Franklin St, Hancock, MD 21750**

**undetermined**   **undetermined**

**113 Franklin St**
**Hancock, MD 21750**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 19 | **Unknown party in possession** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**11405 Melba Ave, Cleveland, OH 44120**

**undetermined**   **undetermined**

**11405 Melba Ave**
**CLEVELAND, OH 44120**

Creditor's mailing address

**Describe the lien**
**Undetermined**

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 206 of 291 |
|---|---|---|

Debtor    **Ingersoll Financial, LLC**
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 20 | **Unknown party in possession** | | |
|---|---|---|---|
Creditor's Name

**Describe debtor's property that is subject to a lien**
**1144 Washington Ave, Lorain, OH 44052**

**undetermined**    **undetermined**

**1144 Washington Ave
LORAIN, OH 44052**
Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 21 | **Unknown party in possession** | | |
|---|---|---|---|
Creditor's Name

**Describe debtor's property that is subject to a lien**
**1168 Harless Creek, Regina KY 41559**

**undetermined**    **undetermined**

**1168 Harless Creek Rd
Regina, KY 41559**
Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 207 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

| 2.5 22 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**1202 Montilieu Ave**
**High Point, NC 27262**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**1202 Montilieu Ave, High Point, NC 27262**

Describe the lien
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 23 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**1216 Gilsey Ave**
**CINCINNATI, OH 45202**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**1216 Gilsey Ave, Cincinnati, OH 45202**

Describe the lien
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 24 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**1217 E 5th St**
**Alton, IL 62002**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**1217 E 5th St, Alton, IL 62002**

Describe the lien
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**                                   Case number (if know)    **6:17-bk-07077-KSJ**
_____                      _____
Name

_____     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**          **As of the petition filing date, the claim is:**
**interest in the same property?**         Check all that apply
☑ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative     ☑ Disputed
priority.

---

| 2.5 | **Unknown party in** |
| 25 | **possession** |

Creditor's Name

**125 Patsy Lemons Ln**
**LILLINGTON, NC 27546**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**        undetermined    undetermined
**125 Patsy Lemons Ln, Lillington, NC 27546**
_____

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | **Unknown party in** |
| 26 | **possession** |

Creditor's Name

**126 Billedeau Dr**
**PINEVILLE, LA 71359**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**        undetermined    undetermined
**126 Billedeau Dr, Pineville, LA 71359**
_____

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | **Unknown party in** |
| 27 | **possession** |

**Describe debtor's property that is subject to a lien**        undetermined    undetermined

---

Debtor    **Ingersoll Financial, LLC**                          Case number (if know)    **6:17-bk-07077-KSJ**

Name

| | |
|---|---|
| Creditor's Name | **1260 E 59th St, Cleveland, OH 44103** |
| **1260 E 59th St**<br>**CLEVELAND, OH 44103** | |
| Creditor's mailing address | **Describe the lien**<br>**Undetermined** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.5<br>28 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien**<br>**12670 Carroll Dr, Amite, LA 70422** | **undetermined** | **undetermined** |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | |
| **12670 Carroll Dr**<br>**AMITE, LA 70422** | |
| Creditor's mailing address | **Describe the lien**<br>**Undetermined** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.5<br>29 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien**<br>**1312 Princeton Ave SW, Birmingham, AL 35201** | **undetermined** | **undetermined** |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | |
| **1312 Princeton Ave SW**<br>**Birmingham, AL 35201** | |
| Creditor's mailing address | **Describe the lien**<br>**Undetermined** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 30 | **Unknown party in possession** |
|---|---|
| | Creditor's Name |

**1317 Wellesley Ave STEUBENVILLE, OH 43952**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**1317 Wellesley Ave, Steubenville, OH 43952**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**undetermined**          **undetermined**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 31 | **Unknown party in possession** |
|---|---|
| | Creditor's Name |

**1319 E 91st St CLEVELAND, OH 44120**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**1319 E 91st St, Cleveland, OH 44120**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**undetermined**          **undetermined**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 32 | **Unknown party in possession** |
|---|---|
| | Creditor's Name |

**1326 N Ewing St Indianapolis, IN 46218**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1326 N Ewing Street, Indianapolis, IN 46218**

**Describe the lien**

**undetermined**          **undetermined**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.5 33 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **1342 South Street SE, Warren, OH 44481** | | |

**1342 South St SE
WARREN, OH 44481**

Creditor's mailing address

**Describe the lien**

**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.5 34 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **13424 Harber, Yoder, IN 46798** | | |

**13424 Harber Rd
YODER, IN 46798**

Creditor's mailing address

**Describe the lien**

**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Ingersoll Financial, LLC | Case number (if know) | 6:17-bk-07077-KSJ |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 35 | **Unknown party in possession** |
|---|---|

Creditor's Name

**13552 E Sunrise Lake Dr. DeSoto, MO 63020**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**13552 E Sunrise Lake Dr, DeSoto, MO 63020**

Describe the lien
**Undetermined**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined          undetermined

---

| 2.5 36 | **Unknown party in possession** |
|---|---|

Creditor's Name

**136 James Street ST ALBANS, WV 25177**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**136 James St., St. Albans, WV 25177**

Describe the lien
**Undetermined**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined          undetermined

---

| 2.5 37 | **Unknown party in possession** |
|---|---|

Creditor's Name

**136 Lee Rd 0207, Lot 9 Phenix City, AL 36867**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**136 Lee Rd 0207, Phenix City, AL 36870**

Describe the lien
**Undetermined**

undetermined          undetermined

---

Debtor   **Ingersoll Financial, LLC**
Name

Case number (if know)   **6:17-bk-07077-KSJ**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 38 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |

Creditor's Name

**1360 Homestead St
Baltimore, MD 32328**

**1360 Homestead St, Baltimore, MD 32328**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 39 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |

Creditor's Name

**13744 Fenelon
HAMTRAMCK, MI 48212**

**13744 Fenelon, Hamtramck, MI 48212**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 214 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

| 2.5 40 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**13841 Apache Way
GREENTOP, MO 63546**

**13841 Apache Way, Greentop, MO 63546**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 41 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**1404 Andrus St
Akron, OH 44301**

**1404 Andrus St, Akron, OH 44301**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 42 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**141 School St.
LA RUE, OH 43332**

**141 School St, LaRue, OH 43332**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 215 of 291

Debtor   **Ingersoll Financial, LLC**                                       Case number (if know)   **6:17-bk-07077-KSJ**
Name

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 43 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**14612 Orinoco Ave. CLEVELAND, OH 44120**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**14612 Orinoco Ave, Cleveland, OH 44120**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**undetermined**         **undetermined**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 44 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**147 Louisiana Ave Jackson, MS 39209**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**147 Louisiana Ave, Jackson, MS 39209**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**undetermined**         **undetermined**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 45 | **Unknown party in possession** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

**undetermined**         **undetermined**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**                                Case number (if known)    **6:17-bk-07077-KSJ**
_____
Name

Creditor's Name                                    **1508 Park Ln, Ford Heights, IL 60411**

**1508 Park Ln**
**Ford Heights, IL 60411**
Creditor's mailing address                         **Describe the lien**
                                                   **Undetermined**
                                                   **Is the creditor an insider or related party?**
                                                   ■ No
Creditor's email address, if known                 ☐ Yes
                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**                         ■ No
                                                   ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative            ■ Disputed
priority.

---

| 2.5 | **Unknown party in** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
| 46 | **possession** | **1509 W 23rd Ave, Pine Bluff, AR 71601** | | |

Creditor's Name

**1509 W 23rd Ave**
**Pine Bluff, AR 71601**
Creditor's mailing address                         **Describe the lien**
                                                   **Undetermined**
                                                   **Is the creditor an insider or related party?**
                                                   ■ No
Creditor's email address, if known                 ☐ Yes
                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**                         ■ No
                                                   ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative            ■ Disputed
priority.

---

| 2.5 | **Unknown party in** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
| 47 | **possession** | **1511 7th St W, Rock Island, IL 61291** | | |

Creditor's Name

**1511 7th St W**
**Rock Island, IL 61291**
Creditor's mailing address                         **Describe the lien**
                                                   **Undetermined**
                                                   **Is the creditor an insider or related party?**
                                                   ■ No
Creditor's email address, if known                 ☐ Yes
                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**                         ■ No
                                                   ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)
**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 217 of 291

Debtor    **Ingersoll Financial, LLC**                                                    Case number (if know)    **6:17-bk-07077-KSJ**
　　　　　　Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| | | | |
|---|---|---|---|
| 2.5 48 | **Unknown party in possession** Creditor's Name | Describe debtor's property that is subject to a lien **157 W Madison St, Durant, MS 39063** | **undetermined** | **undetermined** |

**157 W MADISON ST
DURANT, MS 39063**

Creditor's mailing address

**Describe the lien**
**Undetermined**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| | | | |
|---|---|---|---|
| 2.5 49 | **Unknown party in possession** Creditor's Name | Describe debtor's property that is subject to a lien **1603 14th Ave, Phenix City, AL 36867** | **undetermined** | **undetermined** |

**1603 14TH AVE
PHENIX CITY, AL 36867**

Creditor's mailing address

**Describe the lien**
**Undetermined**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| | | | |
|---|---|---|---|
| 2.5 50 | **Unknown party in possession** Creditor's Name | Describe debtor's property that is subject to a lien **1612 N 16th St, Clarksburg, WV 26301** | **undetermined** | **undetermined** |

**1612 N 16th St.
CLARKSBURG, WV 26301**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 51 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**1619 W 6th St.
ANDERSON, IN 46011**

Creditor's mailing address

**1619 W 6th St, Anderson, IN 46011**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 52 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**1638 N 48th St
EAST ST LOUIS, IL 62201**

Creditor's mailing address

**1638 N 48th St, East St. Louis, IL 62201**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.5 53** | **Unknown party in possession**
Creditor's Name

**1656 50th ST E**
**BIRMINGHAM, AL 35208**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1656 50th St E, Birmingham, AL 35208**

Describe the lien
**Undetermined**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**undetermined**        **undetermined**

---

**2.5 54** | **Unknown party in possession**
Creditor's Name

**1709 Maglee Ave**
**WHISTLER, AL 36612**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1709 Maglee Ave, Whistler, AL 36612**

Describe the lien
**Undetermined**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**undetermined**        **undetermined**

---

**2.5 55** | **Unknown party in possession**
Creditor's Name

**172 US Hwy 158 W**
**GATESVILLE, NC 27938**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**172 US Hwy 158 W. , Gatesville, NC   27938**

Describe the lien
**Undetermined**

**undetermined**        **undetermined**

---

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 56 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **1729 Rosedale, East Cleveland, OH 44110** | | |

**1729 Rosedale**
**E Cleveland, OH 44110**

Creditor's mailing address

**Describe the lien**
**Undetermined**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 57 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **1735 Prospect Street, Flint, MI 48504** | | |

**1735 Prospect St**
**FLINT, MI 48504**

Creditor's mailing address

**Describe the lien**
**Undetermined**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

**2.5 58**

**Unknown party in possession**
Creditor's Name

**1736 Crystal Ct**
**ST LOUIS, MO 63130**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**1736 Crystal Ct, St Louis, MO 63130**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| undetermined | undetermined |
|---|---|

---

**2.5 59**

**Unknown party in possession**
Creditor's Name

**174 Road of Remembrance**
**JACKSON, MS 39209**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**174 Road of Remembrance, Jackson, MS 39209**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| undetermined | undetermined |
|---|---|

---

**2.5 60**

**Unknown party in possession**
Creditor's Name

**17415 HWY 55**
**STERRETT, AL 35147**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**17415 Hwy 55, Sterrett, AL 35147**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

| undetermined | undetermined |
|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 222 of 291

Debtor    **Ingersoll Financial, LLC**                              Case number (if know)    **6:17-bk-07077-KSJ**
_____
Name

Last 4 digits of account number                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**                   **As of the petition filing date, the claim is:**
                                                   Check all that apply
☑ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative            ☑ Disputed
priority.

---

| 2.5 61 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name                                    Describe debtor's property that is subject to a lien    **undetermined**    **undetermined**
                                                   **180 N Main St, Keyser, WV 26726**
**180 N Main St
Keyser, WV 26726**

Creditor's mailing address                         **Describe the lien**
                                                   **Undetermined**
                                                   **Is the creditor an insider or related party?**

Creditor's email address, if known                 ☑ No
                                                   ☐ Yes
**Date debt was incurred**                         **Is anyone else liable on this claim?**

Last 4 digits of account number                    ☑ No
                                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**                   **As of the petition filing date, the claim is:**
                                                   Check all that apply
☑ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative            ☑ Disputed
priority.

---

| 2.5 62 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name                                    Describe debtor's property that is subject to a lien    **undetermined**    **undetermined**
                                                   **1803 S Ridge Rd. Ashtabula, OH 440004**
**1803 S Ridge Rd
ASHTABULA, OH 44004**

Creditor's mailing address                         **Describe the lien**
                                                   **Undetermined**
                                                   **Is the creditor an insider or related party?**

Creditor's email address, if known                 ☑ No
                                                   ☐ Yes
**Date debt was incurred**                         **Is anyone else liable on this claim?**

Last 4 digits of account number                    ☑ No
                                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**                   **As of the petition filing date, the claim is:**
                                                   Check all that apply
☑ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative            ☑ Disputed
priority.

---

| 2.5 63 | **Unknown party in possession** | | |
|---|---|---|---|

                                                   Describe debtor's property that is subject to a lien    **undetermined**    **undetermined**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**                                    Case number (if known)    **6:17-bk-07077-KSJ**
_____                          _____
Name

| | |
|---|---|
| Creditor's Name | 1912 Maryland St., Gary IN 46407 |
| **1912 Maryland St**<br>**GARY, IN 46407** | |
| Creditor's mailing address | **Describe the lien**<br>**Undetermined**<br>**Is the creditor an insider or related party?** |
| | ■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>■ Disputed |

---

| | | | |
|---|---|---|---|
| 2.5 64 | **Unknown party in possession** | **undetermined** | **undetermined** |
| Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**1946 Hosler St., Flint, MI 48503** | | |
| **1946 Hosler St.**<br>**FLINT, MI 48503** | | | |
| Creditor's mailing address | **Describe the lien**<br>**Undetermined**<br>**Is the creditor an insider or related party?** | | |
| | ■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | ■ No | | |
| **Date debt was incurred** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>■ Disputed | | |

---

| | | | |
|---|---|---|---|
| 2.5 65 | **Unknown party in possession** | **undetermined** | **undetermined** |
| Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**19940 SW 109th Pl, Dunnelleon, FL  34432** | | |
| **19940 SW 109th Pl**<br>**Dunnelleon, FL 34432** | | | |
| Creditor's mailing address | **Describe the lien**<br>**Undetermined**<br>**Is the creditor an insider or related party?** | | |
| | ■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | ■ No | | |
| **Date debt was incurred** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 66 | **Unknown party in possession** | | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|---|

Creditor's Name

**2001 Mallery St**
**Flint, MI 48504**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2001 Mallery St, Flint, MI 48504**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 67 | **Unknown party in possession** | | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|---|

Creditor's Name

**2002 Dakota Ave**
**FLINT, MI 48506**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2002 Dakota Ave., Flint,  MI 48506**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 68 | **Unknown party in possession** | | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|---|

Creditor's Name

**2005 Abigail St**
**LITTLE ROCK, AR 72204**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2005 Abigail St, Little Rock, AR 72204**

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 225 of 291

Debtor    **Ingersoll Financial, LLC**
Name

Case number (if know)    **6:17-bk-07077-KSJ**

**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 69 | **Unknown party in possession** |
|---|---|

Creditor's Name

**2019 Montgall Ave KANSAS CITY, MO 64101**

_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
**2019 Montgall Ave., Kansas City,  MO  64101**

_____

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**underdetermined**    **underdetermined**

---

| 2.5 70 | **Unknown party in possession** |
|---|---|

Creditor's Name

**204 Beulah Ave BATTLE CREEK, MI 49015**

_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**204 Beulah Ave, Battle Creek, MI 49015**

_____

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**underdetermined**    **underdetermined**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 71 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**2049 Stanford Ave**
**FLINT, MI 48503**

Creditor's mailing address

**2049 Stanford Ave., Flint, MI 48503**

**Describe the lien**
**Undetermined**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 72 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**208 Gardendale Dr**
**Montgomery, AL 36110**

Creditor's mailing address

**208 Gardendale Dr, Montgomery, AL 36110**

**Describe the lien**
**Undetermined**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 73 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**2160 Southwest 11th St.**
**AKRON, OH 44301**

Creditor's mailing address

**2160 SW 11th St, Akron, OH 44301**

**Describe the lien**
**Undetermined**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

Creditor's email address, if known

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 74 | **Unknown party in possession** |
|---|---|

Creditor's Name

**217 S 1st St.
Laurens, IA 50554**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**217 S 1st St, Laurens, IA 50554**

undetermined          undetermined

Describe the lien
**Undetermined**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 75 | **Unknown party in possession** |
|---|---|

Creditor's Name

**2172 Jewell Ridge Rd
RICHLANDS, VA 24641**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2172 Jewell Ridge Rd., Richlands, VA 24641**

undetermined          undetermined

Describe the lien
**Undetermined**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 228 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

| 2.5 76 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**221 Curry Pl, Youngstown, OH 44511**

**221 Curry Pl**
**YOUNGSTOWN, OH 44511**
Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 77 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**221 S Main St., Okeene OK 73763**

**221 S Main St**
**OKEENE, OK 73763**
Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 78 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**2229 Emmons Ave. Warren, MI 48088**

**2229 Emmons Ave**
**WARREN, MI 48088**
Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 229 of 291 |
|---|---|---|

Debtor  **Ingersoll Financial, LLC**                                      Case number *(if know)*   **6:17-bk-07077-KSJ**
        Name

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 79 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**23 S 16th St**
**Belleville, IL 62220**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**23 S 16th St, Belleville, IL 62220**

Describe the lien
**Undetermined**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

**undetermined**          **undetermined**

---

| 2.5 80 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**2301 Pleasant Ave**
**WELLSBURG, WV 26070**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2301 Pleasant Ave., Wellsburg, WV  26070**

Describe the lien
**Undetermined**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

**undetermined**          **undetermined**

---

| 2.5 81 | **Unknown party in possession** | | |
|---|---|---|---|

Describe debtor's property that is subject to a lien

**undetermined**          **undetermined**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**                    Case number (if know)    **6:17-bk-07077-KSJ**
_____                                          _____
Name

Creditor's Name

**234 Allen Ave**
**MUSKEGON, MI 49442**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**234 Allen Ave., Muskegan, MI 49442**

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 82 | **Unknown party in possession** |
|---|---|

Creditor's Name

**236 Columbia St**
**Cumberland, MS 21502**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**236 Columbia St, Cumberland, MS 21502**                    **undetermined**    **undetermined**

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 83 | **Unknown party in possession** |
|---|---|

Creditor's Name

**237 Sewanee**
**SEWANEE, MS 39209**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**237 Sewanee, Jackson, MS 39209**                    **undetermined**    **undetermined**

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 231 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.5 84 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | undetermined | undetermined |
|---|---|---|---|---|
| | Creditor's Name | **2418 E. Oliver St., Baltimore, MD 21213** | | |

**2418 E. Oliver St**
**Baltimore, MD 21213**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.5 85 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | undetermined | undetermined |
|---|---|---|---|---|
| | Creditor's Name | **2429 Cox City Rd., OK 73082** | | |

**2429 Cox City Rd**
**Rush Springs, OK 73082**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.5 86 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | undetermined | undetermined |
|---|---|---|---|---|
| | Creditor's Name | **2443 County Road 37, Billingsley, AL 36006** | | |

**2443 County Road 37**
**Billingsley, AL 36006**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 232 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 87 | **Unknown party in possession** | | | **Describe debtor's property that is subject to a lien** | | **undetermined** | **undetermined** |
|---|---|---|---|---|---|---|---|

Creditor's Name

**2443 Elm Dr, Columbus, GA 31901**

**2443 Elm Dr**
**Columbus, GA 31901**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 88 | **Unknown party in possession** | | | **Describe debtor's property that is subject to a lien** | | **undetermined** | **undetermined** |
|---|---|---|---|---|---|---|---|

Creditor's Name

**250 Helen Ave. Mansfield, OH 44902**

**250 Helen Ave**
**MANSFIELD, OH 44902**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Ingersoll Financial, LLC | Case number (if know) | 6:17-bk-07077-KSJ |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.5 89 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**2522 Jefferson St**
**PASCAGOULA, MS 39567**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2522 Jefferson Ave, Pascagoula, MS 39567**

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

undetermined    undetermined

---

| 2.5 90 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**254 E 136th St**
**CHICAGO, IL 60601**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**254 E 136th St, Chicago, IL 60601**

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

undetermined    undetermined

---

| 2.5 91 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**255 Friendship Cir**
**FORT VALLEY, GA 31030**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**255 Friendship Cir. Fort Valley, GA 31030**

**Describe the lien**
**Undetermined**

undetermined    undetermined

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 234 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 92 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | | underdetermined | underdetermined |
|---|---|---|---|---|---|

Creditor's Name

**255 Howeland Cir Danville, VA 24541**

Creditor's mailing address

**255 Howeland Cir, Danville, VA 24540**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.5 93 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | | underdetermined | underdetermined |
|---|---|---|---|---|---|

Creditor's Name

**256 Wooley Rd HANCEVILLE, AL 35077**

Creditor's mailing address

**256 Wooley Rd., Hanceville, AL 35077**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 235 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

**2.5 94** | **Unknown party in possession**
Creditor's Name

**2618 Wolcott St
FLINT, MI 48504**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2618 Wolcott St., Flint, MI  48504**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined    undetermined

---

**2.5 95** | **Unknown party in possession**
Creditor's Name

**2625 Claud Rd
White Hall, AR 71602**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2625 Claud Rd., White Hall, AR  71602**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined    undetermined

---

**2.5 96** | **Unknown party in possession**
Creditor's Name

**2652 Buchanan St
GARY, IN 46402**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**2652 Buchanan St., Gary, IN  46402**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

undetermined    undetermined

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number *(if know)* | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 97 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**2749 Jackson St
GARY, IN 46402**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2749 Jackson St., Gary, IN 46402**

**Describe the lien
Undetermined**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

undetermined | undetermined

---

| 2.5 98 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**2801 Country Ct
MONTGOMERY, AL 36116**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2801 Country Ct., Montgomery, AL  36116**

**Describe the lien
Undetermined**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

undetermined | undetermined

---

| 2.5 99 | **Unknown party in possession** | | |
|---|---|---|---|

Describe debtor's property that is subject to a lien

undetermined | undetermined

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**                          Case number (if known)    **6:17-bk-07077-KSJ**
_____          _____
Name

| | |
|---|---|
| Creditor's Name | **2810 E 34th St, Indianapolis, IN 46218 -** |
| **2810 E 34th St**<br>**Indianapolis, IN 46218** | |
| Creditor's mailing address | **Describe the lien**<br>**Undetermined** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| | | | |
|---|---|---|---|
| 2.6 00 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien**<br>**2813 Marydale Dr., Jackson, MS 39209** | **undetermined**  **undetermined** |
| | Creditor's Name | | |
| | **2813 Marydale Dr.**<br>**JACKSON, MS 39209** | | |
| | Creditor's mailing address | **Describe the lien**<br>**Undetermined** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ■ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |
| | ■ No | ☐ Contingent | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | | ■ Disputed | |

---

| | | | |
|---|---|---|---|
| 2.6 01 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien**<br>**2817 Merriweather St NW, Warren, OH 44481** | **undetermined**  **undetermined** |
| | Creditor's Name | | |
| | **2817 Merriweather St NW**<br>**Warren, OH 44481** | | |
| | Creditor's mailing address | **Describe the lien**<br>**Undetermined** | |
| | | **Is the creditor an insider or related party?** | |
| | | ■ No | |
| | Creditor's email address, if known | ☐ Yes | |
| | | **Is anyone else liable on this claim?** | |
| | **Date debt was incurred** | ■ No | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Last 4 digits of account number** | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 02 | **Unknown party in possession** |
|---|---|
| | Creditor's Name |

**2854 N 28th St**
**MILWAUKEE, WI 53212**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**2854 N 28th St., Milwaukee, WI 53212**

**undermined**    **undermined**

Describe the lien
**Undetermined**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 03 | **Unknown party in possession** |
|---|---|
| | Creditor's Name |

**29042 US HWY 23**
**BIG STONE GAP, VA 24219**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**29042 US HWY 23, Big Stone Gap, VA 24219**

**undermined**    **undermined**

Describe the lien
**Undetermined**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 04 | **Unknown party in possession** |
|---|---|
| | Creditor's Name |

**2907 Mason St**
**FLINT, MI 48504**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2907 Mason St, Flint, MI 48504**

**undermined**    **undermined**

Describe the lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 239 of 291

Debtor    **Ingersoll Financial, LLC**                              Case number (if know)    **6:17-bk-07077-KSJ**
_____              _____
Name

**Undetermined**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
_____
Creditor's email address, if known              **Is anyone else liable on this claim?**

**Date debt was incurred**                        ■ No

_____              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                **As of the petition filing date, the claim is:**
**interest in the same property?**               Check all that apply

■ No                                             ☐ Contingent
☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative          ■ Disputed
priority.
_____

---

| 2.6 05 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | undetermined | undetermined |

Creditor's Name

**2916 W Lafayette Ave**                          **2916 W Lafayette Ave., Baltimore, MD 21213**
**BALTIMORE, MD 21213**
_____
Creditor's mailing address                        **Describe the lien**
**Undetermined**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
_____
Creditor's email address, if known              **Is anyone else liable on this claim?**

**Date debt was incurred**                        ■ No

_____              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                **As of the petition filing date, the claim is:**
**interest in the same property?**               Check all that apply

■ No                                             ☐ Contingent
☐ Yes. Specify each creditor,                     ☐ Unliquidated
including this creditor and its relative          ■ Disputed
priority.
_____

---

| 2.6 06 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | undetermined | undetermined |

Creditor's Name

**2917 N 16th St**                                **2917 N 16th St, Milwaukee, WI 53212**
**Milwaukee, WI 53212**
_____
Creditor's mailing address                        **Describe the lien**
**Undetermined**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes
_____
Creditor's email address, if known              **Is anyone else liable on this claim?**

**Date debt was incurred**                        ■ No

_____              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                **As of the petition filing date, the claim is:**
**interest in the same property?**               Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Ingersoll Financial, LLC**
Name

Case number (if know)   **6:17-bk-07077-KSJ**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 07 | **Unknown party in possession** | | |

Creditor's Name

**2924 7th St.
Muskegon Hgts, MI 49444**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2924 7th St., Muskegan, MI  49442**

Describe the lien
**Undetermined**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined    undetermined

---

| 2.6 08 | **Unknown party in possession** | | |

Creditor's Name

**2925 Lyndhurst Ave
St Louis, MO 63130**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2925 Lyndhurst Ave, St Louis, MO 63130**

Describe the lien
**Undetermined**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined    undetermined

---

| 2.6 09 | **Unknown party in possession** | | |

Creditor's Name

**295 3rd St SW
ASHLAND, AL 36251**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**295 3rd St SW, Ashland, AL 36251**

Describe the lien
**Undetermined**

undetermined    undetermined

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 241 of 291

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number *(if known)* | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 10 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**300 S Augusta Ave
Baltimore, MD 21229**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**300 S Augusta Ave, Baltimore, MD 21229**

Creditor's email address, if known

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 11 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**304 Clover St
Dayton, OH 45402**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**304 Clover St, Dayton, OH 45402**

Creditor's email address, if known

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 242 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

| 2.6 12 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**3046 N 7th St**
**MILWAUKEE, WI 53212**

Creditor's mailing address

**3046 N 7th St, Milwaukee, WI 53212**

Describe the lien
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 13 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**305 Meredocia St**
**MADISON, IL 62060**

Creditor's mailing address

**305 Meredocia St., Madison, IL 62060**

Describe the lien
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 14 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**306 Buchanan Ln**
**BURNSVILLE, NC 28714**

Creditor's mailing address

**306 Buchanan Ln. Burnsville, NC 28714**

Describe the lien
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 15 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**3103 County Rd N30**
**EDON, OH 43518**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**3103 County Road N-30, Edon, OH 43518**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

undetermined          undetermined

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 16 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**3118 Whittier St**
**St Louis, MO 63130**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**3118 Whittier St, St. Louis, MO 63130**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

undetermined          undetermined

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 17 | **Unknown party in possession** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

undetermined          undetermined

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**                                     Case number (if know)    **6:17-bk-07077-KSJ**
     Name

Creditor's Name                                      **3124 Elam St., Little Rock, AR 72204**

**3124 Elam St**
**Little Rock, AR 72204**
Creditor's mailing address                           **Describe the lien**
                                                     **Undetermined**
                                                     **Is the creditor an insider or related party?**

Creditor's email address, if known                   ■ No
                                                     ☐ Yes
                                                     **Is anyone else liable on this claim?**

**Date debt was incurred**                           ■ No
                                                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                    **As of the petition filing date, the claim is:**
**interest in the same property?**                   Check all that apply
■ No                                                 ☐ Contingent
☐ Yes. Specify each creditor,                        ☐ Unliquidated
including this creditor and its relative             ■ Disputed
priority.

---

| 2.6 | **Unknown party in** |
| 18  | **possession** |

Creditor's Name                                      **Describe debtor's property that is subject to a lien**    **undetermined**    **undetermined**
                                                     **3128 Firnley Ave.,Youngstown, OH 44511**

**3128 Firnley Ave**
**YOUNGSTOWN, OH 44511**
Creditor's mailing address                           **Describe the lien**
                                                     **Undetermined**
                                                     **Is the creditor an insider or related party?**

Creditor's email address, if known                   ■ No
                                                     ☐ Yes
                                                     **Is anyone else liable on this claim?**

**Date debt was incurred**                           ■ No
                                                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                    **As of the petition filing date, the claim is:**
**interest in the same property?**                   Check all that apply
■ No                                                 ☐ Contingent
☐ Yes. Specify each creditor,                        ☐ Unliquidated
including this creditor and its relative             ■ Disputed
priority.

---

| 2.6 | **Unknown party in** |
| 19  | **possession** |

Creditor's Name                                      **Describe debtor's property that is subject to a lien**    **undetermined**    **undetermined**
                                                     **316 Bonner Bridge Road, Aulander, NC 27805**

**316 Bonner Bridge Rd**
**AULANDER, NC 27805**
Creditor's mailing address                           **Describe the lien**
                                                     **Undetermined**
                                                     **Is the creditor an insider or related party?**

Creditor's email address, if known                   ■ No
                                                     ☐ Yes
                                                     **Is anyone else liable on this claim?**

**Date debt was incurred**                           ■ No
                                                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 245 of 291

| | |
|---|---|
| Debtor **Ingersoll Financial, LLC** | Case number (if know)   **6:17-bk-07077-KSJ** |
| Name | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 20 | **Unknown party in possession** |
|---|---|

Creditor's Name

**316 N Horn St**
**W Frankfort, IL 62896**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**316 N Horn St, West Frankfort, IL 62896**                    **undetermined**        **undetermined**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 21 | **Unknown party in possession** |
|---|---|

Creditor's Name

**323 N 20th St**
**Louisville, KY 40203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**323 N 20th St, Louisville, KY 40202**                    **undetermined**        **undetermined**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 22 | **Unknown party in possession** |
|---|---|

Creditor's Name

**3257 Dogwood Rd.**
**MOBILE, AL 36602**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**3257 Dogwood Rd., Mobile AL 36602**                    **undetermined**        **undetermined**

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | | Case number *(if know)* | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

---

| 2.6 23 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**33 N Hillside Dr
MANCHESTER, IN 46962**

Creditor's mailing address

**33 N Hillside Dr, Manchester, IN 46962**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent
□ Unliquidated
■ Disputed

---

| 2.6 24 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**33212 Circle Dr
SUNRISE BEACH, MO 65079**

Creditor's mailing address

**33212 Circle Dr.,Sunrise Beach, MO 65079**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
■ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 25 | **Unknown party in possession** |
|---|---|
| | Creditor's Name |

**3332 E 128th St
CLEVELAND, OH 44120**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**3332 E 128th St., Cleveland, OH  44120**

Describe the lien
**Undetermined**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined    undetermined

---

| 2.6 26 | **Unknown party in possession** |
|---|---|
| | Creditor's Name |

**335 Norman St
Caro, MI 48723**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**335 Norman St, Caro, MI 48723**

Describe the lien
**Undetermined**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined    undetermined

---

| 2.6 27 | **Unknown party in possession** |
|---|---|
| | Creditor's Name |

**3350 Dixie Ct
Saginaw, MI 48601**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**3350 Dixie Ct, Saginaw, MI 48601**

Describe the lien
**Undetermined**

undetermined    undetermined

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 248 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number *(if know)* | **6:17-bk-07077-KSJ** |
|--------|------------------------------|---|-------------------------|------------------------|
| | Name | | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 28 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|--------|----------------------------------|---------------------------------------------------------|------------------|------------------|

Creditor's Name

**3378 E 132nd St, Cleveland, OH 44120**

**3378 E 132nd St**
**CLEVELAND, OH 44120**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 29 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|--------|----------------------------------|---------------------------------------------------------|------------------|------------------|

Creditor's Name

**339 Green Valley Dr., St Albans, WV 25177**

**339 Green Valley Dr**
**ST ALBANS, WV 25177**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 249 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

| 2.6 30 | **Unknown party in possession** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
| | | **34 Maple Terrace, Battle Creek, MI 49015** | | |
| | **34 Maple Terrace** **Battle Creek, MI 49015** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Undetermined** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

---

| 2.6 31 | **Unknown party in possession** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
| | | **3411 Brownell Blvd., Flint, MI 48509** | | |
| | **3411 Brownell Blvd** **FLINT, MI 48504** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Undetermined** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ■ Disputed | | |

---

| 2.6 32 | **Unknown party in possession** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
| | | **3411 E 36th St., Kansas City, MO 64101** | | |
| | **3411 E 36th St** **KANSAS CITY, MO 64101** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Undetermined** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | | ■ No | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 250 of 291

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Ingersoll Financial, LLC**
Name

Case number (if know)   **6:17-bk-07077-KSJ**

---

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 33 | **Unknown party in possession** |
|---|---|

Creditor's Name

**3423 N Sherman Dr
Indianapolis, IN 46218**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**3423 N Sherman Dr, Indianapolis, IN 46218**

Describe the lien
**Undetermined**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**undetermined**      **undetermined**

---

| 2.6 34 | **Unknown party in possession** |
|---|---|

Creditor's Name

**3432 Hudson Ave
Youngstown, OH 44511**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**3432 Hudson Ave., Youngstown, OH 44511**

Describe the lien
**Undetermined**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**undetermined**      **undetermined**

---

| 2.6 35 | **Unknown party in possession** |
|---|---|

Describe debtor's property that is subject to a lien

**undetermined**      **undetermined**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 251 of 291

Debtor    **Ingersoll Financial, LLC**                                    Case number (if known)    **6:17-bk-07077-KSJ**
_____
Name

Creditor's Name

**3471 Watson Marshall Rd**
**McDonald, OH 44437**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**3471 Watson Marshall Road, McDonald, OH 44437**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 36 | **Unknown party in possession** | | **undetermined** | **undetermined** |

Creditor's Name

**354 E Fulton**
**Paxton, IL 60957**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**354 E Fulton, Paxton, IL 60957**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 37 | **Unknown party in possession** | | **undetermined** | **undetermined** |

Creditor's Name

**358 7th Ave NE**
**DAWSON, GA 39842**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**358 7th Ave, NE. Dawson, GA   39812**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 252 of 291

Debtor    **Ingersoll Financial, LLC**                                   Case number (if know)    **6:17-bk-07077-KSJ**
_____                _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ■ Disputed |

---

**2.6 38**  **Unknown party in possession**
Creditor's Name

**3608 Risher Rd**
**Youngstown, OH 44511**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|

**3608 Risher Rd, Youngstown, OH 44511**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.6 39**  **Unknown party in possession**
Creditor's Name

**363 Lamar St**
**Durant, MS 39063**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|

**363 Lamar St, Durant, MS 39063**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.6 40**  **Unknown party in possession**
Creditor's Name

**3700 Raceway Pkwy**
**Mount Olive, AL 35117**
Creditor's mailing address

| **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|

**3700 Raceway Pkwy., Mount Olive, AL 35117**

**Describe the lien**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 253 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 41 | **Unknown party in possession** | | | | **undetermined** | **undetermined** |
|---|---|---|---|---|---|---|

Creditor's Name

**3801 Pennsylvania St**
**GARY, IN 46402**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**3801 Pennsylvania St., Gary, IN 46402**

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 42 | **Unknown party in possession** | | | | **undetermined** | **undetermined** |
|---|---|---|---|---|---|---|

Creditor's Name

**3861 Polk St**
**GARY, IN 46402**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**3861 Polk St., Gary, IN 46402**

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 254 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number *(if know)* | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 43 | **Unknown party in possession** |
|---|---|

Creditor's Name

**390 Sweet Gum Bottom Rd**
**MERIDIAN, MS 39301**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**390 Sweet Gum Bottom Rd., Meridian,  MS 39301**

Describe the lien
**Undetermined**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined        undetermined

---

| 2.6 44 | **Unknown party in possession** |
|---|---|

Creditor's Name

**3919 W Grenshaw St**
**Chicago, IL 60601**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**3919 W Grenshaw St, Chicago, IL 60601**

Describe the lien
**Undetermined**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined        undetermined

---

| 2.6 45 | **Unknown party in possession** |
|---|---|

Creditor's Name

**4011 W 11th Ave**
**Pine Bluff, AR 71601**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**4011 W 11th Ave. Pine Bluff, AR 71601**

Describe the lien
**Undetermined**

undetermined        undetermined

---

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.6
46**

**Unknown party in possession**

Creditor's Name

**41 Heltonville Ln
HELTONVILLE, IN 47436**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**41 Heltonville Ln, Heltonville, IN 47436**

undetermined     undetermined

Describe the lien

**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

**2.6
47**

**Unknown party in possession**

Creditor's Name

**410 Knox Ave
Monessen, PA 15062**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**410 Knox Ave, Monessen, PA 15062**

undetermined     undetermined

Describe the lien

**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 256 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

**2.6 48**

**Unknown party in possession**
Creditor's Name

**411 Peru Rd**
**MORVEN, NC 28119**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**411 Peru Rd., Morven, NC 28119**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| undetermined | undetermined |
|---|---|

---

**2.6 49**

**Unknown party in possession**
Creditor's Name

**412 Tyler St**
**Gary, IN 46402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**412 Tyler St, Gary, IN 46402**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

| undetermined | undetermined |
|---|---|

---

**2.6 50**

**Unknown party in possession**
Creditor's Name

**4120 Adams St**
**GARY, IN 46402**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**4120 Adams St., Gary, IN 46402**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No

| undetermined | undetermined |
|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 257 of 291

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number *(if know)*    **6:17-bk-07077-KSJ**
_____

_____
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 51 | **Unknown party in possession** |
|---|---|

Creditor's Name

**413 N 921 W
FOWLER, IN 47944**

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**413 N 921 W., FOWLER, IN 47944**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**undetermined**    **undetermined**

---

| 2.6 52 | **Unknown party in possession** |
|---|---|

Creditor's Name

**41449 Richard Miles Rd
Gonzales, LA 70737**

Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**41449 Richard Miles Rd, Gonzales, LA 70737**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**undetermined**    **undetermined**

---

| 2.6 53 | **Unknown party in possession** |
|---|---|

**Describe debtor's property that is subject to a lien**

**undetermined**    **undetermined**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 258 of 291

Debtor    **Ingersoll Financial, LLC**
Name

Case number (if known)    **6:17-bk-07077-KSJ**

Creditor's Name

**415 W Franklin St
Hartford City, IN 47348**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**415 W Franklin St., Hartford City, IN 47348**

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 54 | **Unknown party in possession** |
|---|---|

Creditor's Name

**427 W Monroe St
THOMASVILLE, GA 31792**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**427 W Monroe St, Thomasville, GA 31792**

**undetermined**          **undetermined**

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 55 | **Unknown party in possession** |
|---|---|

Creditor's Name

**4309 9th Ave
Birmingham, AL 35224**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**4309 9th Ave, Birmingham, AL 35224**

**undetermined**          **undetermined**

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 259 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 56 | **Unknown party in possession** | | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|---|

Creditor's Name

**4456 Pennsylvania St.**
**GARY, IN 46402**

Creditor's mailing address

**4456 Pennsylvania St., Gary, IN  46402**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 57 | **Unknown party in possession** | | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|---|

Creditor's Name

**449 Church St**
**Elkview, WV 25071**

Creditor's mailing address

**449 Church Street, Elkview, WV 25071**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 58 | **Unknown party in possession** | | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|---|

Creditor's Name

**455 W Hendricks St**
**Shelbyville, IN 46176**

Creditor's mailing address

**455 W Hendricks St, Shelbyville, IN 46176**

**Describe the lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 260 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 59 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**4608 Miller Ln**
**GARY, IN 46403**

**4608 Miller Ln., Gary, IN 46403**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 60 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**4630 E 10th Ave**
**GARY, IN 46402**

**4630 E 10th Ave., Gary, IN 46402**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.6 61 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**4640 Delaware St**
**GARY, IN 46409**

**4640 Delaware St., Gary, IN 46409**

Creditor's mailing address

Describe the lien
**Undetermined**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.6 62 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**475 South State St**
**Otisville, MI 48463**

**475 South State St, Otisville, MI 48463**

Creditor's mailing address

Describe the lien
**Undetermined**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 2.6 63 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**485 Carlyene Dr**
**MIDWAY, GA 31320**

**485 Carlyene Dr., Midway, GA  31320**

Creditor's mailing address

Describe the lien
**Undetermined**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 262 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 64 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **4857 Palm St., St. Louis, MO 63130** | | |

**4857 Palm St**
**ST LOUIS, MO 63130**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 65 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **4912 Arlington Ave , St. Louis, MO 63120** | | |

**4912 Arlington Ave**
**St Louis, MO 63120**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 263 of 291

| Debtor | Ingersoll Financial, LLC | Case number (if know) | 6:17-bk-07077-KSJ |
|---|---|---|---|
| | Name | | |

---

**2.6 66** **Unknown party in possession**
Creditor's Name

**504 Mitchell St.**
**PICAYUNE, MS 39466**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**504 Mitchell St., Picayune, MS 39466**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**undetermined**        **undetermined**

---

**2.6 67** **Unknown party in possession**
Creditor's Name

**514 W Hillsdale**
**JACKSON, MS 39209**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**514 W Hillsdale, Jackson, MS 32909**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**undetermined**        **undetermined**

---

**2.6 68** **Unknown party in possession**
Creditor's Name

**534 S Hardy Ave**
**Independence, MO 64050**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**534 S Hardy Ave. , Independence, MO  64050**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

**undetermined**        **undetermined**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 264 of 291

Debtor    **Ingersoll Financial, LLC**

Name

Case number *(if know)*    **6:17-bk-07077-KSJ**

Last 4 digits of account number

☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 69 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**536 Elk Mills Rd**
**ELK MILLS, MD 21920**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**536 Elk Mills Rd., Elk Mills, MD 29120**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**undetermined**          **undetermined**

**Do multiple creditors have an interest in the same property?**

■ No

☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 70 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**54 Trest Rd**
**HEIDELBERG, MS 39439**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**54 Trest Rd., HEIDELBERG, MS  39439**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ **Yes.** Fill out *Schedule H: Codebtors* (Official Form 206H)

**undetermined**          **undetermined**

**Do multiple creditors have an interest in the same property?**

■ No

☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 71 | **Unknown party in possession** | |
|---|---|---|

**Describe debtor's property that is subject to a lien**

**undetermined**          **undetermined**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 265 of 291

Debtor    **Ingersoll Financial, LLC**
Name

Case number (if known)    **6:17-bk-07077-KSJ**

| | |
|---|---|
| Creditor's Name | 5409 Court H., Birmingham, AL 35201 |
| **5409 Court H**<br>**BIRMINGHAM, AL 35201** | |
| Creditor's mailing address | Describe the lien<br>**Undetermined** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

| 2.6 72 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **549 Cameron Ave, Youngstown, OH 44502** | | |

| | |
|---|---|
| **549 Cameron Ave**<br>**Youngstown, OH 44502** | |
| Creditor's mailing address | Describe the lien<br>**Undetermined** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

| 2.6 73 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **55 Valley Heart Dr., Hardy, AR 72542** | | |

| | |
|---|---|
| **55 Valley Heart Dr**<br>**Hardy, AR 72542** | |
| Creditor's mailing address | Describe the lien<br>**Undetermined** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Ingersoll Financial, LLC**

Name                                                    Case number (if know)    **6:17-bk-07077-KSJ**

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 74 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**557 Sunshine St.., Waldron, AR  72958**

**557 Sunshine St**
**Waldron, AR 72958**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 75 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**5737 Liberty Hill Rd.,  Chillicothe, OH 45601**

**5737 Liberty Hill Rd**
**CHILLICOTHE, OH 45601**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 76 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**57758 Grove Rd., Plaquemine, LA 70764**

**57758 Grove Rd**
**PLAQUEMINE, LA 70764**

Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 77 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**5811 Theodore Ave
ST LOUIS, MO 63120**

**5811 Theodore Ave.,  St. Louis, MO 63120**

_____
Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 78 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**5949 S Union Ave
Chicago, IL 60601**

**5949 S Union Ave, Chicago, IL 60601**

_____
Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

_____
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Ingersoll Financial, LLC** |
| | Name |

Case number (if know)    **6:17-bk-07077-KSJ**

■ No
☐ Contingent
☐ Unliquidated
■ Disputed
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.6 79 | **Unknown party in possession** |
|---|---|

Creditor's Name

**598 Broadway Ave
Benton Harbor, MI 49022**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**598 Broadway Ave, Benton Harbor, MI 49022**

Describe the lien
**Undetermined**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined      undetermined

---

| 2.6 80 | **Unknown party in possession** |
|---|---|

Creditor's Name

**602 Mississippi St
GARY, IN 46402**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**602 Mississippi St., Gary, IN 46402**

Describe the lien
**Undetermined**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined      undetermined

---

| 2.6 81 | **Unknown party in possession** |
|---|---|

Creditor's Name

**603 111th St
Amory, MS 38821**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**603 111th St, Amory, MS 38821**

Describe the lien
**Undetermined**

undetermined      undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 269 of 291

Debtor   **Ingersoll Financial, LLC**
Name

Case number (if know)   **6:17-bk-07077-KSJ**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 82 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | underdetermined | underdetermined |

Creditor's Name

**605 W 9th St
Johnston City, IL 62951**

**605 W 9th St, Johnston City, IL 62951**

Creditor's mailing address

**Describe the lien**
**Undetermined**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 83 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | undetermined | undetermined |

Creditor's Name

**606 Dundee St
South Bend, IN 46601**

**606 Dundee St, South Bend, IN 46601**

Creditor's mailing address

**Describe the lien**
**Undetermined**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 270 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

**2.6 84** **Unknown party in possession**

Creditor's Name

**606 W Main St**
**CHESTERFIELD, IN 46017**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**606 W Main St, Chesterfield, IN 46017**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined    undetermined

---

**2.6 85** **Unknown party in possession**

Creditor's Name

**611 W 2nd St**
**Pinconning, MI 48650**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**611 W 2nd St, Pinconning, MI 48650**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined    undetermined

---

**2.6 86** **Unknown party in possession**

Creditor's Name

**617 Abend St**
**Belleville, IL 62220**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**617 Abend St, Belleville, IL 62220**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

undetermined    undetermined

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 271 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number *(if know)* | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|

Name

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 87 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**62 Bidwell St. W**
**BATTLE CREEK, MI 49015**

Creditor's mailing address

**62 Bidwell St. W., Battle Creek, MI 49015**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 88 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**62 S Garfield St**
**DAYTON, OH 45402**

Creditor's mailing address

**62 S Garfield St, Dayton, OH 4540**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 89 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**

Name

Case number (if know)    **6:17-bk-07077-KSJ**

| | |
|---|---|
| Creditor's Name | **625 3rd Ave., S. , Clinton, IA 52732** |
| **625 3rd Ave  S**<br>**CLINTON, IA 52732** | |
| Creditor's mailing address | **Describe the lien**<br>**Undetermined**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

| | | | |
|---|---|---|---|
| 2.6 90 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien**<br>**6303 US Rte 35 E, West Alexandria, OH 45381** | **undetermined**    **undetermined** |
| Creditor's Name | | | |
| **6303 US Rte 35 E**<br>**W Alexandria, OH 45381** | | | |
| Creditor's mailing address | **Describe the lien**<br>**Undetermined**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| | | | |
|---|---|---|---|
| 2.6 91 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien**<br>**6525 S Marshfield Ave, Chicago, IL  60636** | **undetermined**    **undetermined** |
| Creditor's Name | | | |
| **6525 S Marshfield Ave**<br>**CHICAGO, IL 60636** | | | |
| Creditor's mailing address | **Describe the lien**<br>**Undetermined**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 273 of 291

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 92 | **Unknown party in possession** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
6833 Bales Ave, Kansas City, MO 64132

**undetermined**    **undetermined**

**6833 Bales Ave
KANSAS CITY, MO 64101**

Creditor's mailing address

**Describe the lien**
Undetermined

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 93 | **Unknown party in possession** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
6948 S Carpenter St, Chicago, IL 60601

**undetermined**    **undetermined**

**6948 S Carpenter St
CHICAGO, IL 60601**

Creditor's mailing address

**Describe the lien**
Undetermined

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 94 | **Unknown party in possession** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
7016 2nd Ave. S., Birmingham, AL 35201

**undetermined**    **undetermined**

**7016 2nd Ave  S
BIRMINGHAM, AL 35201**

Creditor's mailing address

**Describe the lien**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 274 of 291

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 95 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **7037 South Eggleston Ave, Chicago, IL 60621** | | |

**7037 S Eggleston Ave
Chicago, IL 60621**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 96 | **Unknown party in possession** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **707 S. Orchard St., Clinton, MO 64735** | | |

**707 S Orchard St
CLINTON, MO 64735**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Ingersoll Financial, LLC**          Case number (if known)   **6:17-bk-07077-KSJ**
_____          _____
Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ■ Disputed
priority.

_____

---

| 2.6 97 | **Unknown party in possession** | |
|---|---|---|

Creditor's Name

**708 Vermont St**
**Gary, IN 46402**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien          **undetermined**    **undetermined**
**708 Vermont St., Gary, IN 46402**
_____

Describe the lien
**Undetermined**
_____
Is the creditor an insider or related party?

_____          ■ No
Creditor's email address, if known          ☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**          ■ No
_____          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**          As of the petition filing date, the claim is:
Check all that apply
■ No          ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative          ■ Disputed
priority.

_____

---

| 2.6 98 | **Unknown party in possession** | |
|---|---|---|

Creditor's Name

**713 S Walnut**
**SESSER, IL 62884**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien          **undetermined**    **undetermined**
**713 S Walnut St., Sesser, IL 62884**
_____

Describe the lien
**Undetermined**
_____
Is the creditor an insider or related party?

_____          ■ No
Creditor's email address, if known          ☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**          ■ No
_____          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**
_____

**Do multiple creditors have an interest in the same property?**          As of the petition filing date, the claim is:
Check all that apply
■ No          ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative          ■ Disputed
priority.

_____

---

| 2.6 99 | **Unknown party in possession** | |
|---|---|---|

Creditor's Name

**72381 Dahlia St**
**Covington, LA 70433**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien          **undetermined**    **undetermined**
**72381 Dahlia St, Covington, LA 70433**
_____

Describe the lien
**Undetermined**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 00 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | underdetermined | underdetermined |

Creditor's Name

**728 Whitmore Ave Dayton, OH 45402**

**728 Whitmore Ave, Dayton, OH 45402**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 01 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | underdetermined | underdetermined |

Creditor's Name

**7375 Richey Dr Baton Rouge, LA 70812**

**7375 Richey Drive, Baton Rouge, LA 70812**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 277 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

**2.7 02**  **Unknown party in possession**

Creditor's Name

**75 Woodrow St HAMILTON, OH 45013**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**75 Woodrow St, Hamilton, OH 45013 -**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined    undetermined

---

**2.7 03**  **Unknown party in possession**

Creditor's Name

**758 N Spring St Wabash, IN 46992**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**758 N Spring St, Wabash, IN 46992**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined    undetermined

---

**2.7 04**  **Unknown party in possession**

Creditor's Name

**7804 8th Ave  S Birmingham, AL 35201**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**7804 8th Ave. S, Birmingham, AL 35201**

Describe the lien
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

undetermined    undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 278 of 291

| | |
|---|---|
| Debtor | **Ingersoll Financial, LLC** |
| | Name |

Case number (if known)   **6:17-bk-07077-KSJ**

---

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 05 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**828 Overton Ave**
**TARRANT, AL 35217**

Creditor's mailing address

**828 Overton Ave, Tarrant, AL  35217**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 06 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**830 E 26th St**
**Marion, IN 46952**

Creditor's mailing address

**830 E 26th Street, Marion, IN 46952**

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 07 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**
Name

Case number (if know)    **6:17-bk-07077-KSJ**

Creditor's Name

**8345 S Baltimore Ave, Chicago, IL 60601**

**8345 S Baltimore Ave**
**Chicago, IL 60601**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 08 | **Unknown party in possession** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**842 S Bendix Dr, South Bend, IN 46601**

**undetermined**    **undetermined**

**842 S Bendix Dr**
**SOUTH BEND, IN 46601**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 09 | **Unknown party in possession** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**8451 Lowell St., St. Louis, MO 63130**

**undetermined**    **undetermined**

**8451 Lowell St**
**St Louis, MO 63130**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 280 of 291

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 10 | **Unknown party in possession** | | |
|---|---|---|---|
| | Creditor's Name | | |

**8457 Cochise Rd**
**FREEMONT, WI 54940**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
**8457 Cochise Rd., Freemont, WI 54940**

**Describe the lien**
**Undetermined**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**undetermined**    **undetermined**

---

| 2.7 11 | **Unknown party in possession** | | |
|---|---|---|---|
| | Creditor's Name | | |

**8846 Bobb Ave**
**St Louis, MO 63130**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
_____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

**Describe debtor's property that is subject to a lien**
**8846 Bobb Ave, St Louis, MO 63130**

**Describe the lien**
**Undetermined**
_____
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**undetermined**    **undetermined**

---

| 2.7 12 | **Unknown party in possession** | | |
|---|---|---|---|
| | Creditor's Name | | |

**900 Webster St**
**Blytheville, AR 72315**
_____
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**900 Webster St, Blytheville, AR 72315**

**Describe the lien**

**undetermined**    **undetermined**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 281 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 13 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **907 N 13th St, Lanett, AL 36863** | | |

**907 N 13th St
Lanett, AL 36863**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 14 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **913 Winn St., Jackson, MS 32909** | | |

**913 Winn St
JACKSON, MS 39209**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor  **Ingersoll Financial, LLC**                           Case number *(if know)*  **6:17-bk-07077-KSJ**
        Name

■ No                                  ☐ Contingent
☐ Yes. Specify each creditor,         ☐ Unliquidated
including this creditor and its relative ■ Disputed
priority.

---

| 2.7 15 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**918 W 14th St
Davenport, IA 52801**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                    <u>undetermined</u>    <u>undetermined</u>
**918 W 14th St., Davenport, IA  52801**

Describe the lien
**Undetermined**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 16 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**919 E Glenview Dr
TUSCOLA, IL 61953**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien                    <u>undetermined</u>    <u>undetermined</u>
**919 Glenview Dr, Tuscola, IL 61953**

Describe the lien
**Undetermined**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 17 | **Unknown party in possession** | | |
|---|---|---|---|

Creditor's Name

**923 Cedar St
Kemmerer, WY 83101**

Creditor's mailing address

Describe debtor's property that is subject to a lien                    <u>undetermined</u>    <u>undetermined</u>
**923 Cedar St., Kemmerer, WY 83101**

Describe the lien
**Undetermined**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 283 of 291

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

_Creditor's email address, if known_

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 18 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | underdetermined | undetermined |
|---|---|---|---|---|

Creditor's Name

**924 E 129th St
CLEVELAND, OH 44108**

924 E 129th St, Cleveland, OH 44108

_Creditor's mailing address_

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

_Creditor's email address, if known_

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 19 | **Unknown party in possession** | Describe debtor's property that is subject to a lien | undetermined | undetermined |
|---|---|---|---|---|

Creditor's Name

**935 Blankenship Rd
Martinsville, VA 24112**

935 Blankenship Rd, Martinsville, VA 24112

_Creditor's mailing address_

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

_Creditor's email address, if known_

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 284 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number *(if know)* | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

**2.7 20** **Unknown party in possession**
Creditor's Name

**937 N Oxford St Indianapolis, IN 46201**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**937 N Oxford St, Indianapolis, IN 46201**

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined     undetermined

---

**2.7 21** **Unknown party in possession**
Creditor's Name

**964 Hobart St Gary, IN 45406**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**964 Hobart St, Gary, IN 46406**

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

undetermined     undetermined

---

**2.7 22** **Unknown party in possession**
Creditor's Name

**99 Clay St Battle Creek, MI 49015**
Creditor's mailing address



Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**99 Clay St, Battle Creek. MI  49015**

**Describe the lien**
**Undetermined**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No

undetermined     undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 285 of 291

Debtor    **Ingersoll Financial, LLC**

Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.7 23 | **Unknown party in possession** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**996 Main St., Wellsville, OH 43968**

**undetermined**    **undetermined**

**996 Main St**
**Wellsville, OH 43968**

Creditor's mailing address

**Describe the lien**
**Undetermined**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.7 24 | **WABASH CO WASTEWATER** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**33 N Hillside Dr, Manchester, IN 46962**

**$302.94**    **undetermined**

**700 S Carroll Street**
**WABASH, IN 46992**

Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.7 25 | **WABASH CO WASTEWATER** |
|---|---|

**Describe debtor's property that is subject to a lien**

**$6,694.09**    **undetermined**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Ingersoll Financial, LLC**
_____
Name

Case number (if know)    **6:17-bk-07077-KSJ**

---

Creditor's Name

**758 N Spring St, Wabash, IN 46992**

**700 S Carroll Street**
**WABASH, IN 46992**
Creditor's mailing address

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
_____
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.7 26 | **WABASH COUNTY TREASURER** | | **$3,220.66** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**33 N HILLSIDE DR, MANCHESTER IN 46962**

**1 WEST HILL STREET**
**WABASH, IN 46992**
Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014-2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.7 27 | **WABASH COUNTY TREASURER** | | **$12,552.69** | **undetermined** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**758 N SPRING STREET, WABASH IN 46992**

**1 WEST HILL STREET**
**WABASH, IN 46992**
Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015-2016**
**Last 4 digits of account number**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ingersoll Financial, LLC**                              Case number (if known)    **6:17-bk-07077-KSJ**
_____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.7 28 | **WASHINGTON CO TREASURER** | | |
|---|---|---|---|

Creditor's Name

**35 W. WASHINGTON ST.
RM# 102
HAGERSTOWN, MD 21740**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2017-2018**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**113 FRANKLIN ST, HANCOCK MD 21750**          $1,999.38          undetermined

**Describe the lien**
**PROPERTY TAXES**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.7 29 | **WASHINGTON COUNTY** | | |
|---|---|---|---|

Creditor's Name

**WASHINGTON CO
TREASURER
35 W. WASHINGTON ST,
RM# 102
HAGERSTOWN, MD 21740**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**113 FRANKLIN ST, HANCOCK MD 21750**          undetermined          undetermined

**Describe the lien**
**JURISDICTION PAYABLE**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.7 30 | **WEST VIRGINIA ST AUDITOR** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**          undetermined          undetermined

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 288 of 291

| Debtor | **Ingersoll Financial, LLC** | Case number (if known) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

---

| Creditor's Name | | |
|---|---|---|
| **RUSS ROLLYSON** | 1612 N 16TH ST, CLARKSBURG WV 26301 | |

**RUSS ROLLYSON**
**1900 KANAWHA BLVD.**
**EAST**
**BUILDING 1, ROOM W-10**
**CHARLESTON, WV 25305**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 31 | **WESTMORELAND TAX BUREAU** | Describe debtor's property that is subject to a lien | $2,668.58 | undetermined |
|---|---|---|---|---|
| | Creditor's Name | 410 KNOX AVE, MONESSEN PA 15062 | | |

**2 NORTH MAIN STREET**
**SUITE 406**
**GREENSBURG, PA 15601**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 32 | **WILLIAMS CO TREASURER** | Describe debtor's property that is subject to a lien | $42.63 | undetermined |
|---|---|---|---|---|
| | Creditor's Name | 3103 COUNTY ROAD N-30, EDON OH 43518 | | |

**1 COURTHOUSE SQUARE**
**BRYAN, OH 43506**
Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2017**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   **Ingersoll Financial, LLC**                                                    Case number (if know)   **6:17-bk-07077-KSJ**
_____
Name

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.7<br>33 | **WILLIAMSON CO TREASURER**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**605 W 9TH ST, JOHNSTON CITY IL 62951** | **$1,853.41** | **undetermined** |
|---|---|---|---|---|

**407 N MONROE ST**
**SUITE 104**
**MARION, IL 62959**
Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2015-2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7<br>34 | **WINNEBEGO CO TREASURER**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**8457 COCHISE RD, FREMONT WI 54940** | **$353.75** | **undetermined** |
|---|---|---|---|---|

**415 JACKSON AVE**
**OSKKOSH, WI 54901**
Creditor's mailing address

**Describe the lien**
**COUNTY TAX**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7<br>35 | **YANCEY CO TAX COLLECTOR** | **Describe debtor's property that is subject to a lien** | **$977.75** | **undetermined** |
|---|---|---|---|---|

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 290 of 291

Debtor    **Ingersoll Financial, LLC**

Name

Case number (if known)    **6:17-bk-07077-KSJ**

---

Creditor's Name
**110 TOWN SQUARE
COURTHOUSE ROOM 1
BURNSVILLE, NC 28714**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2016-2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**306 BUCHANAN LN, BURNSVILLE NC 28714**

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.7 36 | |
|---|---|

**Youngstown Water Dept**

Creditor's Name

**26 S PHELPS STREET
Youngstown, OH 44503**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**221 Curry Pl, Youngstown, OH 44511**

**$2,011.73**    **undetermined**

**Describe the lien**
**UTILITY LIEN**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$3,055,945.40**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 291 of 291

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy