**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Ingersoll Financial, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 6:17-bk-07077-KSJ |

☒ Check if this is an amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** <br>Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **ACF Development LLC** <br>Creditor's Name <br>c/o Anthony C Onwuanibe Esq <br>114 W Mulberry St <br>Baltimore, MD 21201 <br>Creditor's mailing address <br><br>Creditor's email address, if known <br><br>Date debt was incurred <br><br>Last 4 digits of account number <br><br>**Do multiple creditors have an interest in the same property?** <br>☒ No <br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien** <br>**2418 E. Oliver St., Baltimore, MD 21213** <br><br>**Describe the lien** <br>**UTILITY LIEN** <br>**Is the creditor an insider or related party?** <br>☒ No <br>☐ Yes <br>**Is anyone else liable on this claim?** <br>☒ No <br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br>**As of the petition filing date, the claim is:** <br>Check all that apply <br>☐ Contingent <br>☐ Unliquidated <br>☒ Disputed | **undetermined** | **undetermined** |
| **2.2** **Chambers Co Revenue Comm** <br>Creditor's Name <br>2 LaFayette Street, Suite A <br>Lafayette, AL 36862 <br>Creditor's mailing address <br><br>Creditor's email address, if known <br><br>Date debt was incurred <br><br>Last 4 digits of account number <br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien** <br>**907 N 13th St, Lanett, AL 36863** <br><br>**Describe the lien** <br>**Property Taxes** <br>**Is the creditor an insider or related party?** <br>☒ No <br>☐ Yes <br>**Is anyone else liable on this claim?** <br>☒ No <br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) <br><br>**As of the petition filing date, the claim is:** <br>Check all that apply | **undetermined** | **undetermined** |

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

**2.3** **Clay Co Revenue Commissioner**
Creditor's Name

**County Square**
**Ashland, AL 36251**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**295 3rd St SW, Ashland, AL 36251**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**undetermined** **undetermined**

---

**2.4** **Douglas Co Treasurer**
Creditor's Name

**401 S Center St Rom 206**
**Tuscola, IL 61953**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**919 Glenview Dr, Tuscola, IL 61953**

**Describe the lien**
**PropertyTaxes**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**undetermined** **undetermined**

---

**2.5** **Guilford Co Tax Collector**
Creditor's Name

**400 Market St**
**Greensboro, NC 27401**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1202 Montilieu Ave, High Point, NC 27262**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
- ■ No

**undetermined** **undetermined**

---

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.6 | **Honorable John B. McCuskey** | **Describe debtor's property that is subject to a lien** | **$4,260.06** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **449 Church Street, Elkview, WV 25071** | | |

**County Collections Division
1900 Kanawha Blvd East
Building 1, Room W-114
Charleston, WV 25305**
Creditor's mailing address

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2016-2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

**1. Honorable John B. McCuskey
2. SHERIFF OF MINERAL CO**

---

| 2.7 | **Iberville Parish Tax Coll** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **57758 Grove Rd., Plaquemine, LA 70764** | | |

**58050 Merian St
Plaquemine, LA 70764**
Creditor's mailing address

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 10

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.8**  **JEFFERSON CO TAX COLLECTOR**
Creditor's Name

**716 RICHARD ARRINGTON BLVD N**
**ROOM# 160**
**BIRMINGHAM, AL 35203**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**1656 50th St E, Birmingham, AL 35208**

undetermined    undetermined

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.9**  **KANAWHA CO TAX OFFICE**
Creditor's Name

**409 VIRGINIA ST E**
**ROOM 120**
**CHARLESTON, WV 25301**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**136 James St., St. Albans, WV 25177**

undetermined    undetermined

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.10**  **Lake County Auditor**
Creditor's Name

**2293 N Main St**
**Crown Point, IN 46307**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**3861 Polk St., Gary, IN 46402**

undetermined    undetermined

**Describe the lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 4 of 10

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**PROPERTY TAXES**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Lake County Auditor**
**2. Mountain View LLC**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.11 | **Lee Co Revenue Commissioner** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **136 Lee Rd 0207, Phenix City, AL 36870** | | |

**215 S Ninth St**
**Opelika, AL 36801**
Creditor's mailing address

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.12 | **MILWAUKEE TREASURER** | Describe debtor's property that is subject to a lien | **undetermined** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **2917 N 16th St, Milwaukee, WI 5321** | | |

**KERRY URBAN**
**200 E WELLS ST**
**CITY HALL ROOM 103**
**MILWAUKEE, WI 53202**
Creditor's mailing address

**Describe the lien**
**PROPERTY TAXES**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

**2.13**  **MONTGOMERY CO COMMISSIONER**
Creditor's Name

**101 S Lawrence St**
**Montgomery, AL 36104**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**208 Gardendale Dr, Montgomery, AL 36110**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**undetermined**     **undetermined**

---

**2.14**  **Mountain View LLC**
Creditor's Name

**9812 Twin Creek Blvd**
**Munster, IN 46321**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.321**

**Describe debtor's property that is subject to a lien**
**3861 Polk St., Gary, IN 46402**

**Describe the lien**
**TAX CERTIFICATE**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**undetermined**     **undetermined**

---

**2.15**  **Peach Co Tax Commissioner**
Creditor's Name

**205 W Church St Ste 103**
**Fort Valley, GA 31030**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**255 Friendship Cir. Fort Valley, GA 31030**

**Describe the lien**
**Property Taxes**

**undetermined**     **undetermined**

---

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

■ No
☐ Unliquidated
☐ Yes. Specify each creditor, including this creditor and its relative priority.
■ Disputed

---

| 2.1 6 | **Russell Co Revenue Commissio** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **1603 14th Ave, Phenix City, AL 36867** | | |

**PO Box 669**
**Phenix City, AL 36868**
Creditor's mailing address

**Describe the lien**
**Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

■ No
☐ Unliquidated
☐ Yes. Specify each creditor, including this creditor and its relative priority.
■ Disputed

---

| 2.1 7 | **Shelby Co Treasurer** | **Describe debtor's property that is subject to a lien** | **undetermined** | **undetermined** |
|---|---|---|---|---|
| | Creditor's Name | **455 W Hendricks St, Shelbyville, IN 46176** | | |

**25 W Polk St Room 102**
**Shelbyville, IN 46176**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

■ No
☐ Unliquidated
☐ Yes. Specify each creditor, including this creditor and its relative priority.
■ Disputed

---

Official Form 206D   Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**   page 7 of 10

| Debtor | Ingersoll Financial, LLC | Case number (if know) | 6:17-bk-07077-KSJ |
|---|---|---|---|
| | Name | | |

| 2.18 | **SHERIFF OF MINERAL CO** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**150 ARMSTRONG STEET
KEYSER, WV 26726**
Creditor's mailing address

449 Church Street, Elkview, WV 25071

**Describe the lien**
**Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.267**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.19 | **SUMMIT CO FISCAL OFFICE** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**175 S. MAIN ST
SUITE 320
AKRON, OH 44308**
Creditor's mailing address

2160 SW 11th St., Akron, OH 44301

**Describe the lien**
**property taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.20 | **Tangipahoa Parish Sheriff** | Describe debtor's property that is subject to a lien | **undetermined** | **undetermined** |
|---|---|---|---|---|

Creditor's Name
**Tax Collector
313 E Oak St
Amite, LA 70422**
Creditor's mailing address

12670 Carroll Dr, Amite, LA 70422

**Describe the lien**
**Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 8 of 10

| Debtor | **Ingersoll Financial, LLC** | Case number (if know) | **6:17-bk-07077-KSJ** |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.21 | **Tax Auction Purchaser** | **Describe debtor's property that is subject to a lien** | undetermined | undetermined |
|---|---|---|---|---|
| | Creditor's Name | **3423 N Sherman Dr, Indianapolis, IN 46218** | | |
| | **c/o Marion County Auditor 200 E Washington St, Ste 841** | | | |
| | **Indianapolis, IN 46204** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.22 | **TRUMBULL CO TREASURER** | **Describe debtor's property that is subject to a lien** | undetermined | undetermined |
|---|---|---|---|---|
| | Creditor's Name | **1342 South Street SE, Warren, OH 44481** | | |
| | **160 HIGH ST NW WARREN, OH 44481** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Property Taxes** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$4,260.06**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

Debtor **Ingersoll Financial, LLC**  Case number (if know) **6:17-bk-07077-KSJ**
Name

List in alphabetical order any others who must be notified for a debt already listed in Part1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Ingersoll Financial, LLC

    Debtor.
_____/

Chapter 11
Case no. 6:17-bk-07077-KSJ

## DECLARATION OF DEBTOR

I, Keith Ingersoll, Managing Member of Ingersoll Financial, LLC, certify under penalty of perjury that the information on Amendment to Schedule D is true and correct to the best of my knowledge, information and belief.

Ingersoll Financial, LLC

Dated August 27, 2018

_____
Keith Ingersoll, Managing Member