UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Ingersoll Financial, LLC

Chapter 11
Case no. 6:17-bk-07077-KSJ

Debtor.
_____/

## ADDENDUM TO SCHEDULE A/B

The Debtor, Ingersoll Financial, LLC, amends Schedule A/B to the bankruptcy schedules filed in this case to **REMOVE** the following property:

Part 9:  Real Property

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.48<br>**1656 50th St E.**<br>**Birmingham, AL 32508**<br><br>Property was never owned by the Debtor | **Fee Simple** | **undetermined** | | **undetermined** |

The Debtor further amends Schedule A/B to the bankruptcy schedules filed in this case to **ADD** the following properties:

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.219<br><br>**1905 Martin Luther King Jr. Dr.<br>Little Rock, AR 72202** | **Fee Simple** | **undetermined** | | **undetermined** |
| 55.220<br><br>**3319 W Milton Ave<br>St Louis, MO 63114** | **Fee Simple** | **undetermined** | | **undetermined** |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Ingersoll Financial, LLC

    Debtor.
_____/

Chapter 11
Case no. 6:17-bk-07077-KSJ

## DECLARATION OF DEBTOR

I, Keith Ingersoll, Managing Member of Ingersoll Financial, LLC, certify under penalty of perjury that the information on Amendment to Schedule A/B is true and correct to the best of my knowledge, information and belief.

Ingersoll Financial, LLC

_____
Keith Ingersoll, Managing Member

## **CERTIFICATE OF SERVICE**

I certify that a copy of Addendum to Schedule A/B has been served on September 19, 2018 by electronic filing through the CM/ECF system.

                                            /s/ Frank M. Wolff  
                                            Frank M. Wolff  
                                            Florida Bar No. 319521  
                                            Frank Martin Wolff, P.A.  
                                            19 E. Central Blvd.  
                                            Orlando, FL 32801  
                                            Telephone (407) 982-4448  
                                            Facsimile (407) 386-3364  
                                            fwolff@fwolfflaw.com

                                            Attorneys for Debtor