UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Ingersoll Financial, LLC                          Chapter 11
                                                  Case no: 6:17-07077-KSJ
    Debtor.
_____/

**REPORT AND NOTICE OF ABANDONMENT**

    The Debtor, Ingersoll Financial, LLC, pursuant to § 554, Bankruptcy Code, F.R.B.P. 6007, 7004 and 7005, and applicable local bankruptcy rules, gives notice of the abandonment of the following described property:

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
>     Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.
>
>     If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy on the movant's attorney, Frank M. Wolff, Frank Martin Wolff, P.A., 19 E. Central Blvd., Orlando, FL 32801 and any other appropriate persons within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.
>
>     If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

    **Real property located at 3555 Spruce, Inkster, MI 48141, (the Property)** more particularly described as:

> **Lot 18 of YETKO SUB. according to the plat thereof recorded**
> **in Liber 65 of Plats, Page 48 of Wayne County Records,**
> **Tax Parcel No. 44-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-000**

2. The Property is being abandoned for the following reasons: it appears that the Debtor lost clear title to the Property prior to the Petition Date, and the cost of asserting any claim to the Property outweighs any benefit to the estate.

3. This abandonment is limited to the Property and does not include any other real property, personal property, claim or right of the Debtor.

4. **UNLESS WRITTEN OBJECTIONS ARE FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF MAILING OF THIS NOTICE, THE PROPERTY SHALL BE DEEMED ABANDONED AS OF THE DATE OF THIS NOTICE.**

Dated   October 8, 2018.

/s/ Frank M. Wolff
Frank M. Wolff
Florida Bar No. 319521
Frank Martin Wolff, P.A.
19 E. Central Blvd.
Orlando, FL 32801
Telephone (407) 982-4448
Facsimile (407) 386-3364
Email: fwolff@fwolfflaw.com

Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

I certify that a copy of this Notice of Abandonment was served on October 8, 2018: (a) on all filing users through the CM/CEF filing system; and (ii) by first class United States mail, postage prepaid to Platinum Acquisitions, LLC, c/o Michael A. Bussert, Esq., The Darren Findling Law Firm, PLC, 414 W. Fifth St., Royal Oak, MI 48067 and to the non-CM/ECF participants on the attached mailing matrix for the Local Rule 1007-2 Parties in Interest List.

/s/ Frank M. Wolff
Frank M. Wolff

```
Label Matrix for local noticing      Richardo I. Kilpatrick              Alexandra Krot
113A-6                               615 Griswold, Suite 1004            1925 Edwin Blvd
Case 6:17-bk-07077-KSJ               Detroit, MI 48226-3900              Winter Park FL  32792-3151
Middle District of Florida
Orlando
Mon Oct  8 14:48:15 EDT 2018

Alexandra Krot                       Bay Hill Property Owners Ass        Bay Hill Property Owners Assn Inc
680 Osceola Avenue                   13350 W Colonial Dr Ste 330         c/o Ryan E. Davis, Esq.
Winter Park, FL 32789-4456           Winter Garden, FL 34787-3967        Winderweedle Haines Ward & Woodman PA
                                                                         P.O. Box 880
                                                                         Winter Park FL 32790-0880


Chipco Group LLC                     City of Jacksonville                Condrite Asset Trust.
Successor to PMSG LLC                c/o Wendy L Mummaw Esq              Series 2016-OCC2
625 Waltham Ave                      Asst General Counsel                c/o US Bank Corp Trust Svcs
Orlando FL 32809-4205                117 W Duval St Ste 480              60 Livingston Ave EP-MN-WS3D
                                     Jacksonville FL 32202-3734          Saint Paul, MN 55107-2292


Duval County Tax Collector           Florida Department of Revenue       Internal Revenue Service
c/o Wendy L Mummaw                   Bankruptcy Unit                     Post Office Box 7346
Office of General Counsel            Post Office Box 6668                Philadelphia PA 19101-7346
117 W. Duval St., Ste. 480           Tallahassee FL 32314-6668
Jacksonville, FL 32202-3734


Islandrulz, LLC                      Keith Ingersoll                     Leyli 37, LLC
2307 N. Geyer Rd.                    2 South Orange Ste 202              966 Baileyana Road
Saint Louis, MO 63131-3308           Orlando, FL 32801-2638              Hillsborough CA 94010-6108


Leyli 37, LLC                        Michael LaFay                       Office of General Counse
c/o Andrew V. Layden, Esq.           9342 Wickham Way                    City of Jacksonville
Baker & Hostetler LLP                Orlando, FL 32836-5517              c/o Wendy L. Mummaw
200 S. Orange Ave., SunTrust Center, Sui                                 117 West Duval Street, #480
Orlando, FL 32801-3432                                                   Jacksonville, FL 32202-5721


Orange County                        Orange County Tax Collector         Orange County Tax Collector
Code Enforcement Board               PO Box 545100                       Attn: Scott Randolph
2450 W 33rd St                       Orlando FL 32854-5100               PO Box 545100
Orlando, FL 32839-8726                                                   Orlando, FL 32854-5100


PMSG, LLC                            RS Lending, Inc.                    RS Lending, Inc.
625 Waltham Avenue                   525 Market Street                   c/o Christopher R. Thompson, Esq.
Orlando, FL 32809-4205               Suite 2800                          Burr & Forman LLP
                                     San Francisco, CA 94105-2736        200 S. Orange Ave., Suite 800
                                                                         Orlando, FL 32801-6404


Secured Investment Funding L         Secured Investment Lending Corporation    The Soto Law Office PA
1485 International Pkwy              c/o Melissa Youngman, PA             Attn Kimberly Soto, Esq
Suite 1031                           721 Maitland Avenue                  415 Montgomery Rd, Ste 111
Lake Mary, FL 32746-5304             Altamonte Springs, FL 32701-6835     Altamonte Springs, FL 32714-6814


Volusia County Revenue Div           Winderweedle Haines et al            Ryan E Davis +
123 W Indiana Ave, Room 103          Attn Mya M. Hatchette                Winderweedle Haines Ward & Woodman P.A.
Deland, FL 32720-4615                PO Box 880                           329 Park Avenue North, Second Floor
                                     Winter Park, FL 32790-0880           Winter Park, FL 32789-7421
```

| | | |
|---|---|---|
| Frank M Wolff + <br> Frank Martin Wolff, P.A. <br> 19 E. Central Blvd <br> Orlando, FL 32801-2468 | United States Trustee - ORL + <br> Office of the United States Trustee <br> George C Young Federal Building <br> 400 West Washington Street, Suite 1100 <br> Orlando, FL 32801-2210 | Melissa A Youngman + <br> Melissa A Youngman, PA <br> 721 Maitland Avenue <br> Altamonte Springs, FL 32701-6835 |
| Andrew V Layden + <br> Baker & Hostetler LLP <br> Suntrust Center - Suite 2300 <br> 200 S. Orange Avenue <br> Orlando, FL 32801-3432 | Christopher R Thompson + <br> Burr & Forman, LLP <br> 200 South Orange Avenue, Suite 800 <br> Orlando, FL 32801-6404 | Natalia Ouellette + <br> Law Office Grant Whitworth <br> 14502 N Dale Mabry Hwy <br> Tampa, FL 33618-2075 |
| Wendy L Mummaw + <br> Office of General Counsel <br> 117 West Duval Street <br> Jacksonville, FL 32202-3734 | Wendy L Mummaw + <br> Office of General Counsel <br> 117 West Duval Street <br> Ste 480 <br> Jacksonville, FL 32202-3734 | Audrey M Aleskovsky + <br> Office of the United States Trustee <br> George C. Young Federal Building <br> 400 West Washington St, Suite 1100 <br> Orlando, FL 32801-2210 |
| Donald W Fitzgerald + <br> Felderstein Fitsgerald Willoughby <br> 400 Capitol Mall, Suite 1750 <br> Sacramento, CA 95814-4432 | Jennifer E Niemann + <br> Felderstein Fitsgerald Willoughby <br> 400 Capitol Mall, Suite 1750 <br> Sacramento, CA 95814-4432 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann <br> Orlando | (u)Islandrulz, LLC <br> c/o Andrew V. Layden, Esq. <br> Baker & Hostetler LLP <br> 200 S. Orange Ave., SunTrust Center, Sui | End of Label Matrix <br> Mailable recipients   41 <br> Bypassed recipients    2 <br> Total                 43 |