UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Ingersoll Financial, LLC                              Chapter 11
                                                      Case no: 6:17-07077-KSJ

        Debtor.

_____/

## MOTION FOR AND NOTICE OF ABANDONMENT

        The Debtor, Ingersoll Financial, LLC, pursuant to § 554, Bankruptcy Code, F.R.B.P. 6007,

7004 and 7005, and applicable local bankruptcy rules, gives notice of the abandonment of the

following described property:

---

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

        **Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

        **If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy on the movant's attorney, Frank M. Wolff, Frank Martin Wolff, P.A., 19 E. Central Blvd., Orlando, FL 32801 and any other appropriate persons within the time allowed.   If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

        **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

        1.      Real property located at **354 E Fulton St, Paxton, IL (the Property)** more

particularly described as:

        **LOT 6 BLK 1 MERCHANTS ADD 50 X 160**

2. The Property is being abandoned because it appears that the Debtor lost clear title to the Property prior to the Petition Date, and the cost of asserting any claim to the Property outweighs any benefit to the estate.

3. This abandonment is limited to the Property and does not include any other real property, personal property, claim or right of the Debtor.

4. **UNLESS WRITTEN OBJECTIONS ARE FILED WITHIN FOURTEEN DAYS (14) DAYS FROM THE DATE OF MAILING OF THIS NOTICE, THE PROPERTY SHALL BE ABANDONED BY ORDER OF THE BANKRUPTCY COURT**

Dated    1/11/2019.

/s/ Frank M. Wolff
Frank M. Wolff
Florida Bar No. 319521
Frank Martin Wolff, P.A.
19 E. Central Blvd.
Orlando, FL 32801
Telephone (407) 982-4448
Facsimile (407) 386-3364
Email: fwolff@fwolfflaw.com

Attorneys for the Debtor

**CERTIFICATE OF SERVICE**

I certify that a copy of this Notice of Abandonment was served on January 11, 2019: (i) on all filing users through the CM/CEF filing system; and (ii) by first class United States mail, postage prepaid, to the nonfilers on the Local Rule 2007-2 Parties In Interest List matrix attached to the original of this document filed with the court.

/s/ Frank M. Wolff
Frank M. Wolff

2

Label Matrix for local noticing
113A-6
Case 6:17-bk-07077-KSJ
Middle District of Florida
Orlando
Fri Jan 11 15:20:25 EST 2019

Richardo I. Kilpatrick
Kilpatrick & Associates, P.C.
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326-2693

Alexandra Krot
1925 Edwin Blvd
Winter Park FL  32792-3151

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

The Soto Law Office PA
Attn Kimberly Soto, Esq
415 Montgomery Rd, Ste 111
Altamonte Springs, FL 32714-6814

Winderweedle Haines et al
Attn Mya M. Hatchette
PO Box 880
Winter Park, FL 32790-0880

Ryan E Davis +
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Frank M Wolff +
Frank Martin Wolff, P.A.
19 E. Central Blvd
Orlando, FL 32801-2468

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

John A Anthony +
Anthony & Partners, LLC
201 North Franklin Street, Suite 2800
Tampa, FL 33602-5816

Melissa A Youngman +
Melissa A Youngman, PA
721 Maitland Avenue
Altamonte Springs, FL 32701-6835

Andrew V Layden +
Baker & Hostetler LLP
Suntrust Center - Suite 2300
200 S. Orange Avenue
Orlando, FL 32801-3432

Christopher R Thompson +
Burr & Forman, LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801-6404

Natalia Ouellette +
Law Office Grant Whitworth
14502 N Dale Mabry Hwy
Tampa, FL 33618-2075

Wendy L Mummaw +
Office of General Counsel
117 West Duval Street
Jacksonville, FL 32202-3734

Wendy L Mummaw +
Office of General Counsel
117 West Duval Street
Ste 480
Jacksonville, FL 32202-3734

Audrey M Aleskovsky +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801-2210

Donald W Fitzgerald +
Felderstein Fitsgerald Willoughby
400 Capitol Mall, Suite 1750
Sacramento, CA 95814-4432

Jennifer E Niemann +
Felderstein Fitsgerald Willoughby
400 Capitol Mall, Suite 1750
Sacramento, CA 95814-4432

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

(u)Islandrulz, LLC
c/o Andrew V. Layden, Esq.
Baker & Hostetler LLP
200 S. Orange Ave., SunTrust Center, Sui

End of Label Matrix
Mailable recipients    19
Bypassed recipients     2
Total                  21