UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Ingersoll Financial, LLC                    Chapter 11
                                            Case no: 6:17-07077-KSJ
    Debtor.

_____/

## MOTION FOR AND NOTICE OF ABANDONMENT

    The Debtor, Ingersoll Financial, LLC, pursuant to § 554, Bankruptcy Code, F.R.B.P. 6007, 7004 and 7005, and applicable local bankruptcy rules, gives notice of the abandonment of the following described property:

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

    **Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

    **If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy on the movant's attorney, Frank M. Wolff, Frank Martin Wolff, P.A., 19 E. Central Blvd., Orlando, FL 32801 and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.**

    **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

    1.    Real property located at **6525 S Marshfield Avenue, Chicago, IL (the Property)** more particularly described as:

**PART LOTS 38 & 39, BLOCK 33, DREXEL PARK, 19-38-14**

2. The Property is being abandoned because it appears that the Debtor lost clear title to the Property prior to the Petition Date, and the cost of asserting any claim to the Property outweighs any benefit to the estate.

3. This abandonment is limited to the Property and does not include any other real property, personal property, claim or right of the Debtor.

4. **UNLESS WRITTEN OBJECTIONS ARE FILED WITHIN FOURTEEN DAYS (14) DAYS FROM THE DATE OF MAILING OF THIS NOTICE, THE PROPERTY SHALL BE ABANDONED BY ORDER OF THE BANKRUPTCY COURT**

Dated    1/11/2019.

/s/ Frank M. Wolff
Frank M. Wolff
Florida Bar No. 319521
Frank Martin Wolff, P.A.
19 E. Central Blvd.
Orlando, FL 32801
Telephone (407) 982-4448
Facsimile (407) 386-3364
Email: fwolff@fwolfflaw.com

Attorneys for the Debtor

## CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Abandonment was served on January 11, 2019: (i) on all filing users through the CM/CEF filing system; and (ii) by first class United States mail, postage prepaid, to the nonfilers on the Local Rule 2007-2 Parties In Interest List matrix attached to the original of this document filed with the court.

/s/ Frank M. Wolff
Frank M. Wolff

```
Label Matrix for local noticing        Richardo I. Kilpatrick                 Alexandra Krot
113A-6                                 Kilpatrick & Associates, P.C.          1925 Edwin Blvd
Case 6:17-bk-07077-KSJ                 903 North Opdyke Road, Suite C         Winter Park FL  32792-3151
Middle District of Florida             Auburn Hills, MI 48326-2693
Orlando
Fri Jan 11 15:20:25 EST 2019

Internal Revenue Service               The Soto Law Office PA                 Winderweedle Haines et al
Post Office Box 7346                   Attn Kimberly Soto, Esq                Attn Mya M. Hatchette
Philadelphia PA 19101-7346             415 Montgomery Rd, Ste 111             PO Box 880
                                       Altamonte Springs, FL 32714-6814       Winter Park, FL 32790-0880


Ryan E Davis +                         Frank M Wolff +                        United States Trustee - ORL +
Winderweedle Haines Ward & Woodman P.A. Frank Martin Wolff, P.A.              Office of the United States Trustee
329 Park Avenue North, Second Floor    19 E. Central Blvd                     George C Young Federal Building
Winter Park, FL 32789-7421             Orlando, FL 32801-2468                 400 West Washington Street, Suite 1100
                                                                              Orlando, FL 32801-2210


John A Anthony +                       Melissa A Youngman +                   Andrew V Layden +
Anthony & Partners, LLC                Melissa A Youngman, PA                 Baker & Hostetler LLP
201 North Franklin Street, Suite 2800  721 Maitland Avenue                    Suntrust Center - Suite 2300
Tampa, FL 33602-5816                   Altamonte Springs, FL 32701-6835       200 S. Orange Avenue
                                                                              Orlando, FL 32801-3432


Christopher R Thompson +               Natalia Ouellette +                    Wendy L Mummaw +
Burr & Forman, LLP                     Law Office Grant Whitworth             Office of General Counsel
200 South Orange Avenue, Suite 800     14502 N Dale Mabry Hwy                 117 West Duval Street
Orlando, FL 32801-6404                 Tampa, FL 33618-2075                   Jacksonville, FL 32202-3734


Wendy L Mummaw +                       Audrey M Aleskovsky +                  Donald W Fitzgerald +
Office of General Counsel              Office of the United States Trustee    Felderstein Fitzgerald Willoughby
117 West Duval Street                  George C. Young Federal Building       400 Capitol Mall, Suite 1750
Ste 480                                400 West Washington St, Suite 1100     Sacramento, CA 95814-4432
Jacksonville, FL 32202-3734            Orlando, FL 32801-2210


Jennifer E Niemann +                   Note: Entries with a '+' at the end of the
Felderstein Fitzgerald Willoughby      name have an email address on file in CMECF
400 Capitol Mall, Suite 1750
Sacramento, CA 95814-4432
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Karen S. Jennemann                  (u)Islandrulz, LLC                     End of Label Matrix
Orlando                                c/o Andrew V. Layden, Esq.             Mailable recipients    19
                                       Baker & Hostetler LLP                  Bypassed recipients     2
                                       200 S. Orange Ave., SunTrust Center, Sui Total                21
```